

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **J**EANNETTE **J. C**LACK<br>**C**LERK OF **C**OURT | **WESTERN DISTRICT OF TEXAS**<br>800 Franklin Avenue Room 380<br>Waco, TX 76701 | **P**HILIP **J. D**EVLIN<br>**C**HIEF **D**EPUTY |

**May 6, 2020**

Robert R. Brunelli
Patricia Y. Ho
Matthew C. Holohan
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

**Re: Civil Case No. 6:20-cv-366    InfoGation Corporation v. Google LLC**

Our records indicate that you are not admitted to practice in this Court. Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

**You were included as an attorney of record on a recent filing in the above-named cause.** If you are representing a party, please submit a motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside of the Western District of Texas, the judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions concerning this matter, please contact our office.

Sincerely,

*Brianna Winter*

Deputy Clerk