UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

InfoGation Corporation

vs.

Google LLC

Case No.:  6:20-cv-00366-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David S. Almeling, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) O'Melveny & Myers LLP with offices at:

   Mailing address: Two Embarcadero Center, 28th Floor

   City, State, Zip Code: San Francisco, CA 94111

   Telephone: 415-984-8700    Facsimile: 415-984-8701

2. Since January 10, 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 235449.

3. Applicant has been admitted to practice before the following courts:

   Court:                                Admission date:

   See Attachment 1

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: See Attachment 2      on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

   Number: _____  on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mark Mann of Mann Tindel Thompson

Mailing address: 300 W. Main St.

City, State, Zip Code: Henderson, TX 75652

Telephone: (903) 657-8540

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David S. Almeling to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David S. Almeling
[printed name of Applicant]

*/s/ David S. Almeling*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 6 day of August, 2020.

David S. Almeling
[printed name of Applicant]

*/s/ David S. Almeling*
[signature of Applicant]

Attachment 1 to David S. Almeling Pro Hac Vice Application

U.S. Court of Appeals, Eleventh Circuit (Aug. 8, 2005)
U.S. Court of Appeals, Third Circuit (June 13, 2018)
U.S.D.C. for E.D. California (Sept. 12, 2006)
U.S.D.C. for C.D. California (Dec. 14, 2012)
U.S.D.C. for N.D. California (Jan. 18, 2006)
U.S.D.C. for S.D. California (May 18, 2011)
U.S.D.C. for W. Washington (Oct. 19, 2010)
U.S. Court of Appeals, Ninth Circuit (July 18, 2007)
U.S. Court of Appeals, Federal Circuit (Jan. 23, 2009)
U.S. Supreme Court (2009)

Attachment 2 to David S. Almeling Pro Hac Vice Application

6:19-cv-00356 (August 14, 2019)
6:19-cv-00433 (October 8, 2019)
6:19-cv-00437 (November 22, 2019)
6:19-cv-00515 (December 28, 2019)
6:19-cv-00663 (February 3, 2020)
6:20-cv-00257 (July 24, 2020)
6:20-cv-00259 (July 24, 2020)
6:20-cv-00552 (June 26, 2020)
6:19-cv-00631 (July 20, 2020)