### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 6:20-cv-0366-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT GOOGLE LLC'S DISCLOSURE STATEMENT
### PURSUANT TO F.R.C.P. 7.1

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN ALBRIGHT:

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; and no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: August 6, 2020

Respectfully submitted,

By: */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: 903/657-8540
Facsimile: 903/657-6003

- 2 -

Darin W. Snyder (*pro hac vice*)
dsnyder@omm.com
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Mark Liang (*pro hac vice*)
mliang@omm.com
Bess Ibtisam Hanish (*pro hac vice*)
bhanish@omm.com
Daniel Silverman (*pro hac vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this August 6, 2020, with a copy of this document via electronic mail.

Dated: August 6, 2020 */s/ J. Mark Mann*
                                                                                 **J. Mark Mann**