**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| INFOGATION CORPORATION,   Plaintiff   v.   GOOGLE LLC,   Defendant. | § § § § § § § § § § § § | NO. 6:20-cv-0366   JURY TRIAL DEMANDED |

**DECLARATION OF MARK LIANG IN SUPPORT OF DEFENDANT GOOGLE LLC'S
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

I, Mark Liang, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC, in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of a chart regarding Median Time to Trial and Median Time to Claim Construction for jury trial for Marilyn L. Huff and the Western District of Texas.

3. Attached as **Exhibit 2** is a true and correct copy of Defendant's Reply in Support of Its Motion to Dismiss the Complaint (Dkt. #28), *Google, Inc., v. InfoGation Corp.*, Case No. 3:16-cv-05821-VC (N.D. Cal.), filed on December 7, 2016.

4. Attached as **Exhibit 3** is a true and correct copy of Plaintiff InfoGation Corp.'s Opposition to Defendants' Motion to Dismiss (Dkt, #98), *InfoGation Corp. v. HTC Corp.et al*, Case No. 3:16-cv-01902-H-JLB (S.D. Cal.), filed on June 26, 2017.

5. Attached as **Exhibit 4** is a true and correct copy of Dr. Qing Kent Pu's Accurint Comprehensive Report, dated June 16, 2020.

6. Attached as **Exhibit 5** is a true and correct copy of Dr. Hui Henry Li's Accurint Comprehensive Report, dated June 16, 2020.

7. Attached as **Exhibit 6** is a true and correct copy of InfoGation's Initial Disclosures, *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), dated February 23, 2017.

8. Attached as **Exhibit 7** is a true and correct copy of Dooyong Lee's Accurint Comprehensive Report, dated June 22, 2020.

9. Attached as **Exhibit 8** is a true and correct copy of Dooyong Lee's LinkedIn account profile.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from File History for U.S. Patent No. 6,292,743.

11. Attached as **Exhibit 10** is a true and correct copy of Huawei Defendants' Initial Disclosures Pursuant to Fed. R. Civ. Proc. 26(a), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), dated February 23, 2017.

12. Attached as **Exhibit 11** is a true and correct copy of Stephen C. Beuerle's professional biography from the law firm of Procopio, Cory, Hargreaves & Savitch LLP.

13. Attached as **Exhibit 12** is a true and correct copy of the Complaint (Dkt, #1), *InfoGation Corp. v. ZTE Corp.et al*, Case No. 3:16-cv-01901-H-JLB (S.D. Cal.), filed on July 27, 2016.

14. Attached as **Exhibit 13** is a true and correct copy of the Complaint (Dkt, #1), *InfoGation Corp. v. HTC Corp.et al*, Case No. 3:16-cv-01902-H-JLB (S.D. Cal.), filed on July 27, 2016.

15. Attached as **Exhibit 14** is a true and correct copy of the Complaint (Dkt. #1), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on July 27, 2016.

16. Attached as **Exhibit 15** is a true and correct copy of Defendant's Notice of Motion and Motion to Dismiss Complaint (Dkt # 15), *Google, Inc., v. InfoGation Corp.*, Case No. 3:16-cv-05821-VC (N.D. Cal.), on November 9, 2016.

17. Attached as **Exhibit 16** is a true and correct copy of InfoGation's Memorandum of Points and Authorities in Opposition of Defendants' Motion to Stay (Dkt. #36), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on December 13, 2016.

3

18. Attached as **Exhibit 17** is a true and correct copy the Order Granting Motion to Dismiss (Dkt. #37), filed in *Google, Inc., v. InfoGation Corp.*, Case No. 3:16-cv-05821-VC (N.D. Cal.), on January 6, 2017.

19. Attached as **Exhibit 18** is a true and correct copy of the Order Denying Defendant's Motion to Stay Without Prejudice (Dkt. #38), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on December 21, 2016.

20. Attached as **Exhibit 19** is a true and correct copy of the Claim Construction Order (Dkt. #74), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on May 5, 2017.

21. Attached as **Exhibit 20** is a true and correct copy of the letter from David S. Almeling to Ed Pennington and John Pennington, dated May 11, 2017.

22. Attached as **Exhibit 21** is a true and correct copy of the Order Granting Joint Motion for Dismissal and Directing the Clerk to Close the Case (Dkt. 114), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on October 27, 2017.

23. Attached as **Exhibit 22** is a true and correct copy of a printout of Google Maps driving distance from Laguna Beach, California to San Diego, California.

24. Attached as **Exhibit 23** is a true and correct copy of a printout of Google Flights from San Francisco, California to San Diego, California.

25. Attached as **Exhibit 24** is a true and correct copy of a printout of Google Flights from Seattle, Washington Francisco to San Diego, California.

26. Attached as **Exhibit 25** is a true and correct copy of a printout of Google Flights from San Francisco, California to Waco, Texas.

27. Attached as **Exhibit 26** is a true and correct copy of a printout of Google Flights from San Diego, California to Waco, Texas

28. Attached as **Exhibit 27** is a true and correct copy of a printout of Google Flights from Seattle, Washington to Waco, Texas.

29. Attached as **Exhibit 28** is a true and correct copy of the Order Denying Motion for Judgment on the Pleadings (Dkt. #59), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on March 27, 2017.

30. Attached as **Exhibit 29** is a true and correct copy of the Order re: Plaintiff's Amendment to Its Priority Date Disclosure (Dkt. #87), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on June 7, 2017.

31. Attached as **Exhibit 30** is a true and correct copy of Order Denying Without Prejudice Motion to Stay Pending *Inter Partes* Review (Dkt. #82), *InfoGation Corp. v. Huawei Technologies, et al.*, Case No. 3:16-cv-01903-H-JLB (S.D. Cal.), filed on May 16, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 17, 2020, in San Francisco, California.

                                                   */s/ Mark Liang*
                                                   Mark Liang