# EXHIBIT 4

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

**Date:** 06/16/20
**Reference Code:** 0734315-00078

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
O'Melveny & Myers, LLP
400 South Hope St.
Los Angeles, CA 90071-2801
213-430-6000 Main Phone
213-430-6407 Fax

| Subject Information (Best Information for Subject) | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: QING K PU | QING K PU | Bankruptcy: **No** |
| Date of Birth: **10/xx/1959** | Age: **60**   SSN: 612-26-xxxx | Property: **Yes** |
| Age: **60** | QING K PU | Corporate Affiliations: **Yes** |
| SSN: 612-26-xxxx issued in | Age: **60**   SSN: 612-26-xxxx | |
| **California** between **1/1/1989** and **12/31/1989** | QING U PU | |
| View All SSN Sources | Age: **60**   SSN: 612-26-xxxx | |
| | PU K QING | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | KENT Q PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | KENT QING PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | **Utility Locator - Connect Date:** 4/25/2009 | |
| | QING PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | **Utility Locator - Connect Date:** 9/22/2010 | |
| | QUING PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | PU QING | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | KENT PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | **Utility Locator - Connect Date:** 10/11/2017 | |
| | K PU | |
| | Age: **60**   SSN: 612-26-xxxx | |
| | QING K PU | |
| | Age: **60**   SSN: 612-20-xxxx | |

Comprehensive Report

KENT P QING
    Age: **60**  SSN: 612-26-xxxx
PU QUING
    Age: **60**  SSN: 612-26-xxxx
QUING ZHANG
    Age: **60**  SSN: 612-26-xxxx
PU OING
    Age: **60**  SSN: 612-26-xxxx
PU Q QING
    Age: **60**  SSN: 612-26-xxxx
PU U QING
    Age: **60**  SSN: 612-26-xxxx
PU QING QING
    Age: **60**  SSN: 612-26-xxxx
QING U PU
    Age: **60**  SSN: 612-20-xxxx
KENT QING PU
    Age: **60**  SSN: 612-20-xxxx
    **Utility Locator - Connect Date:** 4/25/2009
KENT Q PU
    Age: **60**  SSN: 612-20-xxxx

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    QING PU  DOB: 1920
    612-26-xxxx issued in California between 1/1/1989 and 12/31/1989
    PU QING  DOB: 1920
    612-26-xxxx issued in California between 1/1/1989 and 12/31/1989
    P U QING  DOB: 1920
    612-26-xxxx issued in California between 1/1/1989 and 12/31/1989

**Address Summary:**  View All Address Variation Sources

    PO BOX 9708, RANCHO SANTA FE, CA 92067-4708, SAN DIEGO COUNTY (Nov 2019 - May 2020)
    12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY (Oct 2013 - Jan 2020)
    12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
(Oct 2016 - Nov 2019)
    12250 EL CAMINO REAL STE 1, SAN DIEGO, CA 92130-3076, SAN DIEGO COUNTY (Aug 1994 - Oct 2019)
    12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY ( 2015 - Jun 2019)
    16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Mar 2011 - Jun 2019)
        **Utility Locator - Connect Date:** 10/11/2017
    31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Aug 1994 - Jun 2019)
    6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763, SAN DIEGO COUNTY (Jun 2006 - Feb 2019)
    12707 HIGH BLUFF DR STE 13, SAN DIEGO, CA 92130-2035, SAN DIEGO COUNTY (Aug 1994 - Oct 2016)
    5095 SEACHASE WAY 5095, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jun 1998 - Oct 2014)
    2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY (Sep 1989 - Jan 2003)
    3150 139TH AVE SE STE 500, BELLEVUE, WA 98005-4046, KING COUNTY (May 2002)
    5215 GENESEE CV APT 31, SAN DIEGO, CA 92122-2543, SAN DIEGO COUNTY (Jul 1990 - Jan 1996)
    5225 GENESEE CV APT, SAN DIEGO, CA 92122-2544, SAN DIEGO COUNTY (Sep 1989 - Jun 1990)
    540 MORENO AVE, LOS ANGELES, CA 90049-4839, LOS ANGELES COUNTY (Oct 1989)

**Active Address(es):**  View All Address Variation Sources

      [None Found]

**Previous And Non-Verified Address(es):**  View All Address Variation Sources
    PO BOX 9708, RANCHO SANTA FE, CA 92067-4708, SAN DIEGO COUNTY (Nov 2019 - May 2020)
        **Name Associated with Address:**

PU QING

**Current Residents at Address:**

JENNY GUOFENG ZHANG

QING K PU

**Neighborhood Profile (2010 Census)**

Average Age: 43

Median Household Income: $182,540

Median Owner Occupied Home Value: $1,000,000

Average Years of Education: 17

12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY (Oct 2013 - Jan 2020)

**Name Associated with Address:**

PU QUING

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 7430090655

Owner Name: REVCULT INCORPORATED

Property Address: - 12707 HIGH BLUFF DR, SAN DIEGO, CA 92130-2035, SAN DIEGO

COUNTY

Owner Address: 12555 HIGH BLUFF DR, SAN DIEGO, CA 92130-2056, SAN DIEGO COUNTY

Assessed Value - $63,194

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 32

Median Household Income: $96,860

Median Owner Occupied Home Value: $479,643

Average Years of Education: 16

12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY

(Oct 2016 - Nov 2019)

