EXHIBIT 5

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

---

**Date:** 06/16/20
**Reference Code:** 0734315-00078

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

**Report processed by:**
O'Melveny & Myers, LLP
400 South Hope St.
Los Angeles, CA 90071-2801
213-430-6000 Main Phone
213-430-6407 Fax

| **Subject Information** <br> **(Best Information for Subject)** | **AKAs** <br> **(Names Associated with Subject)** | **Indicators** |
|---|---|---|

**Subject Information**
**(Best Information for Subject)**
Name: HUI HENRY LI
Date of Birth: **2/xx/1967**
Age: **53**
SSN: 622-28-xxxx issued in
**California** between **1/1/1989** and
**12/31/1990**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

HUI HENRY LI
    Age: **53**   SSN: 622-28-xxxx
HUI H LI
    Age: **53**   SSN: 622-28-xxxx
HUI HENRY LI
    SSN: 622-28-xxxx
HUI LI
    Age: **53**   SSN: 622-28-xxxx
    **Utility Locator - Connect Date:** 6/25/2014
HENRY LI HUI
    Age: **53**   SSN: 622-28-xxxx
LI HUI HENRY
    Age: **53**   SSN: 622-28-xxxx
LI HUI
    SSN: 622-28-xxxx
HUI LIU
    SSN: 622-28-xxxx
LI H HENRY
    Age: **53**   SSN: 622-28-xxxx
HENRY LI
    Age: **53**   SSN: 622-28-xxxx
    **Utility Locator - Connect Date:** 7/3/2015
HENRY LIHUI
    SSN: 622-28-xxxx

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

Comprehensive Report

**Others Associated With Subjects SSN:**

(DOES NOT usually indicate any type of fraud or deception)

[None Found]

**Address Summary:**　View All Address Variation Sources

1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Mar 2008 - May 2020)
　**Utility Locator - Connect Date:**　7/3/2015
150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Jun 2014 - Nov 2018)
　**Utility Locator - Connect Date:**　6/25/2014
7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY ( 2008 - Aug 2015)
1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2003 - Aug 2014)
8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY ( 2007 - Jun 2012)
7 HAVENWOOD RM 902199, IRVINE, CA 92614-5436, ORANGE COUNTY (Mar 2012 - Apr 2012)
7 HAVENWOOD 902, IRVINE, CA 92614-5436, ORANGE COUNTY (Mar 2012)
5414 VICTORIA PARK CT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY (Jun 2009)
10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Aug 2000 - Sep 2007)
3950 MAHAILA AVE APT H25, SAN DIEGO, CA 92122-6123, SAN DIEGO COUNTY (Jan 1990 - Oct 2003)
6504 MADRID RD APT B, GOLETA, CA 93117-4871, SANTA BARBARA COUNTY (Apr 1990 - Jul 2003)
4118 VIA CANDIDIZ UNIT 116, SAN DIEGO, CA 92130-3155, SAN DIEGO COUNTY (Feb 1998 - Jan 2003)
4178 DECORO ST APT 56, SAN DIEGO, CA 92122-1412, SAN DIEGO COUNTY (Aug 1994 - Jan 2003)
730 E EVELYN AVE APT 833, SUNNYVALE, CA 94086-6544, SANTA CLARA COUNTY
(May 2000 - Apr 2001)
732 E EVELYN AVE UNIT 833, SUNNYVALE, CA 94086-6526, SANTA CLARA COUNTY (Mar 2000)
4118 CANDIDIZ VI APT 116, SAN DIEGO, CA 92126, SAN DIEGO COUNTY (Mar 1998)
8721 IMPERIAL HWY APT 237, DOWNEY, CA 90242-3938, LOS ANGELES COUNTY (Feb 1994)
8721 IMPERIAL HWY APT 222, DOWNEY, CA 90242-3936, LOS ANGELES COUNTY (Jan 1990)
745 MANOR RD APT B, EL SOBRANTE, CA 94803-1317, CONTRA COSTA COUNTY (Jan 1990)
4118 CANDIDIZ 116, SAN DIEGO, CA 92126, SAN DIEGO COUNTY

**Active Address(es):**　View All Address Variation Sources

[None Found]

**Previous And Non-Verified Address(es):**　View All Address Variation Sources
1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Mar 2008 - May 2020)
　**Utility Locator - Connect Date:**　7/3/2015
　**Name Associated with Address:**
　　HUI LI
　　　**Current Residents at Address:**
　　GUOJI JI LI
　　HUI HENRY LI
　**Property Ownership Information for this Address**
　　**Property:**
　　　Parcel Number - 197-14-035
　　　Owner Name: HUI LI
　　　Property Address: - 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
　　　Sale Date - 03/23/2015
　　　Sale Price - $3,052,500
　　　Subdivision Name - AWALT ACRES
　　　Assessed Value - $3,288,735
　　　Land Size - 10,622 Square Feet
　　　Year Built - 1967
　　　Seller Name: RICHARD J CANTWELL
　　　Seller Name 2: CATHERINE R CANTWELL
　　　Legal Description - TRACT 4221 AWA BOOK 214 PAGE 33 LOT 8
　　　Loan Amount - $802,500
　　　Loan Type - CONVENTIONAL
　　　Lender Name - WELLS FARGO BK NA

Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 48
Median Household Income: $165,865
Median Owner Occupied Home Value: $1,000,000
Average Years of Education: 16
150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Jun 2014 - Nov 2018)
**Utility Locator - Connect Date:**   6/25/2014
**Name Associated with Address:**
HUI LI
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 17038009
Owner Name: MARY NG
Property Address - 150 GIFFIN RD, LOS ALTOS, CA 94022-3940, SANTA CLARA COUNTY
Owner Address: 700 DARIEN WAY, SAN FRANCISCO, CA 94127-2527, SAN FRANCISCO
COUNTY

Sale Price - $3,000
Seller Name: RICHARD NG
Seller Name 2: MARY A NG
Loan Amount - $1,207,500
Loan Type - CONVENTIONAL
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $164,453
Median Owner Occupied Home Value: $930,921
Average Years of Education: 16
7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY ( 2008 - Aug 2015)
**Name Associated with Address:**
LI HUI
**Current Residents at Address:**
REZA JAMASEBI
BAHMAN GESHNIZJANI
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 937-560-07
Owner Name: LI HUI
Property Address - 7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY
Owner Address: 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
Sale Date - 07/30/2015
Seller Name: VERONIQUE Y LIU
Data Source - A
**Property:**
Parcel Number - 937-560-07
Owner Name: NAHAL GESHNIZJANI
Owner Name 2: REZA JAMASEBI
Property Address: - 7 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY
Owner Address: 7 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY
Subdivision Name - WOODRIDGE PARKWAY
Assessed Value - $626,112
Year Built - 1980
Legal Description - TR 10349 LOT 1 UNIT 7 OF PROJECT LOCATED ON AP 452-121-06
TOGETHER WITH ANU ND 1/6 INT IN LOT 1
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 39
Median Household Income: $126,136
Median Owner Occupied Home Value: $657,360
Average Years of Education: 16
1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2003 - Aug 2014)

**Name Associated with Address:**

H LIHUI

**Current Residents at Address:**

VERONIQUE Y LIU

SAMUEL TUAN WANG

GINGER TENG WANG

WANG T SAMMEL

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 377-14-047

Owner Name: WANG SAMUEL TUAN

Owner Name 2: GINGER T WANG

Property Address: - 1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY

Sale Price - $190,000

Subdivision Name - RANCHO RIVIERA

Assessed Value - $417,126

Land Size - 7,258 Square Feet

Year Built - 1967

Legal Description - TRACT 4605 RANCHO RIVIERA BOOK 244 PAGE 21 LOT 205

Loan Amount - $12,000

Loan Type - CONVENTIONAL

Data Source - A

**Neighborhood Profile (2010 Census)**

Average Age: 41

Median Household Income: $123,904

Median Owner Occupied Home Value: $853,175

Average Years of Education: 15

8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY ( 2007 - Jun 2012)

**Name Associated with Address:**

HUI LI

**Current Residents at Address:**

DAWN MICHELLE MEYLER

ERIC ROBERT MEYLER

EMILY JEAN REYNOSA

**Property Ownership Information for this Address**

**Property:**

Parcel Number - R-3712-00F-0170-1

Owner Name: LI HUI

Property Address: - 8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY

Owner Address: 1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY

Subdivision Name - STONEHAVEN PLACE SOUTH #02

Total Market Value - $292,639

Assessed Value - $292,639

Land Value - $60,000

Improvement Value - $232,639

Year Built - 1998

Legal Description - STONEHAVEN PLACE SOUTH #2 (CPL), BLK F, LOT 17

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 36

Median Household Income: $113,889

Median Owner Occupied Home Value: $207,027

Average Years of Education: 16

7 HAVENWOOD RM 902199, IRVINE, CA 92614-5436, ORANGE COUNTY (Mar 2012 - Apr 2012)

**Name Associated with Address:**

HUI LI

**Neighborhood Profile (2010 Census)**

Average Age: 39

Median Household Income: $126,136

Median Owner Occupied Home Value: $657,360

Average Years of Education: 16

7 HAVENWOOD 902, IRVINE, CA 92614-5436, ORANGE COUNTY (Mar 2012)
- **Name Associated with Address:**
  - H LIHUI
- **Neighborhood Profile (2010 Census)**
  - Average Age: 39
  - Median Household Income: $126,136
  - Median Owner Occupied Home Value: $657,360
  - Average Years of Education: 16