**Name Associated with Address:**

KENT QING PU

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 307-110-14-00

Owner Name: CHAMPIONS OF THE WEST PLAZA OF NEVADA LLC

Property Address: - 12250 EL CAMINO REAL, SAN DIEGO, CA 92130-3076, SAN DIEGO

COUNTY

Owner Address: 4995 MURPHY CANYON RD, SAN DIEGO, CA 92123-4364, SAN DIEGO

COUNTY

Subdivision Name - EMPLOYMENT CENTER DEVELOPMENT UNIT #2C

Assessed Value - $22,068,254

Year Built - 1998

Legal Description - TR 11460 LOT 28

Data Source - B

**Property:**

Parcel Number - 7055957260

Owner Name: SHEPHERD MANAGEMENT LLC

Property Address: - 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN

DIEGO COUNTY

Owner Address: 12250 EL CAMINO REAL, SAN DIEGO, CA 92130-3076, SAN DIEGO COUNTY

Assessed Value - $10,548

Legal Description - (3071101400)

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 32

Median Household Income: $96,860

Median Owner Occupied Home Value: $479,643

Average Years of Education: 16

12250 EL CAMINO REAL STE 1, SAN DIEGO, CA 92130-3076, SAN DIEGO COUNTY (Aug 1994 - Oct 2019)

**Name Associated with Address:**

KENT QING PU

**Current Residents at Address:**

ETHNA C KEOGH

**Neighborhood Profile (2010 Census)**
Average Age: 32
Median Household Income: $96,860
Median Owner Occupied Home Value: $479,643
Average Years of Education: 16

12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY ( 2015 - Jun 2019)
**Name Associated with Address:**
QING PU
**Current Residents at Address:**
TAE WOO
858-794-1839 - PDT DOMYO H

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 304-510-21-18
Owner Name: KENT PU
Owner Name 2: JENNY F ZHANG
Property Address - 12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY
Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
Sale Date - 06/07/2019
Seller Name: JENNY G ZHANG
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 38
Median Household Income: $110,372
Median Owner Occupied Home Value: $847,571
Average Years of Education: 17

16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Mar 2011 - Jun 2019)
**Utility Locator - Connect Date:** 10/11/2017
**Name Associated with Address:**
QING PU
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 269-182-06-00
Owner Name: KENT PU
Owner Name 2: JENNY F ZHANG
Property Address - 16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY
Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
Sale Date - 06/07/2019
Seller Name: JENNY G ZHANG
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 43
Median Household Income: $182,540
Median Owner Occupied Home Value: $1,000,000
Average Years of Education: 17

31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Aug 1994 - Jun 2019)
**Name Associated with Address:**
KENT Q PU
**Current Residents at Address:**
MATTHEW EVERETT
CAROLINE M EVERETT
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 954-330-020
Owner Name: KENT QING PU
Owner Name 2: JENNY GUOFENG ZHANG

Property Address - 31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY

Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY

Sale Date - 06/07/2019
Seller Name: QING PU
Seller Name 2: GUOFENG ZHANG
Data Source - B

**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $97,063
Median Owner Occupied Home Value: $425,000
Average Years of Education: 14

6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763, SAN DIEGO COUNTY (Jun 2006 - Feb 2019)
**Name Associated with Address:**
QING K PU
**Current Residents at Address:**
BRITTANY PLAIN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 7002986350
Owner Name: K2 INTERNATIONAL & INFOGATION
Property Address: - 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763, SAN DIEGO COUNTY

Owner Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY

Assessed Value - $28,949
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $145,893
Median Owner Occupied Home Value: $631,764
Average Years of Education: 16

12707 HIGH BLUFF DR STE 13, SAN DIEGO, CA 92130-2035, SAN DIEGO COUNTY (Aug 1994 - Oct 2016)
**Name Associated with Address:**
KENT QING PU
**Neighborhood Profile (2010 Census)**
Average Age: 32
Median Household Income: $96,860
Median Owner Occupied Home Value: $479,643
Average Years of Education: 16

5095 SEACHASE WAY 5095, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jun 1998 - Oct 2014)
**Name Associated with Address:**
KENT Q PU
858-509-0186

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 304-501-44-00
Owner Name: QING PU
Owner Name 2: GUOFENG Z PU
Property Address: - 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY

Owner Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
Sale Price - $518,500
Assessed Value - $549,017
Land Size - 8,842 Square Feet
Seller Name: PARDEE CONSTRUCTION
Legal Description - LOT 67
Loan Amount - $414,500
Loan Type - CONVENTIONAL

Comprehensive Report

Lender Name - NORWEST MTG INC
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 37
Median Household Income: $209,580
Median Owner Occupied Home Value: $1,000,000
Average Years of Education: 16
2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY (Sep 1989 - Jan 2003)
**Name Associated with Address:**
QING K PU
**Current Residents at Address:**
TREVOR JAMES SHEETZ
MARY IRENE SPANO
CARMELO A SPANO
ANGELIN HIRANO
858-509-0186

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 2155823300
Owner Name: QING PU
Property Address - 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO
COUNTY

Owner Address: 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY
Loan Amount - $10,000
Loan Type - CONVENTIONAL
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $82,803
Median Owner Occupied Home Value: $514,151
Average Years of Education: 17
3150 139TH AVE SE STE 500, BELLEVUE, WA 98005-4046, KING COUNTY (May 2002)
**Name Associated with Address:**
QUING PU
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 03731577
Owner Name: MODERNIST CUISINE LLC
Property Address: - 3150 139TH AVE SE, BELLEVUE, WA 98005-4046, KING COUNTY
Owner Address: 3150 139TH AVE SE, BELLEVUE, WA 98005-4046, KING COUNTY
Assessed Value - $240,000
Legal Description - ROUTE: H1; VALUE: OTHER EQUIPMENT
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $67,655
Median Owner Occupied Home Value: $394,565
Average Years of Education: 14
5215 GENESEE CV APT 31, SAN DIEGO, CA 92122-2543, SAN DIEGO COUNTY (Jul 1990 - Jan 1996)
**Name Associated with Address:**
PU K QING
858-509-0186