5414 VICTORIA PARK CT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY (Jun 2009)
- **Name Associated with Address:**
  - HUI H LI
- **Property Ownership Information for this Address**
  - **Property:**
    - Parcel Number - 590-228920
    - Owner Name: LI GUOJI
    - Property Address: - 5414 VICTORIA PARK CT UNIT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY
    - Owner Address: 5414 VICTORIA PARK CT UNIT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY
    - Sale Price - $111,215
    - Total Market Value - $165,000
    - Assessed Value - $57,750
    - Land Value - $32,900
    - Improvement Value - $132,100
    - Year Built - 1994
    - Legal Description - LAKES AT BETHEL PARK CONDOMINIUM 1ST AMD BLDG 10 UNIT 5414
    - Loan Amount - $88,950
    - Loan Type - PRIVATE PARTY LENDER
    - Lender Name - UNION FED SAV BK INDPLS
    - Data Source - A
- **Neighborhood Profile (2010 Census)**
  - Average Age: 33
  - Median Household Income: $60,351
  - Median Owner Occupied Home Value: $153,061
  - Average Years of Education: 15

10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Aug 2000 - Sep 2007)
- **Name Associated with Address:**
  - HUI LI
  - **Current Residents at Address:**
    - WENYANG YANG LI
    - XIAOXUN SUN
    - XIAOYAN ZHANG
- **Property Ownership Information for this Address**
  - **Property:**
    - Parcel Number - 316-28-014
    - Owner Name: HUI LIU
    - Property Address - 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
    - Owner Address: 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
    - Sale Date - 10/09/2002
    - Loan Amount - $540,000
    - Loan Type - CONVENTIONAL
    - Data Source - A
- **Neighborhood Profile (2010 Census)**
  - Average Age: 36
  - Median Household Income: $86,968
  - Median Owner Occupied Home Value: $889,757
  - Average Years of Education: 14

3950 MAHAILA AVE APT H25, SAN DIEGO, CA 92122-6123, SAN DIEGO COUNTY (Jan 1990 - Oct 2003)
- **Name Associated with Address:**
  - LI HUI HENRY

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 345-120-31-00

Owner Name: RAINTREE TRIESTE LLC

Property Address: - 3950 MAHAILA AVE, SAN DIEGO, CA 92122-5732, SAN DIEGO COUNTY

Owner Address: 28202 CABOT RD, LAGUNA NIGUEL, CA 92677-1222, ORANGE COUNTY

Subdivision Name - LA JOLLA VILLAGE PARK UNIT #1

Assessed Value - $78,598,056

Year Built - 1989

Legal Description - TR 8906 LOT 12*(EX ST)STS CLSD ADJ&LOTS 6&B&10 THRU

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 29

Median Household Income: $56,571

Median Owner Occupied Home Value: $377,778

Average Years of Education: 16

6504 MADRID RD APT B, GOLETA, CA 93117-4871, SANTA BARBARA COUNTY (Apr 1990 - Jul 2003)

**Name Associated with Address:**

LI HUI HENRY

**Current Residents at Address:**

GERMAIN VALDEZ

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 075-122-006

Owner Name: VIVIANNE S HALL

Property Address: - 6504 MADRID RD, GOLETA, CA 93117-4831, SANTA BARBARA COUNTY

Owner Address: PO BOX 544, SANTA BARBARA, CA 93102-0544, SANTA BARBARA COUNTY

Subdivision Name - OCEAN TERRACE

Assessed Value - $194,205

Land Size - 10,019 Square Feet

Legal Description - OCEAN TERRACE TR LOT 1B BLK L

Data Source - A

**Neighborhood Profile (2010 Census)**

Average Age: 21

Median Household Income: $21,238

Median Owner Occupied Home Value: $625,000

Average Years of Education: 14

4118 VIA CANDIDIZ UNIT 116, SAN DIEGO, CA 92130-3155, SAN DIEGO COUNTY (Feb 1998 - Jan 2003)

**Name Associated with Address:**

LI HUI HENRY

**Current Residents at Address:**

DUNG T NGUYEN

JOMI LEE SHEGA

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 304-063-19-11

Owner Name: RICHARD JOMI

Property Address: - 4118 VIA CANDIDIZ UNIT 116, SAN DIEGO, CA 92130-3155, SAN DIEGO

COUNTY

Sale Date - 02/22/2016

Sale Price - $510,000

Subdivision Name - PALERMO CONDO

Assessed Value - $530,602

Land Size - 27,983 Square Feet

Seller Name - ZAMORA PATTY TRUST

Legal Description - US116PER DOC97-313917&UND INT IN PAR 4 TR 1017783

Loan Amount - $408,000

Loan Type - CONVENTIONAL

Lender Name - MORIA DEVELOPMENT INC

Data Source - A

**Neighborhood Profile (2010 Census)**

    Average Age: 38
    Median Household Income: $110,372
    Median Owner Occupied Home Value: $847,571
    Average Years of Education: 17

4178 DECORO ST APT 56, SAN DIEGO, CA 92122-1412, SAN DIEGO COUNTY (Aug 1994 - Jan 2003)

**Name Associated with Address:**
    HUI H LI

**Property Ownership Information for this Address**
    **Property:**
       Parcel Number - 7430104769
       Owner Name: LA JOLLA TERRACE LLC
       Property Address: - 4178 DECORO ST, SAN DIEGO, CA 92122-1403, SAN DIEGO COUNTY
       Owner Address: 4627 RUFFNER ST, SAN DIEGO, CA 92111-2209, SAN DIEGO COUNTY
       Assessed Value - $33,600
       Data Source - B

**Neighborhood Profile (2010 Census)**
    Average Age: 30
    Median Household Income: $59,335
    Median Owner Occupied Home Value: $424,468
    Average Years of Education: 17

730 E EVELYN AVE APT 833, SUNNYVALE, CA 94086-6544, SANTA CLARA COUNTY
(May 2000 - Apr 2001)

**Name Associated with Address:**
    LI HUI HENRY

**Property Ownership Information for this Address**
    **Property:**
       Parcel Number - 209-14-012
       Owner Name: GRANT THORNTON LLP
       Owner Name 2: CAL WA ESSEX
       Property Address: - 730 E EVELYN AVE, SUNNYVALE, CA 94086-6500, SANTA CLARA
COUNTY
       Assessed Value - $25,244,492
       Land Size - 295,893 Square Feet
       Year Built - 1988
       Seller Name: MUTUAL BENEFIT MTGE INVTS III LP
       Loan Amount - $12,298,000
       Loan Type - CONVENTIONAL
       Lender Name - BANK OF AMERICA NATL TR & SVGS
       Data Source - A

**Neighborhood Profile (2010 Census)**
    Average Age: 35
    Median Household Income: $145,066
    Median Owner Occupied Home Value: $756,443
    Average Years of Education: 17

732 E EVELYN AVE UNIT 833, SUNNYVALE, CA 94086-6526, SANTA CLARA COUNTY (Mar 2000)

**Name Associated with Address:**
    LI HUI HENRY

**Neighborhood Profile (2010 Census)**
    Average Age: 35
    Median Household Income: $145,066
    Median Owner Occupied Home Value: $756,443
    Average Years of Education: 17

4118 CANDIDIZ VI APT 116, SAN DIEGO, CA 92126, SAN DIEGO COUNTY (Mar 1998)

**Name Associated with Address:**
    LI HUI HENRY

**Neighborhood Profile (2010 Census)**
    Average Age: 38
    Median Household Income: $58,220
    Median Owner Occupied Home Value: $325,556
    Average Years of Education: 14

8721 IMPERIAL HWY APT 237, DOWNEY, CA 90242-3938, LOS ANGELES COUNTY (Feb 1994)

**Name Associated with Address:**

HUI LI

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 6261014030

Owner Name: ROBERT ANDERSON

Property Address - 8721 IMPERIAL HWY, DOWNEY, CA 90242-3954, LOS ANGELES COUNTY

Owner Address: 7444 FLORENCE AVE 3, DOWNEY, CA 90240-3600, LOS ANGELES COUNTY

Seller Name: ROBERT E ANDERSON

Data Source - A

**Neighborhood Profile (2010 Census)**

Average Age: 33

Median Household Income: $61,815

Median Owner Occupied Home Value: $579,819

Average Years of Education: 12

8721 IMPERIAL HWY APT 222, DOWNEY, CA 90242-3936, LOS ANGELES COUNTY (Jan 1990)

**Name Associated with Address:**

HUI H LI

**Neighborhood Profile (2010 Census)**

Average Age: 33

Median Household Income: $61,815

Median Owner Occupied Home Value: $579,819

Average Years of Education: 12

745 MANOR RD APT B, EL SOBRANTE, CA 94803-1317, CONTRA COSTA COUNTY (Jan 1990)

**Name Associated with Address:**

HUI LI

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 426-163-030-7

Book - 14454

Page - 27

Owner Name: FAN ZHANG

Owner Name 2: JOHN Y YEH

Property Address: - 745 MANOR RD, EL SOBRANTE, CA 94803-1317, CONTRA COSTA

COUNTY

Sale Price - $156,000

Land Usage - SFR

Subdivision Name - EL SOBRANTE MANOR

Assessed Value - $262,409

Land Size - 7,700 Square Feet

Year Built - 1959

Seller Name: ELBERT D MESSER

Legal Description - EL SOBRANTE MANOR POR 152

Loan Amount - $117,000

Loan Type - CONVENTIONAL

Lender Name - WORLD S&L

Data Source - A

**Neighborhood Profile (2010 Census)**

Average Age: 37

Median Household Income: $81,811

Median Owner Occupied Home Value: $581,250

Average Years of Education: 13

4118 CANDIDIZ 116, SAN DIEGO, CA 92126, SAN DIEGO COUNTY

**Name Associated with Address:**

LI H HENRY

**Neighborhood Profile (2010 Census)**

Average Age: 35

Median Household Income: $58,489

Median Owner Occupied Home Value: $281,633

Average Years of Education: 14

**Bankruptcies:**

    [None Found]