**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $101,442
Median Owner Occupied Home Value: $669,453
Average Years of Education: 15
5225 GENESEE CV APT, SAN DIEGO, CA 92122-2544, SAN DIEGO COUNTY (Sep 1989 - Jun 1990)
**Name Associated with Address:**

QING PU

**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $101,442
Median Owner Occupied Home Value: $669,453
Average Years of Education: 15

540 MORENO AVE, LOS ANGELES, CA 90049-4839, LOS ANGELES COUNTY (Oct 1989)
**Name Associated with Address:**
PU QING QING
310-395-2715 - PDT TYLER JUDY

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 4264-003-018
Owner Name: TYLER JUDITH
Property Address: - 540 MORENO AVE, LOS ANGELES, CA 90049-4839, LOS ANGELES
COUNTY

Sale Date - 07/14/2000
Sale Price - $405,000
Subdivision Name - BRENTWOOD TERRACE
Assessed Value - $699,085
Land Size - 17,932 Square Feet
Year Built - 1950
Seller Name: JUDITH L TYLER
Legal Description - BRENTWOOD TERRACE LOT 268
Loan Amount - $205,000
Loan Type - CONVENTIONAL
Lender Name - MISCELLANEOUS FIN
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 49
Median Household Income: $143,293
Median Owner Occupied Home Value: $1,000,000
Average Years of Education: 15

**Bankruptcies:**

[None Found]

**Liens and Judgments:**

Filing Number:  49967
Filing Type:  SMALL CLAIMS JUDGMENT
Location:  VISTA MUNICIPAL - SAN DIEGO COUNTY
State:  CA
Original Filing Date: 3/5/1993
Amount: $706
Debtor Name: KENT P QING
Debtor SSN: 612-26-xxxx
Debtor Address: 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631
Creditor: MARTIN KNAPP

**UCC Filings:**
[None Found]

**Phones Plus:**   Phone Finder Ultimate

**Phones Plus1**
Name: QING PU
Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091
Phone Number: 619-888-3861 - PDT
Phone Type: Mobile
Carrier: NEW CINGULAR WIRLESS - (SAN DIEGO, CA)

**Phones Plus2**
Name: QING PU
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone Number: 619-888-3861 - PDT
Phone Type: Mobile
Carrier: NEW CINGULAR WIRLESS - (SAN DIEGO, CA)

**Phones Plus3**
Name: QING PU
Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216
Phone Number: 619-888-3861 - PDT
Phone Type: Mobile
Carrier: NEW CINGULAR WIRLESS - (SAN DIEGO, CA)

**Phones Plus4**
Name: QING PU
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone Number: 858-465-9030 - PDT
Phone Type: Mobile
Carrier: T-MOBILE USA, INC. - (DEL MAR, CA)

**Phones Plus5**
Name: QING PU
Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216
Phone Number: 858-465-9030 - PDT
Phone Type: Mobile
Carrier: T-MOBILE USA, INC. - (DEL MAR, CA)

**Phones Plus6**
Name: QING PU
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone Number: 858-465-9031 - PDT
Phone Type: Mobile
Carrier: T-MOBILE USA, INC. - (DEL MAR, CA)

**Phones Plus7**
Name: QING PU
Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216
Phone Number: 858-465-9031 - PDT
Phone Type: Mobile
Carrier: T-MOBILE USA, INC. - (DEL MAR, CA)

**Phones Plus8**
Name: PU QING
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone Number: 858-509-0186 - PDT
Phone Type: Mobile
Carrier: PACIFIC BELL - (DEL MAR, CA)

**Phones Plus9**
Name: PU QING
Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216
Phone Number: 858-509-0186 - PDT

Phone Type: Mobile
Carrier: PACIFIC BELL - (DEL MAR, CA)

**Phones Plus10**
Name: QING PU
Address: 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631
Phone Number: 858-509-0186 - PDT
Phone Type: Mobile
Carrier: PACIFIC BELL - (DEL MAR, CA)

**Phones Plus11**
Name: QING PU
Address: 5215 GENESEE CV APT 31, SAN DIEGO, CA 92122-2543
Phone Number: 858-509-0186 - PDT
Phone Type: Mobile
Carrier: PACIFIC BELL - (DEL MAR, CA)

**Possible Utility Information:**   View All Utility Information Sources

**Utility Type**
    Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet,
    Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
    Date service connected - 10/11/2017
    Date First Verified - 10/11/2017
    Date Last Verified - 1/17/2018

**Name Associated with Utility**
    MR KENT PU

**Service Address**
    16846 CIRCA DEL, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY

**Billing Information Associated with Address**
    16846 CIRCA DEL, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY

---

**Utility Type**
    Miscellaneous: Other

**Dates Associated with Utility**
    Date service connected - 11/27/2016
    Date First Verified - 11/27/2016
    Date Last Verified - 11/28/2016

**Name Associated with Utility**
    MR KENT Q PU

**Service Address**
    12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY

**Billing Information Associated with Address**
    12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY

---

**Utility Type**
Miscellaneous: Other

**Dates Associated with Utility**
Date service connected - 7/26/2015
Date First Verified - 7/26/2015
Date Last Verified - 8/1/2015