**Liens and Judgments:**

    [None Found]

**UCC Filings:**

    [None Found]

**Phones Plus:**   Phone Finder Ultimate

    **Phones Plus1**
    Name: HUI LI
    Address: 1531 AWALT CT, LOS ALTOS, CA 94024-5859
    Phone Number:  650-248-7103 - PDT
    Phone Type: Mobile
    Carrier: SPRINT SPECTRUM LP - (PALO ALTO, CA)

    **Phones Plus2**
    Name: HUI LI
    Address: 1531 AWALT CT, LOS ALTOS, CA 94024-5859
    Phone Number:  805-451-9203 - PDT
    Phone Type: Mobile
    Carrier: VERIZON WIRELESS-CA - (SANTA BARBARA, CA)

**Possible Utility Information:**   View All Utility Information Sources

    **Utility Type**
        Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet,
        Satellite, Cable TV Service, Cable Equipment, Bundled

    **Dates Associated with Utility**
        Date service connected - 1/5/2020
        Date First Verified - 1/5/2020
        Date Last Verified - 1/12/2020

    **Name Associated with Utility**
        MS HUI LI

    **Service Address**
        1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

    **Billing Information Associated with Address**
        1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

    **Phone Information**
        Service Phone Number: 650-248-7103

---

    **Utility Type**
        Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet,
        Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
    Date service connected - 6/26/2014
    Date First Verified - 6/26/2014
    Date Last Verified - 7/6/2018

**Name Associated with Utility**
    MS HUI LI

**Service Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

**Billing Information Associated with Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

---

**Utility Type**
    Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
    Date service connected - 7/4/2018
    Date First Verified - 7/4/2018
    Date Last Verified - 7/6/2018

**Name Associated with Utility**
    MS HUI LI

**Service Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

**Billing Information Associated with Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

---

**Utility Type**
    Miscellaneous: Other

**Dates Associated with Utility**
    Date service connected - 7/19/2015
    Date First Verified - 7/19/2015
    Date Last Verified - 7/20/2015

**Name Associated with Utility**
    MS HUI LI

**Service Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

**Billing Information Associated with Address**
    1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

---

**Utility Type**
    Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

Comprehensive Report

**Dates Associated with Utility**
Date service connected - 7/3/2015
Date First Verified - 7/3/2015
Date Last Verified - 7/6/2015

**Name Associated with Utility**
MR HENRY LI

**Service Address**
1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

**Billing Information Associated with Address**
1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY

**Phone Information**
Service Phone Number: 650-248-7103

**Email Address:**
[None Found]

**People at Work:**
*Maximum 50 People at Work records returned*

Name: HUI HENRY LI
SSN: 622-28-xxxx
Company: UC SANTA BARBARA
Phone:
FEIN:
Dates:

**Driver's License Information:**
[None Found]

**Possible Properties Owned by Subject:**

**Property:**
Parcel Number - 197-14-035
Owner Name: HUI LI
Property Address: - 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
Sale Date - 03/23/2015
Sale Price - $3,052,500
Subdivision Name - AWALT ACRES
Assessed Value - $3,288,735
Land Size - 10,622 Square Feet
Year Built - 1967
Seller Name: RICHARD J CANTWELL
Seller Name 2: CATHERINE R CANTWELL
Legal Description - TRACT 4221 AWA BOOK 214 PAGE 33 LOT 8
Loan Amount - $802,500
Loan Type - CONVENTIONAL
Lender Name - WELLS FARGO BK NA
Data Source - A

**Property:**

Parcel Number - 197-14-035
Owner Name: HUI LI
Owner Name 2: HUI LI LIVING TRUST
Property Address - 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
Owner Address: 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
Sale Date - 02/10/2018
Seller Name: HUI LI
Data Source - B

**Property:**

Parcel Number - 937-560-07
Owner Name: LI HUI
Property Address - 7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY
Owner Address: 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY
Sale Date - 07/30/2015
Seller Name: VERONIQUE Y LIU
Data Source - A

**Property:**

Parcel Number - 937-560-07
Owner Name: HUI LI
Owner Name 2: VERONIQUE Y LI
Property Address: - 7 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY
Owner Address: 1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY
Subdivision Name - WOODRIDGE PARKWAY
Assessed Value - $585,000
Year Built - 1980
Legal Description - TR 10349 LOT 1 UNIT 7 OF PROJECT LOCATED ON AP 452-121-06 TOGETHER
WITH ANU ND 1/6 INT IN LOT 1
Data Source - B

**Property:**

Parcel Number - R-3712-00F-0170-1
Owner Name: LI HUI
Property Address: - 8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY
Owner Address: 1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY
Subdivision Name - STONEHAVEN PLACE SOUTH #02
Total Market Value - $292,639
Assessed Value - $292,639
Land Value - $60,000
Improvement Value - $232,639
Year Built - 1998
Legal Description - STONEHAVEN PLACE SOUTH #2 (CPL), BLK F, LOT 17
Data Source - B

**Property:**

Parcel Number - R-3712-00F-0170-1
Owner Name: LI HUI
Property Address - 8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY
Owner Address: 8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY
Sale Date - 04/22/2008
Loan Amount - $216,400
Loan Type - CONVENTIONAL
Data Source - A

**Property:**

Parcel Number - 316-28-014
Owner Name: HUI LIU
Property Address - 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
Owner Address: 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
Sale Date - 10/09/2002

     Loan Amount - $540,000
     Loan Type - CONVENTIONAL
     Data Source - A

**Property:**
     Parcel Number - 316-28-014
     Owner Name: HUI H LI
     Owner Name 2: VERONIQUE Y LI
     Property Address: - 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
     Owner Address: 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY
     Sale Date - 08/28/2000
     Sale Price - $685,000
     Subdivision Name - IDLEWILD GREENS
     Assessed Value - $685,000
     Land Size - 8,176 Square Feet
     Year Built - 1960
     Seller Name: TOH-SENG NG
     Seller Name 2: FONG-MENG C NG
     Legal Description - TRACT 2086 IDLEWILD GREENS BOOK 112 PAGE
     Loan Amount - $548,000
     Loan Type - CONVENTIONAL
     Lender Name - WASHINGTON MUTUAL BK FA
     Data Source - A

**Property:**
     Parcel Number - 304-063-19-11
     Owner Name: LI HUI
     Property Address - 4118 VIA CANDIDIZ UNIT 116, SAN DIEGO, CA 92130-3155, SAN DIEGO COUNTY
     Owner Address: 732 E EVELYN AVE 833, SUNNYVALE, CA 94086-6526, SANTA CLARA COUNTY
     Sale Date - 03/14/2000
     Seller Name: HUI H LI
     Data Source - A

**Watercraft:**
    [None Found]

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

**Possible Criminal Records:**
    [None Found]

**Sexual Offenses:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    [None Found]

**Hunting/Fishing Permit:**
    [None Found]

**Concealed Weapons Permit:**

[None Found]

**Possible Associates:**

NING HSIEH   DOB: 5/xx/1949
382-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   **Names Associated with Associate:**
   NING N HSIEH   DOB: 5/xx/1949
   382-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   NING HSIEH   DOB: 1950
   384-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   HING HSIEH   DOB: 5/xx/1949
   382-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   NONG HSIEH   DOB: 5/xx/1949
   382-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   WING HSIEH   DOB: 5/xx/1949
   382-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1973
   **Previous And Non-Verified Address(es):**
   3428 ALMA VILLAGE CIR, PALO ALTO, CA 94306-2323, SANTA CLARA COUNTY (Feb 2012 -  2018)
   4155 EL CAMINO WAY APT G, PALO ALTO, CA 94306-4072, SANTA CLARA COUNTY
( 2009 - Aug 2013)
   11655 SW TEAL BLVD APT M, BEAVERTON, OR 97007-8242, WASHINGTON COUNTY
(Nov 1980 - Oct 2008)
   359 CARIBE WAY, SAN JOSE, CA 95133-2337, SANTA CLARA COUNTY (Nov 1980 - Apr 2006)
   10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Dec 1991 -  2004)
   100 W EL CAMINO REAL APT 50, MOUNTAIN VIEW, CA 94040-2651, SANTA CLARA COUNTY
(Jan 1995)
   1548 MAURICE LN APT, SAN JOSE, CA 95129-4819, SANTA CLARA COUNTY (Aug 1993)
   950 HIGH SCHOOL WAY APT, MOUNTAIN VIEW, CA 94041-1912, SANTA CLARA COUNTY (Jul 1993)
   1598 MAURICE LN, SAN JOSE, CA 95129-4813, SANTA CLARA COUNTY (Dec 1991)
   3934 GARDIE PLACE WAY, SAN JOSE, CA 95121-1919, SANTA CLARA COUNTY ( 1983 - Dec 1991)