**Name Associated with Utility**
PU QUING

**Service Address**
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY

**Billing Information Associated with Address**
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY

---

**Utility Type**
Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
Date service connected - 10/8/2010
Date First Verified - 10/8/2010
Date Last Verified - 2/12/2014

**Name Associated with Utility**
MR KENT QING PU

**Service Address**
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY

**Billing Information Associated with Address**
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY

---

**Utility Type**
Miscellaneous: Other

**Dates Associated with Utility**
Date service connected - 10/1/2013
Date First Verified - 10/1/2013
Date Last Verified - 10/19/2013

**Name Associated with Utility**
MR KENT Q PU

**Service Address**
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY

**Billing Information Associated with Address**
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY

---

**Utility Type**
Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
Date service connected - 4/25/2009
Date First Verified - 4/25/2009
Date Last Verified - 9/2/2013

**Name Associated with Utility**
MR KENT QING PU

**Service Address**
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY

**Billing Information Associated with Address**
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY

**Email Address:**

Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
QPU@GTE.NET

Street Address(es):
12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091

Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
FETISHJAP69@AOL.COM

Street Address(es):
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097

Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
QPU@GTE.NET

Street Address(es):
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097

Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
FETISHJAP69@AOL.COM

Street Address(es):
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216

Name: KENT PU

SSN: 612-26-xxxx
Email Address(es):
         FETISHJAP69@AOL.COM

Street Address(es):
         12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091


Name: RUBY JING
SSN: 612-26-xxxx
Email Address(es):
         RUBYSWTGRL@HOTMAIL.COM

Street Address(es):
         5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: RUBY JING
SSN: 612-26-xxxx
Email Address(es):
         RUBY_SWTGRL@AOL.COM

Street Address(es):
         5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: RUBY JING
SSN: 612-26-xxxx
Email Address(es):
         RUBY_SWTGRL@HOTMAIL.COM

Street Address(es):
         5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: QING PU
SSN: 612-26-xxxx
Email Address(es):
         QPU1@GTE.NET

Street Address(es):
         12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097


Name: QING PU
SSN: 612-26-xxxx
Email Address(es):
         QPU@GTE.NET

Street Address(es):
         12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097


Name: QING PU
SSN: 612-26-xxxx
Email Address(es):
         QPU1@GTE.NET

Street Address(es):
         5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216

Name: QING PU
SSN: 612-26-xxxx
Email Address(es):
     QPU@GTE.NET

Street Address(es):
     5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216


Name: JING RUBY
SSN: 612-26-xxxx
Email Address(es):
     RUBY_SWTGRL@CENTURYTEL.NET

Street Address(es):
     5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: JING RUBY
SSN: 612-26-xxxx
Email Address(es):
     RUBY_SWTGRL@COMCAST.NET

Street Address(es):
     5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
     PEKENTYTU@BIGSTRING.COM

Street Address(es):
     5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216


Name: RUBY JING
SSN: 612-26-xxxx
Email Address(es):
     RUBY_SWTGRL@CENTURYTEL.NET

Street Address(es):
     5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: RUBY JING
SSN: 612-26-xxxx
Email Address(es):
     RUBY_SWTGRL@COMCAST.NET

Street Address(es):
     5215 GENESEE CV APT 30, SAN DIEGO, CA 92122-2543


Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
     PEKENTYTU@BIGSTRING.COM

Street Address(es):

12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097

Name: KENT PU
SSN:
Email Address(es):
     KPU@INFOGATION.COM

Street Address(es):
     10525 VISTA SORRENTO PKWY, SAN DIEGO, CA 92121-2745


Name: KENT PU
SSN:
Email Address(es):
     KPU@INFOGATION.COM

Street Address(es):
     3300 OVERLAND AVE STE 203, LOS ANGELES, CA 90034-3590


Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
     KPU@INFOGATION.COM

Street Address(es):
     6440 LUSK BLVD STE 201, SAN DIEGO, CA 92121-2762


Name: KENT PU
SSN: 612-26-xxxx
Email Address(es):
     KPU@INFOGATION.COM

Street Address(es):
     5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216



**People at Work:**
*Maximum 50 People at Work records returned*

     Name: KENT PU
     SSN: 612-26-xxxx
     Company: BSQUARE SAN DIEGO CORPORATION
     Phone: 619-535-9870
     FEIN:
     Dates: Dec 6, 2016 -  Apr 9, 2020

     Name: KENT PU
     SSN: 612-26-xxxx
     Company: INFOGATION CORPORATION
     Phone: 858-776-2506
     FEIN:
     Dates: Dec 6, 2016 -  Apr 9, 2020

     Name: KENT PU
     SSN: 612-26-xxxx
     Company: LOADEXPRESS, INC.