CHARLOTTE P LIU   DOB: 8/xx/1963
088-72-xxxx issued in New York  between  1/1/1987  and  12/31/1988
   **Names Associated with Associate:**
   CHARLOTTE P HSIEH   DOB: 8/xx/1963
   088-72-xxxx issued in New York  between  1/1/1987  and  12/31/1988
   **Previous And Non-Verified Address(es):**
   3428 ALMA VILLAGE CIR, PALO ALTO, CA 94306-2323, SANTA CLARA COUNTY (Feb 2012 -  2019)
   4155 EL CAMINO WAY APT G, PALO ALTO, CA 94306-4072, SANTA CLARA COUNTY
( 2009 - Aug 2013)
   **S**1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2013)
   11655 SW TEAL BLVD APT M, BEAVERTON, OR 97007-8242, WASHINGTON COUNTY
(Mar 1995 - Dec 2007)
   10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Oct 1993 -  2004)
   **S**10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Jan 2002)
   100 W EL CAMINO REAL APT 50, MOUNTAIN VIEW, CA 94040-2651, SANTA CLARA COUNTY
(Sep 1993 - Oct 1994)
   950 HIGH SCHOOL WAY APT 3210, MOUNTAIN VIEW, CA 94041-1968, SANTA CLARA COUNTY
(Sep 1993)


GUOQIONG HUANG   DOB: 9/xx/1937
291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
   **Names Associated with Associate:**
   HUANG GUOQIONG   DOB: 9/xx/1937
   291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
   GUOQIOGN HUANG   DOB: 9/xx/1937

291-94-xxxx issued in Ohio between 1/1/1992 and 4/1/1994

GUOQIONG HUANG DOB: 9/xx/1937

291-94-xxxx issued in Ohio between 1/1/1992 and 4/1/1994

**Previous And Non-Verified Address(es):**

**S** 5414 VICTORIA PARK CT, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY (Aug 2003 - Nov 2019)

**S** 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Aug 2015 - Feb 2018)

**S** 150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Sep 2014)

5024 DIERKER RD APT A8, COLUMBUS, OH 43220-5230, FRANKLIN COUNTY (Jul 1997 - Jul 2005)

3040 JOHN ST APT 2, COLUMBUS, OH 43202, FRANKLIN COUNTY (Jun 1997)

3040 SAINT JOHN CT APT 2, COLUMBUS, OH 43202-1817, FRANKLIN COUNTY (Nov 1992 - Dec 1992)

3040 JOHN 2, COLUMBUS, OH 43202, FRANKLIN COUNTY

**D** YA-NENG LIU DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof

128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991

**Names Associated with Associate:**

**D** VERONIQUE Y LIU DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof

128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991

**D** VERONIQUE Y LUI DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof

128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991

**D** YANENG LIU DOB: 7/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof

128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991

**Previous And Non-Verified Address(es):**

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Sep 2000 - Aug 2007)

10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Mar 1997 - Jan 2003)

6252 PASEO CANYON DR, MALIBU, CA 90265-3135, LOS ANGELES COUNTY (Apr 1993 - Jan 1996)

1919 FRUITDALE AVE APT H5, SAN JOSE, CA 95128-4927, SANTA CLARA COUNTY (Oct 1995)

617 28TH AVE, SAN FRANCISCO, CA 94121-2816, SAN FRANCISCO COUNTY (May 1994)

671 28TH AVE, SAN FRANCISCO, CA 94121-2816, SAN FRANCISCO COUNTY (Dec 1993)

331 BV, LOS ANGELES, CA 90064, LOS ANGELES COUNTY (Apr 1992 - Dec 1992)

2901 S SEPULVEDA BLVD APT, LOS ANGELES, CA 90064-3919, LOS ANGELES COUNTY (Aug 1991 - Dec 1991)

400 W 119TH ST APT, NEW YORK, NY 10027-7125, NEW YORK COUNTY (Oct 1990 - Dec 1991)

XIAOXUN SUN

**Names Associated with Associate:**

SUN XIAOXUN

**Previous And Non-Verified Address(es):**

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Apr 2003 - 2019)

XIAOYAN ZHANG

**Names Associated with Associate:**

ZHANG XIAOYAN SUN

**Previous And Non-Verified Address(es):**

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Apr 2003 - 2019)

225 FLUOR DANIEL DR APT 7202, SUGAR LAND, TX 77479-4044, FORT BEND COUNTY (Mar 2015)

HUANG GUOQIONG

**Names Associated with Associate:**

GUOQIONG HUANG

**Previous And Non-Verified Address(es):**

**S** 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Mar 2008 - 2017)

**S** 5414 VICTORIA PARK CT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY (Jun 2007)

H LIHENRY

**Names Associated with Associate:**

HENRY H LI

**Previous And Non-Verified Address(es):**

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Sep 2000 - Dec 2011)

**Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> VERONIQUE Y LIU
>> VERONIQUE Y LI  - (AKA)
>> 🅓 YA-NENG LIU , Age 50
>>> 🅓 VERONIQUE Y LIU  - (AKA), Age 50
>>> 🅓 VERONIQUE Y LUI  - (AKA), Age 50
>>> 🅓 YANENG LIU  - (AKA), Age 50
> GUOJI JI LI , Age 82
>> LI GUOJI  - (AKA), Age 82
>> GUO-JI LI  - (AKA), Age 82
>> GUO JI LI  - (AKA), Age 82
>> G LI  - (AKA), Age 82
>> IL GUOJJ  - (AKA), Age 82
>> GUOQIONG HUANG , Age 82
>>> HUANG GUOQIONG  - (AKA), Age 82
>>> GUOQIOGN HUANG  - (AKA), Age 82
>>> GUOQUIONG HUANG  - (AKA), Age 82
> 🅓 HELEN MARIE LI , Age 79
>> 🅓 HELEN M MENDOZA  - (AKA), Age 79
>> 🅓 HELEN S LI  - (AKA), Age 79
>> 🅓 HELEN M LIT  - (AKA), Age 79
>> STEPHEN S LI , Age 95
>>> S LISTEPHEN  - (AKA), Age 95
>>> STEPHENS S LI  - (AKA), Age 95
>>> STEPHEN S LI  - (AKA), Age 94
> WENYANG YANG LI , Age 50
>> W LI  - (AKA)
>> YAN L WEN  - (AKA)
>> YAO XIANG  - (AKA)
>> DAVID QIANG WEN , Age 57
>>> QIANG WEN  - (AKA)
>>> YAVID QIANG WEN  - (AKA), Age 57
>>> Q YAVID  - (AKA)
>>> OIANG WEN  - (AKA)
>> YAN SHI
>>> SHI YAN  - (AKA)
>> JIMMY WEN
>> XIU LIANG PAN
>>> XIULIANG PAN  - (AKA)
>>> X PAN  - (AKA)
>> XIAOTING YUAN
> LI MINGYU
>> LITING CHEN , Age 57
>>> LITING C CHEN  - (AKA), Age 57
>>> CHEN LITING  - (AKA)
>>> LI C CHEN  - (AKA)
> LI SHUFENG
>> YAN LIU , Age 50
>>> KITTYYAN Y LIU  - (AKA), Age 50
>>> KITTY YAN LIU  - (AKA), Age 50
>>> KITTY WEN  - (AKA), Age 50
>>> KITTY Y LUI  - (AKA), Age 50
>>> KITTY-YAN LIU  - (AKA), Age 50
>>> Y LIU KITTYYAN  - (AKA), Age 50
>>> LIU YAN  - (AKA), Age 50
>> LI FU CHUN

&gt;&gt;&gt;   FUCHUN LI  - (AKA), Age 52
&gt;&gt;&gt;   FU CHUN LI  - (AKA)
&gt;   PEI NENG LIU , Age 56
&gt;&gt;   PEINENG NENG LIU  - (AKA), Age 56
&gt;&gt;   CHARLOTTE P LIU , Age 56
&gt;&gt;&gt;   CHARLOTTE P HSIEH  - (AKA), Age 56

**Possible Relatives:**

VERONIQUE Y LIU
    128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
⚑SSN belongs to a person reported as deceased.
    **Names Associated with Relative:**
    VERONIQUE Y LI
      128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
      ⚑SSN belongs to a person reported as deceased.
    **Previous And Non-Verified Address(es):**
    **S**7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY ( 2008 - Aug 2015)
      **Current Residents at Address:**
        REZA JAMASEBI
        BAHMAN GESHNIZJANI

    **S**1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY ( 2009 - 2014)
      **Current Residents at Address:**
        VERONIQUE Y LIU
        SAMUEL TUAN WANG
        GINGER TENG WANG
        WANG T SAMMEL

    4553 LANCELOT DR, PLANO, TX 75024-4719, COLLIN COUNTY (Jun 2009 - Sep 2011)
      **Current Residents at Address:**
        JENNIFER L HAUG
        WALTER W HAUG
        WALTER HAUG
        JILLIAN BURNHAM HAUG
        ALLISON BLACKER HAUG

    **S**10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Aug 2000 - Jan 2009)
      **Current Residents at Address:**
        WENYANG YANG LI
        XIAOXUN SUN
        XIAOYAN ZHANG

    **S**8408 HALLIFORD CT, PLANO, TX 75024-3768, COLLIN COUNTY (Aug 2007)
      **Current Residents at Address:**
        DAWN MICHELLE MEYLER
        ERIC ROBERT MEYLER
        EMILY JEAN REYNOSA