Comprehensive Report

Phone: 619-916-3123
FEIN:
Dates: Dec 6, 2016 - Apr 9, 2020

Name: KENT PU
SSN: 612-26-xxxx
Company: QUEST INFOSCAPE, INC.
Phone:
FEIN:
Dates: Nov 14, 2016 - Apr 9, 2020

Name: KENT QING PU
SSN: 612-26-xxxx
Company: LOADEXPRESS SERVICES, INC.
Phone: 619-916-3123
FEIN:
Dates: Nov 14, 2016 - Apr 9, 2020

Name: KENT QING PU
Title: CHIEF EXECUTIVE OFFICER AND COFOUND
SSN: 612-26-xxxx
Company: LOADEXPRESS INC
Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091
Phone: 619-916-3123 - PDT
FEIN:
Dates: Nov 19, 2017 - Aug 12, 2018

Name: KENT QING PU
Title: CHIEF EXECUTIVE OFFICER
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: ✔️858-457-7777 - PDT
FEIN:
Dates: Mar 8, 2010 - May 26, 2017

Name: KENT QING PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: LOADEXPRESS SERVICES, INC.
Phone: 619-916-3123
FEIN:
Dates: Oct 18, 2016 - Jan 3, 2017

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Phone: 858-776-2506
FEIN:
Dates: Sep 6, 2016 - Jan 3, 2017

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: LOADEXPRESS, INC.
Phone: 619-916-3123
FEIN:
Dates: Sep 6, 2016 - Jan 3, 2017

Name: KENT PU

Title: PRESIDENT
SSN: 612-26-xxxx
Company: BSQUARE SAN DIEGO CORPORATION
Phone: 619-535-9870
FEIN:
Dates: Oct 5, 2015 -  Jan 3, 2017

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: QUEST INFOSCAPE, INC.
Phone:
FEIN:
Dates: Oct 5, 2015 -  Jan 3, 2017

Name: KENT PU
SSN: 612-26-xxxx
Company: INFOGATI CORPORATI
Phone:
FEIN:
Dates: Nov 14, 2016

Name: KENT PU
SSN: 612-26-xxxx
Company: LOADEXPRESS, I
Phone:
FEIN:
Dates: Nov 14, 2016

Name: KENT PU
SSN: 612-26-xxxx
Company: BSQUARE SAN DIEGO COR ORA ION
Phone: 404-774-2298
FEIN:
Dates: Nov 14, 2016

Name: KENT Q PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: LOADEXPRESS, INC.
Phone:
FEIN:
Dates: Nov 17, 2015 -  Jul 6, 2016

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Phone: 858-457-7777
FEIN:
Dates: Oct 5, 2015 -  Jul 6, 2016

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: BSQUARE SAN DIEGO CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: 619-535-9870
FEIN:
Dates: Oct 4, 2005 -  Jun 7, 2016

Comprehensive Report

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: QUEST INFOSCAPE, INC.
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone:
FEIN:
Dates: Feb 23, 2004 - Jun 7, 2016

Name: KENT Q PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: LOADEXPRESS, INC.
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone:
FEIN:
Dates: Nov 17, 2015 - May 3, 2016

Name: KENT PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone: 858-457-7777
FEIN:
Dates: May 22, 2012 - May 3, 2016

Name: KENT QING PU
Title: FOUNDER, PRESIDENT AND CHIEF EXECUT
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone: 858-457-7777 - PDT
FEIN:
Dates: Jan 18, 2016

Name: KENT QING PU
Title: CHIEF EXECUTIVE OFFICER
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097
Phone: 858-457-7777 - PDT
FEIN:
Dates: May 7, 2012 - Jan 18, 2016

Name: KENT PU
Title: PRES
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: ✅ 858-457-7777 - PDT
FEIN:
Dates: Dec 23, 2004 - Nov 20, 2012

Name: KENT QING PU
Title: PRESIDENT
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: ✅ 858-457-7777 - PDT

FEIN:
Dates: May 17, 2006 - May 19, 2010

Name: KENT PU
Title: PRES
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Phone: ✔ 858-457-7777 - PDT
FEIN:
Dates: Jun 23, 2005 - Jan 21, 2010

Name: KENT PU
Title: PRESIDENT & CTO
SSN: 612-26-xxxx
Company: INFOGATION
Address: 6440 LUSK BLVD, SAN DIEGO, CA 92121-2758
Phone: ✔ 858-457-7777 - PDT
FEIN:
Dates: Jul 21, 2005

Name: KENT PU
SSN: 612-26-xxxx
Company: BSQUARE SAN DIEGO CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: 619-535-9870 - PDT
FEIN: 95-4611942
Dates: Jan 1, 2002 - Dec 31, 2002

Name: KENT PU
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 10525 VISTA SORRENTO PKWY STE 100, SAN DIEGO, CA 92121-2747
Phone: ✔ 858-535-9870 - PDT
FEIN: 95-4611942
Dates: Jan 1, 2001 - Dec 31, 2001

Name: KENT PU
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 6125 CORNERSTONE CT STE 200, SAN DIEGO, CA 92121-4763
Phone: 619-535-9870 - PDT
FEIN: 95-4611942
Dates: Jan 1, 1999 - Oct 20, 2001

Name: KENT PU
SSN: 612-26-xxxx
Company: QUEST INFOSCAPE
Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216
Phone: 858-509-0186 - PDT
FEIN:
Dates: Nov, 1999

Name: QING K PU
SSN: 612-26-xxxx
Company: HNC SOFTWARE
Phone:
FEIN:
Dates:

Name: QING K PU

SSN: 612-26-xxxx
Company: INFO STATION CORP
Phone:
FEIN:
Dates:

Name: KENT QING PU
SSN: 612-26-xxxx
Company: INFOGATION CORPORATION
Address: 6440 LUSK BLVD STE D201, SAN DIEGO, CA 92121-2763
Phone: ✔ 858-457-7777 - PDT
FEIN:
Dates:

**Driver's License Information:**

    [None Found]

**Possible Properties Owned by Subject:**

    **Property:**

      Parcel Number - 954-330-020
      Owner Name: KENT QING PU
      Owner Name 2: JENNY GUOFENG ZHANG
      Property Address - 31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY
      Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
      Sale Date - 06/07/2019
      Seller Name: QING PU
      Seller Name 2: GUOFENG ZHANG
      Data Source - B