    **S**730 E EVELYN AVE APT 833, SUNNYVALE, CA 94086-6544, SANTA CLARA COUNTY (Apr 2000)
    10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Mar 1997 - Jul 1999)
      **Current Residents at Address:**
        JOUNGHWA CHO
        RAJENDRA R PARLAPALLI
        KEESUK SUK RYU

    1919 FRUITDALE AVE APT H5, SAN JOSE, CA 95128-4927, SANTA CLARA COUNTY (Oct 1995)

    **Possible Relative:**
    **D** YA-NENG LIU   DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof
      128-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
      **Names Associated with Relative:**
        **D** VERONIQUE Y LIU   DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) -

Comprehensive Report

Proof

128-76-xxxx issued in New York  between  1/1/1990  and  12/31/1991

**D** VERONIQUE Y LUI DOB: 7/xx/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) -

Proof

128-76-xxxx issued in New York  between  1/1/1990  and  12/31/1991

**D** YANENG LIU DOB: 7/1969 DOD: 11/18/2012 Age at Death: 43 (Born 50 years ago) - Proof

128-76-xxxx issued in New York  between  1/1/1990  and  12/31/1991

**Previous And Non-Verified Address(es):**

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY

(Sep 2000 - Aug 2007)

   **Current Residents at Address:**

      WENYANG YANG LI

      XIAOXUN SUN

      XIAOYAN ZHANG

10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Mar 1997 - Jan 2003)

   **Current Residents at Address:**

      JOUNGHWA CHO

      RAJENDRA R PARLAPALLI

      KEESUK SUK RYU

6252 PASEO CANYON DR, MALIBU, CA 90265-3135, LOS ANGELES COUNTY

(Apr 1993 - Jan 1996)

   **Current Residents at Address:**

      LESLEY ANNE FAUNTLEROY

      DON E FAUNTLEROY

      GEORGE FAUNTLEROY

1919 FRUITDALE AVE APT H5, SAN JOSE, CA 95128-4927, SANTA CLARA COUNTY (Oct 1995)

617 28TH AVE, SAN FRANCISCO, CA 94121-2816, SAN FRANCISCO COUNTY (May 1994)

671 28TH AVE, SAN FRANCISCO, CA 94121-2816, SAN FRANCISCO COUNTY (Dec 1993)

   **Current Residents at Address:**

      BOYUAN R SHENG

      YUHONG HONG SHENG

      JASSEL VANEGAS

      JEFFREY LIU

331 BV, LOS ANGELES, CA 90064, LOS ANGELES COUNTY (Apr 1992 - Dec 1992)

2901 S SEPULVEDA BLVD APT, LOS ANGELES, CA 90064-3919, LOS ANGELES COUNTY

(Aug 1991 - Dec 1991)

400 W 119TH ST APT, NEW YORK, NY 10027-7125, NEW YORK COUNTY (Oct 1990 - Dec 1991)


GUOJI JI LI  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

**Names Associated with Relative:**

LI GUOJI  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

GUO-JI LI  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

GUO JI LI  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

G LI  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

IL GUOJJ  DOB: 8/xx/1937

291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994

**Previous And Non-Verified Address(es):**

5690 MOSAIC WAY, WESTERVILLE, OH 43082-7176, DELAWARE COUNTY (Dec 2011 - Nov 2019)

   **Current Residents at Address:**

      CHIGURUPATI C CHIGURUPATI

      VIJAYAMANI CHIGURUPATI

      SURAPANENI SREERAMADAS

      SRUTI CHIGURUPATI

**S** 1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Mar 2008 - Feb 2018)

   **Current Residents at Address:**

GUOJI JI LI
HUI HENRY LI
150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Sep 2014)
5414 VICTORIA PARK CT C, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY
(Nov 1994 - Sep 2013)
614-451-0329


5024 DIERKER RD APT A8, COLUMBUS, OH 43220-5230, FRANKLIN COUNTY (Jul 1997 - Sep 2003)
6504 MADRID RD APT B, GOLETA, CA 93117-4871, SANTA BARBARA COUNTY
(Oct 1992 - Jan 2003)
Current Residents at Address:
GERMAIN VALDEZ
3040 SAINT JOHN CT APT 2, COLUMBUS, OH 43202-1817, FRANKLIN COUNTY (Oct 1992 - Jan 1995)
3040 JOHN ST, COLUMBUS, OH 43202, FRANKLIN COUNTY (Oct 1992 - Dec 1992)

Possible Relative:
GUOQIONG HUANG  DOB: 9/xx/1937
291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
Names Associated with Relative:
HUANG GUOQIONG  DOB: 9/xx/1937
291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
GUOQIOGN HUANG  DOB: 9/xx/1937
291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
GUOQUIONG HUANG  DOB: 9/xx/1937
291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
Previous And Non-Verified Address(es):
5414 VICTORIA PARK CT, COLUMBUS, OH 43235-7129, FRANKLIN COUNTY
(Aug 2003 - Nov 2019)
Current Residents at Address:
GUOQIONG HUANG
LINDA S MEOAK
JAMES K MEOAK
1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Aug 2015 - Feb 2018)
Current Residents at Address:
GUOJI JI LI
HUI HENRY LI
150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Sep 2014)
5024 DIERKER RD APT A8, COLUMBUS, OH 43220-5230, FRANKLIN COUNTY
(Jul 1997 - Jul 2005)
3040 JOHN ST APT 2, COLUMBUS, OH 43202, FRANKLIN COUNTY (Jun 1997)
3040 SAINT JOHN CT APT 2, COLUMBUS, OH 43202-1817, FRANKLIN COUNTY
(Nov 1992 - Dec 1992)
3040 JOHN 2, COLUMBUS, OH 43202, FRANKLIN COUNTY


HELEN MARIE LI  DOB: 3/xx/1941 DOD: 5/14/2014 Age at Death: 73 (Born 79 years ago) - Verified
556-52-xxxx issued in California  between  1/1/1955  and  12/31/1956
SSN belongs to a person reported as deceased.
Names Associated with Relative:
HELEN M MENDOZA  DOB: 3/xx/1941 DOD: 5/14/2014 Age at Death: 73 (Born 79 years ago) -
Verified
556-52-xxxx issued in California  between  1/1/1955  and  12/31/1956
SSN belongs to a person reported as deceased.
HELEN S LI  DOB: 3/xx/1941 DOD: 5/14/2014 Age at Death: 73 (Born 79 years ago) - Verified
556-52-xxxx issued in California  between  1/1/1955  and  12/31/1956
SSN belongs to a person reported as deceased.
HELEN M LIT  DOB: 3/xx/1941 DOD: 5/14/2014 Age at Death: 73 (Born 79 years ago) - Verified
556-52-xxxx issued in California  between  1/1/1955  and  12/31/1956

Comprehensive Report

SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
21112 VIA PORTOLA UNIT 22, YORBA LINDA, CA 92887-3409, ORANGE COUNTY ( 2006 - Mar 2017)
YORBA LINDA, CA 92887-3409 (May 2014)
5815 VIA ROMERO UNIT 21, YORBA LINDA, CA 92887-3414, ORANGE COUNTY
(Aug 1992 - Aug 2009)
    **Current Residents at Address:**
    CHRISTOPHER ALLEN BERGSTROM
S 8721 IMPERIAL HWY APT 237, DOWNEY, CA 90242-3938, LOS ANGELES COUNTY
( 1983 - Jan 1990)
    PO BOX 4525, DOWNEY, CA 90241-1525, LOS ANGELES COUNTY (Jan 1983 - Apr 1986)
    98 101982 486060613, INGLEWOOD, CA 90242, LOS ANGELES COUNTY (Apr 1984 - Apr 1985)

**Possible Relative:**
STEPHEN S LI   DOB: 5/xx/1925
    368-32-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
    **Names Associated with Relative:**
    S LISTEPHEN   DOB: 5/xx/1925
        368-32-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
    STEPHENS S LI   DOB: 1925
        368-32-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
    STEPHEN S LI   DOB: 9/1925
        368-32-xxxx issued in Michigan  between  1/1/1936  and  12/31/1951
    **Previous And Non-Verified Address(es):**
    21112 VIA PORTOLA UNIT 22, YORBA LINDA, CA 92887-3409, ORANGE COUNTY
(Sep 1988 -  2019)
        714-693-1470

    5815 VIA ROMERO 21, YORBA LINDA, CA 92887-3414, ORANGE COUNTY (Sep 1988 - Mar 2010)
    **Current Residents at Address:**
    CHRISTOPHER ALLEN BERGSTROM
    5815 VIA ROMERO APT TWNHS APT TWNHS, YORBA LINDA, CA 92687 (Aug 1990 - Jan 1996)
S 8721 IMPERIAL HWY APT 237, DOWNEY, CA 90242-3938, LOS ANGELES COUNTY (Nov 1980)
    10000 IMPERIAL HWY APT, DOWNEY, CA 90242-3243, LOS ANGELES COUNTY (Nov 1976)