    **Property:**

      Parcel Number - 269-182-06-00
      Owner Name: KENT PU
      Owner Name 2: JENNY F ZHANG
      Property Address - 16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY
      Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
      Sale Date - 06/07/2019
      Seller Name: JENNY G ZHANG
      Data Source - A

    **Property:**

      Parcel Number - 304-510-21-18
      Owner Name: KENT PU
      Owner Name 2: JENNY F ZHANG
      Property Address - 12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY
      Owner Address: 12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
      Sale Date - 06/07/2019
      Seller Name: JENNY G ZHANG
      Data Source - A

    **Property:**

      Parcel Number - 954-330-020
      Owner Name: QING PU
      Owner Name 2: ZHANG GUOFENG
      Property Address: - 31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY

Owner Address: 12250 EL CAMINO REAL, SAN DIEGO, CA 92130-3076, SAN DIEGO COUNTY
Sale Price - $140,000
Assessed Value - $210,774
Land Size - 10019 SF
Year Built - 1994
Legal Description - LOT 20 SUBDIVISIONNAME TR 21675 LOTTYPE LOT RECMAPTYPE MAP BOOK MAPPLATB 221 MAPPLATP 043
Data Source - B

**Property:**
Parcel Number - 269-182-06-00
Owner Name: QING PU
Owner Name 2: JENNY GUOFENG ZHANG
Property Address: - 16846 CIRCA DEL N, SOLANA BEACH, CA 92075, SAN DIEGO COUNTY
Sale Date - 03/04/2011
Sale Price - $1,573,500
Assessed Value - $1,961,860
Land Size - 69,696 Square Feet
Seller Name: BOBKOSKICLARK FAMILY TRUST
Legal Description - LOT 164 TR 9736
Loan Amount - $1,180,100
Loan Type - CONVENTIONAL
Lender Name - CMG MTG INC
Data Source - A

**Property:**
Parcel Number - 304-510-21-18
Owner Name: QING PU
Owner Name 2: JENNY GUOFENG ZHANG
Property Address: - 12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY
Sale Date - 05/14/2016
Sale Price - $705,000
Subdivision Name - CARMEL VALLEY INN
Assessed Value - $733,480
Land Size - 48,715 Square Feet
Seller Name: KAYO DOMYO
Seller Name 2: HIROSHI DOMYO
Legal Description - US 91PER DOC94-110073&UND INT IN LOTS 3&7&IN LOT 8 TR 13059
Loan Amount - $564,000
Loan Type - CONVENTIONAL
Lender Name - BANK OF AMERICA NA
Data Source - A

**Property:**
Parcel Number - 304-501-44-00
Owner Name: QING PU
Owner Name 2: GUOFENG Z PU
Property Address: - 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
Owner Address: 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
Sale Price - $518,500
Assessed Value - $549,017
Land Size - 8,842 Square Feet
Seller Name: PARDEE CONSTRUCTION
Legal Description - LOT 67
Loan Amount - $414,500
Loan Type - CONVENTIONAL
Lender Name - NORWEST MTG INC
Data Source - A

**Property:**
Parcel Number - 304-501-44-00

Owner Name: QING PU
Property Address - 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
Owner Address - 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
Sale Date - 09/09/2000
Loan Amount - $100,000
Loan Type - CONVENTIONAL
Data Source - A

**Property:**
Parcel Number - 2155823300
Owner Name: QING PU
Property Address - 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY
Owner Address - 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY
Loan Amount - $10,000
Loan Type - CONVENTIONAL
Data Source - A


**Watercraft:**
[None Found]


**FAA Certifications:**
[None Found]


**FAA Aircrafts:**
[None Found]


**Possible Criminal Records:**
[None Found]


**Sexual Offenses:**
[None Found]


**Professional License(s):**
[None Found]


**Voter Registration:**
[None Found]


**Hunting/Fishing Permit:**
[None Found]


**Concealed Weapons Permit:**
[None Found]


**Possible Associates:**

**D** CHEUNGLIN LIN CHEUNG  DOB: 8/xx/1927 DOD: 4/17/2017  (CA)  Age at Death: 89 (Born 92 years ago)
624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
   **Names Associated with Associate:**
   **D** LIN CHEUNG  DOB: 8/xx/1927 DOD: 4/17/2017  (CA)  Age at Death: 89 (Born 92 years ago)
   624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
   **D** CHEUNG LIN CHEUNG  DOB: 8/xx/1927 DOD: 4/17/2017  (CA)  Age at Death: 89 (Born 92 years ago)
   624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994

Comprehensive Report

**D** C CHEUNG  DOB: 8/xx/1927 DOD: 4/17/2017  (CA)  Age at Death: 89 (Born 92 years ago)
624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
**Previous And Non-Verified Address(es):**
6176 BEADNELL WAY APT 72, SAN DIEGO, CA 92117-5064, SAN DIEGO COUNTY (Jun 2016)
12670 TORREY BLUFF DR APT 269, SAN DIEGO, CA 92130-4265, SAN DIEGO COUNTY
(Dec 2013 - Oct 2015)
**S** 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jul 1998 - Jun 2009)
**S** 31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Jul 1996 - Feb 2009)
**S** 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY (Apr 1994 - Jan 2003)