WENYANG YANG LI   DOB: 12/xx/1969
    625-96-xxxx issued in California  between  5/2/1997  and  10/1/1997
**Names Associated with Relative:**
W LI
    625-96-xxxx issued in California  between  5/2/1997  and  10/1/1997
YAN L WEN
    625-96-xxxx issued in California  between  5/2/1997  and  10/1/1997
YAO XIANG
    625-96-xxxx issued in California  between  5/2/1997  and  10/1/1997
**Previous And Non-Verified Address(es):**
225 FLUOR DANIEL DR APT 7202, SUGAR LAND, TX 77479-4044, FORT BEND COUNTY (Aug 2015)
14910 LANTERN LN, SAN ANTONIO, TX 78248-2708, BEXAR COUNTY (May 2013 - May 2014)
    **Current Residents at Address:**
    BRADLEY ALAN HEWITT
    LIELA B DEJESUS
    JING JIN
PO BOX 982168, PARK CITY, UT 84098-2168, SUMMIT COUNTY (Aug 2000 - Dec 2002)
    **Current Residents at Address:**
    WENDY K KUO
    WENDY K KUO
    PING LU
    WEN HSIANG KUO
    NICOLE CHANG
16301 SIERRA RIDGE WAY, HACIENDA HEIGHTS, CA 91745-5546, LOS ANGELES COUNTY

(Mar 2002)

     **Current Residents at Address:**
      TIMOTHY JAMES GARLAND
      SHIHONG HONG GUAN
      SHI LI
      HAO SIYUAN

11388 MCGIRK AVE, EL MONTE, CA 91732-1854, LOS ANGELES COUNTY (Jul 2000 - Sep 2001)

     **Current Residents at Address:**
      LETHI THI TO
      LYSA LAN TRAN
      KHIEM TRONG TRAN
      KY T TRAN
      PHUONG THI KIM LAI

17058 COLIMA RD APT 234, HACIENDA HEIGHTS, CA 91745-6749, LOS ANGELES COUNTY

(May 2000)

     **Current Residents at Address:**
      CHENG TIEN LIAO

2376 PORTLAND ST APT 8, LOS ANGELES, CA 90007-1980, LOS ANGELES COUNTY

     **Current Residents at Address:**
      BROOKS BEAUDRAULT JACOBS

**Possible Relative:**
DAVID QIANG WEN   DOB: 9/xx/1962
  604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
  **Names Associated with Relative:**
QIANG WEN
  604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
YAVID QIANG WEN   DOB: 9/xx/1962
  604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
Q YAVID
  604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
OIANG WEN
  604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
**Previous And Non-Verified Address(es):**
18221 VILLA CLARA ST, ROWLAND HEIGHTS, CA 91748-4436, LOS ANGELES COUNTY

(Oct 2018)

     **Current Residents at Address:**
      BETTY CHU JOE
      YAN LIU
      DAVID QIANG WEN
      CHUN CHU
      CHIUMEI CHENG
      CHIEN CHU

16044 AUGUSTA DR, CHINO HILLS, CA 91709-3354, SAN BERNARDINO COUNTY (Oct 2017)

     **Current Residents at Address:**
      JIYAO WEN
      YAN SHI
      JIMMY WEN

1603 NACE PL, HACIENDA HEIGHTS, CA 91745-3712, LOS ANGELES COUNTY (Aug 2016)

     **Current Residents at Address:**
      ROSANNA MARIA TARIN
      DAVID QIANG WEN
      MARCELLA ALICIA TARIN
      RAFAEL PEREZ MARQUEZ

17047 KIRK VIEW DR, HACIENDA HEIGHTS, CA 91745-6705, LOS ANGELES COUNTY

(Sep 2015 - Nov 2015)

     **Current Residents at Address:**
      ZHI LIANG
      HONGQI NIE
      TIAN TIAN

6324 PEACH AVE, CORONA, CA 92880-7291, RIVERSIDE COUNTY (Dec 2012 - Sep 2015)

**Current Residents at Address:**
BETTE LOU CARTER
JULIA L NGUYEN
REN QIANG MIAO
CANH HUU NGUYEN
DON AMIEL SISON
QING YANG
128 N OAK KNOLL AVE, PASADENA, CA 91101-5638, LOS ANGELES COUNTY (Oct 2014)
2112 MOON VIEW DR, HACIENDA HEIGHTS, CA 91745-5737, LOS ANGELES COUNTY (Dec 2012)

**Current Residents at Address:**
BEN TSUTOMU AIZAWA
MICHELLE J AIZAWA
3101 RIO LEMPA DR, HACIENDA HEIGHTS, CA 91745-6642, LOS ANGELES COUNTY
(Nov 2005 - Dec 2011)

**Current Residents at Address:**
BO SHIOU JENG
626-260-1998


16301 SIERRA RIDGE WAY, HACIENDA HEIGHTS, CA 91745-5546, LOS ANGELES COUNTY
( 2002 - Dec 2005)

**Current Residents at Address:**
TIMOTHY JAMES GARLAND
SHIHONG HONG GUAN
SHI LI
HAO SIYUAN
626-330-8633


11388 MCGIRK AVE, EL MONTE, CA 91732-1854, LOS ANGELES COUNTY (Jul 2000 - Jan 2003)

**Current Residents at Address:**
LETHI THI TO
LYSA LAN TRAN
KHIEM TRONG TRAN
KY T TRAN
PHUONG THI KIM LAI


YAN SHI
**Names Associated with Relative:**
SHI YAN
**Previous And Non-Verified Address(es):**
16044 AUGUSTA DR, CHINO HILLS, CA 91709-3354, SAN BERNARDINO COUNTY
(Sep 2010 - 2018)

**Current Residents at Address:**
JIYAO WEN
YAN SHI
JIMMY WEN
1603 NACE PL, HACIENDA HEIGHTS, CA 91745-3712, LOS ANGELES COUNTY (Oct 2017)

**Current Residents at Address:**
ROSANNA MARIA TARIN
DAVID QIANG WEN
MARCELLA ALICIA TARIN
RAFAEL PEREZ MARQUEZ
13441 ORCHARD DR, CORONA, CA 92880-8981, RIVERSIDE COUNTY (Nov 2015)

**Current Residents at Address:**
ELIZABETH BAUTISTA
JAZLYN NICOLLE WILLIAMS
MICHAEL J WILLIAMS
LAUREN SOUZA
ADRIAN C GALEON
6324 PEACH AVE, CORONA, CA 92880-7291, RIVERSIDE COUNTY (Dec 2012 - Sep 2015)

        **Current Residents at Address:**
BETTE LOU CARTER
JULIA L NGUYEN
REN QIANG MIAO
CANH HUU NGUYEN
DON AMIEL SISON
QING YANG

JIMMY WEN
        **Previous And Non-Verified Address(es):**
        16044 AUGUSTA DR, CHINO HILLS, CA 91709-3354, SAN BERNARDINO COUNTY
(Sep 2010 - 2018)
        **Current Residents at Address:**
JIYAO WEN
YAN SHI
JIMMY WEN

XIU LIANG PAN
        **Names Associated with Relative:**
XIULIANG PAN
X PAN
        **Previous And Non-Verified Address(es):**
        11394 MCGIRK AVE, EL MONTE, CA 91732-1854, LOS ANGELES COUNTY (May 2011 - 2018)
        **Current Residents at Address:**
WENYANG YANG LI
XIU LIANG PAN
JUAN WANG
CHUCHEN PAN
        11466 BROADMEAD ST, SOUTH EL MONTE, CA 91733-4563, LOS ANGELES COUNTY (Aug 2014)
        **Current Residents at Address:**
JIAN K LUO
SHOU QUAN LI
SHULING LING LIU
LI JIN
LING YAN
QING WANG
SONG WEIJIAN
        555 S AZUSA AVE APT 6, AZUSA, CA 91702-5558, LOS ANGELES COUNTY ( 2009 - Jun 2014)
        412 S 8TH ST, ALHAMBRA, CA 91801-3635, LOS ANGELES COUNTY (Aug 2006 - Mar 2011)
        **Current Residents at Address:**
LUCY CHUI HAU
MING Z LUO
BAI LUO
YAN LING LIU
        555 S AZUSA AVE APT 3, AZUSA, CA 91702-5558, LOS ANGELES COUNTY (Sep 2010 - Oct 2010)
        1425 S MARGUERITA AVE APT, ALHAMBRA, CA 91803-3183, LOS ANGELES COUNTY
(Feb 2005 - Jan 2007)
        3201 MUSCATEL AVE, ROSEMEAD, CA 91770-2743, LOS ANGELES COUNTY (May 2004)
        **Current Residents at Address:**
BORIS LAU
SIUN OH

XIAOTING YUAN
        **Previous And Non-Verified Address(es):**
        18440 DESIDIA ST, ROWLAND HEIGHTS, CA 91748-1914, LOS ANGELES COUNTY (Feb 2015)
        1920 BATSON AVE, ROWLAND HEIGHTS, CA 91748-3461, LOS ANGELES COUNTY (Feb 2015)

LI MINGYU
        **Previous And Non-Verified Address(es):**
        1458 STANFORD, IRVINE, CA 92612-4639, ORANGE COUNTY (Nov 2014)
        **Current Residents at Address:**

DAVID SALOM
5642 STEVENS CREEK BLVD APT 612, CUPERTINO, CA 95014-7629, SANTA CLARA COUNTY
(May 2013 - Nov 2014)

**Possible Relative:**
LITING CHEN  DOB: 6/xx/1963
320-86-xxxx issued in Illinois  between  1/1/1991  and  12/31/1992
**Names Associated with Relative:**
LITING C CHEN  DOB: 6/xx/1963
320-86-xxxx issued in Illinois  between  1/1/1991  and  12/31/1992
CHEN LITING
320-86-xxxx issued in Illinois  between  1/1/1991  and  12/31/1992
LI C CHEN
320-86-xxxx issued in Illinois  between  1/1/1991  and  12/31/1992
**Previous And Non-Verified Address(es):**
2713 PEBBLE STONE, GRAPEVINE, TX 76051-2413, TARRANT COUNTY (Aug 2003 - May 2019)
**Current Residents at Address:**
LI CANG
LITING CHEN
ALLISON LI
300 WALKER SPRINGS RD APT 16E, KNOXVILLE, TN 37923-2673, KNOX COUNTY
(Mar 1992 - Sep 2014)
606-263-9879