**D** TOLING LING MAK  DOB: 2/xx/1930 DOD: 6/23/2003  (SAN DIEGO, CA)  Age at Death: 73 (Born 90 years ago) - Verified
624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
↰SSN belongs to a person reported as deceased.
**Names Associated with Associate:**
**D** TO LING MAR  DOB: 2/xx/1930 DOD: 6/23/2003  (SAN DIEGO, CA)  Age at Death: 73 (Born 90 years ago) - Verified
624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
↰SSN belongs to a person reported as deceased.
**D** TO-LING MAK  DOB: 2/xx/1930 DOD: 6/23/2003  (SAN DIEGO, CA)  Age at Death: 73 (Born 90 years ago) - Verified
624-68-xxxx issued in California  between  12/2/1993  and  3/1/1994
↰SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
**S** 5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jul 1998 - Dec 2011)
**S** 31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Jan 2003)
**S** 2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY (Oct 1994 - Jan 2003)


**Possible Relative Summary:**  *(Click on name to link to more details within this report - No Charge)*

> JENNY GUOFENG ZHANG , Age 60
>> ZHANG G GUOFENG  - (AKA), Age 60
>> GUOFENG GUOFENG ZHANG  - (AKA), Age 60
> GUOFENG Z QING  - (AKA), Age 60
>> GUOFENG J ZHANG  - (AKA), Age 60
> JENNY F ZHANG  - (AKA), Age 60
>> GOUSENG ZHANG  - (AKA), Age 60
>> GUOFENG Z PU  - (AKA), Age 60
>> ZHANG GUOFENG QING  - (AKA), Age 60
> GUOSENG ZHANG  - (AKA), Age 60
>> ZHANG GUOFENG PU  - (AKA), Age 60
> BENJAMIN PU
> PU QING , Age 100
>> P U QING  - (AKA), Age 100
>> QING PU  - (AKA), Age 100


**Possible Relatives:**

JENNY GUOFENG ZHANG  DOB: 2/xx/1960
611-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
**Names Associated with Relative:**
ZHANG G GUOFENG  DOB: 2/xx/1960
611-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
GUOFENG GUOFENG ZHANG  DOB: 2/xx/1960
611-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
GUOFENG Z QING  DOB: 2/xx/1960

611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
GUOFENG J ZHANG DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
JENNY F ZHANG DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
GOUSENG ZHANG DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
GUOFENG Z PU DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
ZHANG GUOFENG QING DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
GUOSENG ZHANG DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989
ZHANG GUOFENG PU DOB: 2/xx/1960
    611-26-xxxx issued in California between 1/1/1989 and 12/31/1989

**Previous And Non-Verified Address(es):**

16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Mar 2011 - Jun 2019)

12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY (Oct 2007 - Jun 2019)
    **Current Residents at Address:**
    TAE WOO
    858-794-1839 - PDT DOMYO H


12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY
(Aug 1994 - Jun 2019)

31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Aug 1989 - 2018)
    **Current Residents at Address:**
    MATTHEW EVERETT
    CAROLINE M EVERETT
16846 CIRCA DEL N, SOLANA BEACH, CA 92075, SAN DIEGO COUNTY ( 2010 - 2018)

12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY
(Aug 1994 - Oct 2015)

5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jun 1998 - Sep 2014)
    **Current Residents at Address:**
    RAY YIZHI CHAN
    TOLING LING MAK
    CHUNXIA XIA WANG
    858-509-0186


5215 GENESEE CV APT 31, SAN DIEGO, CA 92122-2543, SAN DIEGO COUNTY
(Jun 1990 - Jan 2003)

2347 TERRAZA RIBERA, CARLSBAD, CA 92009-6631, SAN DIEGO COUNTY (Oct 1991 - Jan 2000)
    **Current Residents at Address:**
    TREVOR JAMES SHEETZ
    MARY IRENE SPANO
    CARMELO A SPANO
    ANGELIN HIRANO

540 MORENO AVE, LOS ANGELES, CA 90049-4839, LOS ANGELES COUNTY (Aug 1989 - Jan 1991)
    310-395-2715 - PDT TYLER JUDY


BENJAMIN PU
    **Previous And Non-Verified Address(es):**

12250 EL CAMINO REAL STE 116, SAN DIEGO, CA 92130-3091, SAN DIEGO COUNTY

5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY
    **Current Residents at Address:**

RAY YIZHI CHAN
TOLING LING MAK
CHUNXIA XIA WANG

PU QING  DOB: 1920
612-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
**Names Associated with Relative:**
P U QING  DOB: 1920
612-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
QING PU  DOB: 1920
612-26-xxxx issued in California  between  1/1/1989  and  12/31/1989
**Previous And Non-Verified Address(es):**
5095 SEACHASE WAY, SAN DIEGO, CA 92130-3216, SAN DIEGO COUNTY (Jun 1998 -  2014)
**Current Residents at Address:**
RAY YIZHI CHAN
TOLING LING MAK
CHUNXIA XIA WANG
31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY (Feb 1996 - Dec 2004)
**Current Residents at Address:**
MATTHEW EVERETT
CAROLINE M EVERETT

**Neighbors:**

**Neighborhood:**
12707 HIGH BLUFF DR STE 130, SAN DIEGO, CA 92130-2097, SAN DIEGO COUNTY
(Oct 2013 - Jan 2020)

**Address(es):**
12707 HIGH BLUFF DR STE 100, SAN DIEGO, CA 92130-2036, SAN DIEGO COUNTY
(May 1987 - Apr 2020)
**Residents:**
SUSAN M GONZALEZ
JOHN R SORENSEN
JERRY S BRAND  DOB: 4/xx/1952
325-48-xxxx issued in Illinois  between  1/1/1968  and  12/31/1969