4744 FIREBROOK BLVD, LEXINGTON, KY 40513-1403, FAYETTE COUNTY (Aug 2003 -  2009)
**Current Residents at Address:**
MICHAEL CRAIG FOSTER
LEIGH ANN FOSTER
531 ROMBERG DR, SUNNYVALE, CA 94087-2721, SANTA CLARA COUNTY (Feb 2001 - Jan 2003)
**Current Residents at Address:**
SONIA DESIREE ORDONEZ
VICTORIA PISMENNAYA
RICHARD ORDONEZ
143 ALBANY ST APT 202, CAMBRIDGE, MA 02139-4262, MIDDLESEX COUNTY
(Jan 2001 - Sep 2001)
2414 RICHMOND RD APT 95, LEXINGTON, KY 40502-1301, FAYETTE COUNTY
(Jan 1997 - Sep 2001)
606-263-9879


5618 STEVENS CREEK BLVD APT 340, CUPERTINO, CA 95014-7611, SANTA CLARA COUNTY
(Jan 2001 - May 2001)
5618 STEVENS CREEK BLVD APT 3, CUPERTINO, CA 95014-7609, SANTA CLARA COUNTY
(Jan 2001 - Feb 2001)
3587 HUNTERS GREEN WAY, LEXINGTON, KY 40509-1925, FAYETTE COUNTY (Jul 1998)
**Current Residents at Address:**
DOUGLAS W BOWEN
TIMOTHY WAYNE FRANKLIN
SHELLA SOWARDS FRANKLIN
ASHLEY H BOWEN
**Current phones listed at this address:**
859-368-7007 - EDT BOWEN ASHLEY

606-263-9879


878 GOODING DR # 104, ALBANY, CA 94706-1909, ALAMEDA COUNTY (Jul 1992 - Jan 1996)

LI SHUFENG
**Previous And Non-Verified Address(es):**

2622 GARDI ST, DUARTE, CA 91010-1330, LOS ANGELES COUNTY (Jul 2019)
> Current Residents at Address:
>> VIJAYA S SHAKKOTTAI
>> RACHEL FAGEN
>> JENNIFER RODRIGUEZ
>> COLIN CHRISTOPHER BROWN
>> DANDRE DESEAN MARTIN
>> LI SHUFENG

15006 CHETNEY DR, BALDWIN PARK, CA 91706-4419, LOS ANGELES COUNTY (Dec 2016)
> Current Residents at Address:
>> ALESANDRO J MAURI
>> TERESITA B MAURI
>> SHU YAN ZHANG
>> YANG LIU
>> SUN YUN YINGYAN

3020 FREEBORN ST, DUARTE, CA 91010-1507, LOS ANGELES COUNTY (Dec 2016)
> Current Residents at Address:
>> HENRY H TRAN
>> CARLA P LIMA
>> DIANA ESCUTIA
>> NADINE ZUNIGA


**Possible Relative:**

YAN LIU  DOB: 2/xx/1970
> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> **Names Associated with Relative:**
> KITTYYAN Y LIU  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> KITTY YAN LIU  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> KITTY WEN  DOB: 2/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> KITTY Y LUI  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> KITTY-YAN LIU  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> Y LIU KITTYYAN  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> LIU YAN  DOB: 2/xx/1970
>> 604-90-xxxx issued in California  between  5/2/1996  and  9/3/1996
> **Previous And Non-Verified Address(es):**
> 6324 PEACH AVE, CORONA, CA 92880-7291, RIVERSIDE COUNTY (Dec 2012 - Sep 2015)
>> Current Residents at Address:
>>> BETTE LOU CARTER
>>> JULIA L NGUYEN
>>> REN QIANG MIAO
>>> CANH HUU NGUYEN
>>> DON AMIEL SISON
>>> QING YANG
> 2112 MOON VIEW DR, HACIENDA HEIGHTS, CA 91745-5737, LOS ANGELES COUNTY
(Feb 2013 - Mar 2013)
>> Current Residents at Address:
>>> BEN TSUTOMU AIZAWA
>>> MICHELLE J AIZAWA
> 3101 RIO LEMPA DR, HACIENDA HEIGHTS, CA 91745-6642, LOS ANGELES COUNTY
(Nov 2005 - Nov 2011)
>> Current Residents at Address:
>>> BO SHIOU JENG
> 11388 MCGIRK AVE, EL MONTE, CA 91732-1854, LOS ANGELES COUNTY (Jul 2000 - Sep 2009)
>> Current Residents at Address:
>>> LETHI THI TO

LYSA LAN TRAN
KHIEM TRONG TRAN
KY T TRAN
PHUONG THI KIM LAI
626-279-1198

16301 SIERRA RIDGE WAY, HACIENDA HEIGHTS, CA 91745-5546, LOS ANGELES COUNTY
(Mar 2002 - Dec 2005)
                   **Current Residents at Address:**
TIMOTHY JAMES GARLAND
SHIHONG HONG GUAN
SHI LI
HAO SIYUAN
626-330-8633

17058 COLIMA RD APT 234, HACIENDA HEIGHTS, CA 91745-6749, LOS ANGELES COUNTY
(Aug 1997 - Jan 1999)
                   **Current Residents at Address:**
CHENG TIEN LIAO
810-3268

170562 COLIMA RD APT 233, DIAMOND BAR, CA 91765, LOS ANGELES COUNTY
(Jun 1996 - Jan 1997)
170562 COLIMA RD APT, DIAMOND BAR, CA 91765, LOS ANGELES COUNTY (Jun 1996)
17056 COLIMA RD APT 223, HACIENDA HEIGHTS, CA 91745-6750, LOS ANGELES COUNTY
(Jun 1996)
                   **Current Residents at Address:**
XING TONG
810-3268

LI FU CHUN
                   **Names Associated with Relative:**
FUCHUN LI                    DOB: 2/xx/1968
FU CHUN LI
                   **Previous And Non-Verified Address(es):**
15840 MAISON ORLEANS CT, BATON ROUGE, LA 70817-4853, EAST BATON ROUGE COUNTY
(Feb 2017)
                   **Current Residents at Address:**
RONALD EUGENE
RONY RAMOS
LORENZO RAMOS
KELVIN JAMES
7863 IROQUOIS ST, FONTANA, CA 92336-3830, SAN BERNARDINO COUNTY ( 2012 - Feb 2017)
                   **Current Residents at Address:**
LI FU CHUN
DAN GAI
2022 GEORGIAN WOODS PL APT 24, SILVER SPRING, MD 20902-1840, MONTGOMERY COUNTY
(Dec 2009)

PEI NENG LIU   DOB: 8/xx/1963
088-72-xxxx issued in New York between 1/1/1987 and 12/31/1988
                   **Names Associated with Relative:**
PEINENG NENG LIU   DOB: 8/xx/1963
088-72-xxxx issued in New York between 1/1/1987 and 12/31/1988
                   **Previous And Non-Verified Address(es):**
1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2013)

Comprehensive Report

**Current Residents at Address:**
VERONIQUE Y LIU
SAMUEL TUAN WANG
GINGER TENG WANG
WANG T SAMMEL
11655 SW TEAL BLVD APT M, BEAVERTON, OR 97007-8242, WASHINGTON COUNTY
(Jan 1996 - Dec 2007)
10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Jul 1998 - Jun 2003)
**Current Residents at Address:**
JOUNGHWA CHO
RAJENDRA R PARLAPALLI
KEESUK SUK RYU
100 W EL CAMINO REAL APT, MOUNTAIN VIEW, CA 94040-2664, SANTA CLARA COUNTY (Jun 1995)
2901 S SEPULVEDA BLVD APT 331, LOS ANGELES, CA 90064-3947, LOS ANGELES COUNTY
(Aug 1991 - Jan 1995)
400 W 119TH ST APT 3R, NEW YORK, NY 10027-7104, NEW YORK COUNTY (May 1989 - Dec 1994)
84 STANWICK CT, SOMERSET, NJ 08873-4412, SOMERSET COUNTY (Mar 1994)
**Current Residents at Address:**
LILY L YUAN
WARREN R WANG
RONGHUA HUA DONG
UMA KAVURI
950 HIGH SCHOOL WAY APT 3210, MOUNTAIN VIEW, CA 94041-1968, SANTA CLARA COUNTY
(Jun 1993 - Jul 1993)
1919 FRUITDALE AVE APT K711, SAN JOSE, CA 95128-4941, SANTA CLARA COUNTY
(Jan 1993 - Feb 1993)
CNS # 0290, SIOUX FALLS, SD 57117, MINNEHAHA COUNTY (Dec 1992)