**Neighborhood:**
16846 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Mar 2011 - Jun 2019)

**Address(es):**
16974 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Nov 2000 - Mar 2020)
SUSAN H WINBIGLER  DOB: 7/xx/1947
143-40-xxxx issued in New Jersey  between  1/1/1964  and  12/31/1965
17008 CIRCA DEL N, RANCHO SANTA FE, CA 92067, SAN DIEGO COUNTY (Jul 2011 - Mar 2020)
PAMELA RUTH SPAIN  DOB: 8/xx/1957
567-17-xxxx issued in California  between  1/1/1972  and  12/31/1973
**Neighborhood:**
12723 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY ( 2015 - Jun 2019)
TAE WOO
858-794-1839 - PDT DOMYO H

**Address(es):**
12720 VIA NIEVE, SAN DIEGO, CA 92130-2156, SAN DIEGO COUNTY ( 2012 - Mar 2020)
**Residents:**

YAN WANG
SHAOXIAO HUANG    DOB: 8/xx/1978

**12719 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY** (Jan 2016 - Feb 2020)
DAMIAN MATTHEW PLOOF   DOB: 7/xx/1974
623-26-xxxx issued in California between 1/1/1989 and 12/31/1989
**12727 VIA NIEVE, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY** (Sep 1994 - Apr 2020)
SUSAN E NELSON   DOB: 10/xx/1953
552-82-xxxx issued in California between 1/1/1966 and 12/31/1966
**12727 VIA NIEVE APT 90, SAN DIEGO, CA 92130-2158, SAN DIEGO COUNTY**
(Sep 1994 - Apr 2020)
MERLYN L NELSON   DOB: 1942
564-60-xxxx issued in California between 1/1/1960 and 12/31/1961
858-481-1831

**12716 VIA NIEVE, SAN DIEGO, CA 92130-2156, SAN DIEGO COUNTY** (Jun 1999 - Apr 2020)
**Residents:**
YINGHE HU   DOB: 8/xx/1952
479-08-xxxx issued in Iowa between 1/1/1985 and 12/31/1987
ZHI GENE HU   DOB: 6/xx/1982
128-78-xxxx issued in New York between 1/1/1991 and 12/31/1993

**Neighborhood:**
**31861 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Aug 1994 - Jun 2019)
**Residents:**
MATTHEW EVERETT    DOB: 5/xx/1982
CAROLINE M EVERETT   DOB: 2/xx/1982
575-71-xxxx issued in Hawaii between 1/2/1995 and 10/2/1995

**Address(es):**
✅ **31862 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY**
(Aug 1990 - Apr 2020)
**Residents:**
JEFFREY LOGAN SIMICH   DOB: 3/xx/1957
558-74-xxxx issued in California between 1/1/1964 and 12/31/1965
SILVANA SIMICH   DOB: 7/xx/1958
604-36-xxxx issued in California between 1/1/1990 and 12/31/1990
951-699-7260 - PDT SIMICH JEFFREY L

**31853 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Jun 2007 - Mar 2020)
JESSICA MARIE CORDOVA
609-24-xxxx issued in California between 1/1/1989 and 12/31/1989
**31871 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Jan 1988 - Apr 2020)
**Residents:**
JOSEPH CORTOPASSI JR   DOB: 11/xx/1952
556-98-xxxx issued in California between 1/1/1970 and 12/31/1970
KATHERINE ANN CORTOPASSI   DOB: 5/xx/1957
569-33-xxxx issued in California between 1/1/1975 and 12/31/1975
LEVI DUANE KVANDE    DOB: 1/xx/1987

**31872 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Sep 1994 - Apr 2020)
**Residents:**
ALBERTA Z ABBOTT   DOB: 10/xx/1933
375-30-xxxx issued in Michigan between 1/1/1936 and 12/31/1951
NICOLE TEAGUE   DOB: 8/xx/1977
573-49-xxxx issued in California between 1/1/1978 and 12/31/1978
951-676-2244

**31844 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Aug 1994 - Apr 2020)

    **Residents:**

        CAROLYN R POWERS   DOB: 8/xx/1961

            557-35-xxxx issued in California  between  1/1/1975  and  12/31/1975

        PATRICK M POWERS   DOB: 2/xx/1959

            481-58-xxxx issued in Iowa  between  1/1/1963  and  12/31/1964

        951-694-8166


**31880 CORTE POSITAS, TEMECULA, CA 92592-6481, RIVERSIDE COUNTY** (Sep 1994 - Apr 2020)

    **Residents:**

        GEORGE V MARSHALL JR   DOB: 12/xx/1933

            545-40-xxxx issued in California  between  1/1/1936  and  12/31/1951

        VIRGINIA L MARSHALL   DOB: 3/xx/1935

            573-40-xxxx issued in California  between  1/1/1936  and  12/31/1951


**Source Information:**

| | |
|---|---|
| All Sources | 286  Source Document(s) |
| Liens and Judgments | 1  Source Document(s) |
| Person Locator 1 | 17  Source Document(s) |
| Email addresses | 22  Source Document(s) |
| PhonesPlus Records | 11  Source Document(s) |
| Historical Person Locator | 32  Source Document(s) |
| Person Locator 2 | 9  Source Document(s) |
| Deed Transfers | 21  Source Document(s) |
| Tax Assessor Records | 66  Source Document(s) |
| Possible Utility Information | 5  Source Document(s) |
| Person Locator 5 | 47  Source Document(s) |
| Person Locator 6 | 55  Source Document(s) |