**Possible Relative:**
CHARLOTTE P LIU  DOB: 8/xx/1963
088-72-xxxx issued in New York  between  1/1/1987  and  12/31/1988
**Names Associated with Relative:**
CHARLOTTE P HSIEH  DOB: 8/xx/1963
088-72-xxxx issued in New York  between  1/1/1987  and  12/31/1988
**Previous And Non-Verified Address(es):**
3428 ALMA VILLAGE CIR, PALO ALTO, CA 94306-2323, SANTA CLARA COUNTY
(Feb 2012 -  2019)
**Current Residents at Address:**
NING HSIEH
CHARLOTTE P LIU
4155 EL CAMINO WAY APT G, PALO ALTO, CA 94306-4072, SANTA CLARA COUNTY
( 2009 - Aug 2013)
**Current Residents at Address:**
SHAW CHENG CHUANG
SIU CORINNA SHI
LEON S STONE
ELENA RUDMAN
S1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2013)
**Current Residents at Address:**
VERONIQUE Y LIU
SAMUEL TUAN WANG
GINGER TENG WANG
WANG T SAMMEL
11655 SW TEAL BLVD APT M, BEAVERTON, OR 97007-8242, WASHINGTON COUNTY
(Mar 1995 - Dec 2007)
10362 TERRY WAY, CUPERTINO, CA 95014-2930, SANTA CLARA COUNTY (Oct 1993 -  2004)
**Current Residents at Address:**
JOUNGHWA CHO
RAJENDRA R PARLAPALLI
KEESUK SUK RYU
408-252-7538

**S** 10184 DENISON AVE, CUPERTINO, CA 95014-2427, SANTA CLARA COUNTY (Jan 2002)

   **Current Residents at Address:**
   WENYANG YANG LI
   XIAOXUN SUN
   XIAOYAN ZHANG

100 W EL CAMINO REAL APT 50, MOUNTAIN VIEW, CA 94040-2651, SANTA CLARA COUNTY
(Sep 1993 - Oct 1994)

950 HIGH SCHOOL WAY APT 3210, MOUNTAIN VIEW, CA 94041-1968, SANTA CLARA COUNTY
(Sep 1993)


**Neighbors:**

   **Neighborhood:**
   1531 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Mar 2008 - May 2020)
      **Residents:**
         GUOJI JI LI   DOB: 8/xx/1937
            291-94-xxxx issued in Ohio  between  1/1/1992  and  4/1/1994
         HUI HENRY LI   DOB: 2/1967
            622-28-xxxx issued in California  between  1/1/1989  and  12/31/1990


   **Address(es):**
   1530 AWALT CT, LOS ALTOS, CA 94024-5801, SANTA CLARA COUNTY (Feb 1998 - Apr 2020)
      **D** JOSEPH WILLIAM COOPER   DOB: 11/xx/1934 DOD: 3/21/1999  (SANTA CLARA, CA)
      Age at Death: 64 (Born 85 years ago) - Verified
            551-48-xxxx issued in California  between  1/1/1953  and  12/31/1954
            ↰ SSN belongs to a person reported as deceased.
   1540 AWALT CT, LOS ALTOS, CA 94024-5801, SANTA CLARA COUNTY (Mar 1972 - Apr 2020)
      **Residents:**
         PRISCILLA C NORUM   DOB: 1925
         WALLACE ARNE NORUM   DOB: 6/xx/1923
            573-20-xxxx issued in California  between  1/1/1936  and  12/31/1951
            573-20-xxxx issued in California  between  1/1/1936  and  12/31/1951
         650-969-1064


   1521 AWALT CT, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Apr 1979 - Apr 2020)
      LAWRENCE M BARON   DOB: 2/xx/1946
            062-40-xxxx issued in New York  between  1/1/1964  and  12/31/1965
         650-962-0161


   1520 AWALT CT, LOS ALTOS, CA 94024-5801, SANTA CLARA COUNTY (Nov 1979 - Apr 2020)
      KATHLEEN M RIVERA   DOB: 3/xx/1945
            341-36-xxxx issued in Illinois  between  1/1/1960  and  12/31/1962
         650-968-0735


   1550 AWALT CT, LOS ALTOS, CA 94024-5801, SANTA CLARA COUNTY (Jan 1993 - Apr 2020)
      **Residents:**
         HEATHER W LATTANZI   DOB: 11/xx/1964
            532-50-xxxx issued in Washington  between  1/1/1964  and  12/31/1965
         **D** LEONARD FRANK LATTANZI   DOB: 1/xx/1965 DOD: 5/22/2020  (CA)  Age at Death: 55
      (Born 55 years ago)
            578-90-xxxx issued in District of Columbia  between  1/1/1975  and  12/31/1975
         650-967-5385

1551 AWALT CT C4, LOS ALTOS, CA 94024-5859, SANTA CLARA COUNTY (Dec 1993 - Apr 2020)
    JOYCE S WISHNER  DOB: 10/xx/1930
    291-24-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
    SSN belongs to a person reported as deceased.

**Neighborhood:**
150 GIFFIN RD APT 1, LOS ALTOS, CA 94022-3902, SANTA CLARA COUNTY (Jun 2014 - Nov 2018)

**Address(es):**
144 GIFFIN RD, LOS ALTOS, CA 94022-3901, SANTA CLARA COUNTY (Feb 1994 - Apr 2020)
  Residents:
    JACQUELINE D WRIGHT  DOB: 9/xx/1953
    566-90-xxxx issued in California  between  1/1/1968  and  12/31/1969
    CHARLOTTE GOLDSTEIN  DOB: 8/xx/1932
    143-24-xxxx issued in New Jersey  between  1/1/1936  and  12/31/1951
    650-949-0308

**Neighborhood:**
7 HAVENWOOD UNIT 7, IRVINE, CA 92614-5436, ORANGE COUNTY ( 2008 - Aug 2015)
  Residents:
    REZA JAMASEBI
    BAHMAN GESHNIZJANI      DOB: 4/xx/1944

**Address(es):**
✔ 8 HAVENWOOD, IRVINE, CA 92614-5435, ORANGE COUNTY (Nov 2017 - Mar 2020)
    MIR NAUMAN
    949-880-2079 - PDT MIR NAUMAN

5 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY (May 1995 - Apr 2020)
    CHRISTINE OLSEN  DOB: 1920
    054-46-xxxx issued in New York  between  1/1/1968  and  12/31/1970
11 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY (Jul 2016 - Mar 2020)
    MARJAN DOOSITI
    611-80-xxxx issued in California  between  3/1/1995  and  6/1/1995
7 HAVENWOOD, IRVINE, CA 92614-5436, ORANGE COUNTY (Feb 2020)
    SOHEILA MAHJOORISIAHKA      056-47-xxxx - SSN potentially randomly issued by the SSA.

**Neighborhood:**
1084 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Apr 2003 - Aug 2014)
  Residents:
    VERONIQUE Y LIU
    128-76-xxxx issued in New York  between  1/1/1990  and  12/31/1991
    SSN belongs to a person reported as deceased.
    SAMUEL TUAN WANG  DOB: 1/xx/1949
    365-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1972
    GINGER TENG WANG  DOB: 9/xx/1949
    149-52-xxxx issued in New Jersey  between  1/1/1971  and  12/31/1972
    WANG T SAMMEL
    365-64-xxxx issued in Michigan  between  1/1/1971  and  12/31/1972

**Address(es):**
1083 DI NAPOLI DR, SAN JOSE, CA 95129-4013, SANTA CLARA COUNTY (Jul 1986 - Apr 2020)
    MICHAEL L HARRISON  DOB: 11/xx/1943
    264-64-xxxx issued in Florida  between  1/1/1958  and  12/31/1959
    408-984-3846

1085 DI NAPOLI DR, SAN JOSE, CA 95129-4013, SANTA CLARA COUNTY (Jan 1988 - Mar 2020)

MARTIN JOSEPH WEIR  DOB: 10/xx/1963

548-57-xxxx issued in California  between  1/1/1979  and  12/31/1979

1087 DI NAPOLI DR, SAN JOSE, CA 95129-4013, SANTA CLARA COUNTY (May 1972 - Apr 2020)

CALVIN C COOK  DOB: 5/xx/1927

467-30-xxxx issued in Texas  between  1/1/1936  and  12/31/1951

408-348-3390

1088 DI NAPOLI DR APT 20K, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Feb 1998 - Apr 2020)

XIE MONICA CHEN  DOB: 8/xx/1961

114-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987

✅ 1092 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Dec 1983 - Apr 2020)

**Residents:**

NAILI LI KU  DOB: 1/xx/1938

247-86-xxxx issued in South Carolina  between  1/1/1965  and  12/31/1965

CAROL Y KU  DOB: 11/xx/1941

474-56-xxxx issued in Minnesota  between  1/1/1964  and  12/31/1965

408-446-0577 - PDT KU NAILI

1096 DI NAPOLI DR, SAN JOSE, CA 95129-4012, SANTA CLARA COUNTY (Sep 1994 - Apr 2020)

**Residents:**

ALICE LIU  DOB: 3/xx/1979

106-68-xxxx issued in New York  between  1/1/1984  and  12/31/1986

HSIAO CHIA TAN  DOB: 11/xx/1949

357-64-xxxx issued in Illinois  between  1/1/1977  and  12/31/1979

**Source Information:**

| | |
|---|---|
| All Sources | 220  Source Document(s) |
| Person Locator 1 | 7  Source Document(s) |
| PhonesPlus Records | 2  Source Document(s) |
| Historical Person Locator | 40  Source Document(s) |
| Person Locator 2 | 10  Source Document(s) |
| Deed Transfers | 25  Source Document(s) |
| Tax Assessor Records | 70  Source Document(s) |
| Possible Utility Information | 6  Source Document(s) |
| Person Locator 5 | 44  Source Document(s) |
| Person Locator 6 | 16  Source Document(s) |