EXHIBIT 7

Comprehensive Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

**Date:** 06/22/20
**Reference Code:** 0734315-00078

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
O'Melveny & Myers, LLP
400 South Hope St.
Los Angeles, CA 90071-2801
213-430-6000 Main Phone
213-430-6407 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |

**Subject Information**
**(Best Information for Subject)**
Name: DOKYONG KYONG LEE
Date of Birth: **10/xx/1972**
Age: **47**
SSN: 135-04-xxxx issued in **New Jersey** between **11/4/1997** and **6/1/1999**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

DOKYONG KYONG LEE
    Age: **47**   SSN: 135-04-xxxx
DOKYONG LEE
    Age: **47**   SSN: 135-04-xxxx
DOKYONG K LEE
    Age: **47**   SSN: 135-04-xxxx
KYONG LEE
    Age: **47**   SSN: 135-04-xxxx
DO LEE
    Age: **47**   SSN: 135-04-xxxx
K LEE
    Age: **47**   SSN: 135-04-xxxx
DOOYONG LEE
    Age: **47**   SSN: 135-04-xxxx
DO KYONG LEE
    Age: **47**   SSN: 135-04-xxxx
KYONG LEEDO
    Age: **47**   SSN: 135-04-xxxx
LEE DOOYONG
    Age: **47**   SSN: 135-04-xxxx
DOOYONG D LEE
    Age: **47**   SSN: 135-04-xxxx
DO K LEE
    Age: **47**   SSN: 135-04-xxxx
KYONG DOKYONG
    Age: **47**   SSN: 135-04-xxxx

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    DORIS LEE  DOB: 10/xx/1972
    135-04-xxxx issued in New Jersey between 11/4/1997 and 6/1/1999

**Address Summary:**   View All Address Variation Sources

   2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Aug 2005 - May 2020)
   16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124, BERGEN COUNTY (Apr 1999 - Oct 2015)
   16 RISER RD APT 239, LITTLE FERRY, NJ 07643-1220, BERGEN COUNTY (Dec 2005)
   498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Sep 1994 - Nov 2005)
   9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON COUNTY (Apr 2005)
   16 RIVER EXT APT 293, LITTLE FERRY, NJ 07643, BERGEN COUNTY (Jul 1999 - Dec 2001)
   16 RIV, LITTLE FERRY, NJ 07643, BERGEN COUNTY (Apr 2001)
   2375 HUDSON TER APT 2G, FORT LEE, NJ 07024-7927, BERGEN COUNTY (Oct 1998 - Mar 1999)
   500 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY

**Active Address(es):**   View All Address Variation Sources

    [None Found]

**Previous And Non-Verified Address(es):**  View All Address Variation Sources
   2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Aug 2005 - May 2020)
     **Name Associated with Address:**
      KYONG LEEDO
       **Current Residents at Address:**
      DOOYONG YONG LEE
      YANG KYUNG LEE
      JEAN LEE
      949-464-0656

     **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - 641-452-02
        Owner Name: DOOYONG LEE
        Owner Name 2: YANGKYUNG LEE
        Property Address - 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
        Owner Address: 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
        Sale Date - 05/22/2009
        Loan Amount - $1,325,000
        Loan Type - CONVENTIONAL
        Data Source - A
      **Neighborhood Profile (2010 Census)**
        Average Age: 48
        Median Household Income: $190,753
        Median Owner Occupied Home Value: $1,000,000
        Average Years of Education: 16
   16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124, BERGEN COUNTY (Apr 1999 - Oct 2015)
     **Name Associated with Address:**
      DOOYONG D LEE
     **Neighborhood Profile (2010 Census)**
        Average Age: 35
        Median Household Income: $53,423
        Median Owner Occupied Home Value: $0
        Average Years of Education: 15

16 RISER RD APT 239, LITTLE FERRY, NJ 07643-1220, BERGEN COUNTY (Dec 2005)
    **Name Associated with Address:**
        DOKYONG K LEE
    **Neighborhood Profile (2010 Census)**
        Average Age: 47
        Median Household Income: $79,873
        Median Owner Occupied Home Value: $421,786
        Average Years of Education: 12
498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Sep 1994 - Nov 2005)
    **Name Associated with Address:**
        KYONG LEEDO
        **Current Residents at Address:**
        KEE CHAN KIM
        YIA A NOH
        HARRY SUN NOH
        KWANG MI JIN
        IRENE S NOH
        SOPHIA KIM
        KRISTIN H KIM
        201-947-2005

    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 19 04454-0000-00008
            Book - 8370
            Page - 673
            Owner Name: YAI NOH
            Owner Name 2: HARRY S NOH
            Property Address: - 498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
            Owner Address: 498 SUMMIT AVE 1ST, FORT LEE, NJ 07024-2916, BERGEN COUNTY
            Sale Price - $479,000
            Land Usage - SINGLE FAMILY RESIDENTIAL
            Total Market Value - $679,600
            Assessed Value - $679,600
            Land Value - $330,000
            Improvement Value - $349,600
            Land Size - 6943 SF
            Year Built - 1969
            Data Source - B
    **Neighborhood Profile (2010 Census)**
        Average Age: 40
        Median Household Income: $15,833
        Median Owner Occupied Home Value: $746,212
        Average Years of Education: 13
9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON COUNTY (Apr 2005)
    **Name Associated with Address:**
        KYONG LEE
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 01837-0000-00028-000A
            Book - 4797
            Page - 175
            Owner Name: MOHAMMED SANDHU
            Property Address: - 9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON
COUNTY
            Owner Address: 74 W 22ND ST, BAYONNE, NJ 07002-2625, HUDSON COUNTY
            Sale Date - 11/14/1994
            Sale Price - $40,000
            Land Usage - SFR
            Assessed Value - $60,000
            Land Size - 2,020 Square Feet

Year Built - 1910
Seller Name: ALICIA D BASS
Loan Amount - $30,000
Loan Type - CONVENTIONAL
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $56,627
Median Owner Occupied Home Value: $365,657
Average Years of Education: 14

16 RIVER EXT APT 293, LITTLE FERRY, NJ 07643, BERGEN COUNTY (Jul 1999 - Dec 2001)
**Name Associated with Address:**
KYONG LEE
**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $70,313
Median Owner Occupied Home Value: $348,507
Average Years of Education: 12

16 RIV, LITTLE FERRY, NJ 07643, BERGEN COUNTY (Apr 2001)
**Name Associated with Address:**
KYONG LEE
**Neighborhood Profile (2010 Census)**
Average Age: 36
Median Household Income: $70,313
Median Owner Occupied Home Value: $348,507
Average Years of Education: 12

2375 HUDSON TER APT 2G, FORT LEE, NJ 07024-7927, BERGEN COUNTY (Oct 1998 - Mar 1999)
**Name Associated with Address:**
KYONG LEE
201-944-3325

**Property Ownership Information for this Address**
**Property:**
Parcel Number - 19-07160-0000-00002
Owner Name: CLIFF HOUSE WEST
Property Address: - 2375 HUDSON TER, FORT LEE, NJ 07024-7949, BERGEN COUNTY
Total Market Value - $2,629,597
Assessed Value - $2,395,300
Land Value - $1,152,706
Improvement Value - $1,476,891
Land Size - 19,776 Square Feet
Year Built - 1964
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 40
Median Household Income: $52,134
Median Owner Occupied Home Value: $289,000
Average Years of Education: 14

500 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
**Name Associated with Address:**
KYONG LEEDO
**Current Residents at Address:**
ALBERT E LURIE JR
JODI E MIZRAHI
YOUNG SIL KIM
AYSEL SONUPARLAK
LORNA GARCIA CANDIDO
CANDIDO LORNA GARCIA
MOHAMED E GENEDY
**Property Ownership Information for this Address**
**Property:**

Parcel Number - 19-04454-0000-00007
Book - 8501
Page - 155
Owner Name: OGUTAL GULTEN SONUPARLAK AYSEL
Property Address: - 500 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
Sale Date - 08/07/2002
Sale Price - $680,000
Land Usage - SFR
Total Market Value - $760,018
Assessed Value - $692,300
Land Value - $331,870
Improvement Value - $428,148
Land Size - 5,327 Square Feet
Year Built - 1969
Seller Name: JAMES H BYRNE
Loan Amount - $465,200
Loan Type - CONVENTIONAL
Lender Name - WACHOVIA MTG CO
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 40
Median Household Income: $15,833
Median Owner Occupied Home Value: $746,212
Average Years of Education: 13


**Bankruptcies:**

[None Found]


**Liens and Judgments:**

Filing Number:   DJ-352119-2001
Filing Type:  STATE TAX LIEN
Location:  NEW JERSEY SUPERIOR COURT
State:  NJ
Original Filing Date: 12/11/2001
Amount: $1,000
Debtor Name: DO K LEE
Debtor SSN: 135-04-xxxx
Debtor Address: 16 RIVER STREET EXT, LITTLE FERRY, NJ 07643-1158
Creditor: DIV OF MOTOR VEHICLES


**UCC Filings:**
[None Found]


**Phones Plus:**    Phone Finder Ultimate
**Phones Plus1**
Name: DO LEE
Address: 2375 HUDSON TER APT 2G, FORT LEE, NJ 07024-7927
Phone Number:  201-944-3325 - EDT
Carrier: VERIZON NEW JERSEY - (LEONIA, NJ)


**Phones Plus2**
Name: KYONG LEEDO
Address: 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221

Phone Number: 949-494-1613 - PDT
Carrier: FRONTIER CALIFORNIA - (LAGUNA BEACH, CA)

**Possible Utility Information:**
    [None Found]

**Email Address:**

    Name: YANG LEE
    SSN: 135-04-xxxx
    Email Address(es):
        YKLEE259@YAHOO.COM

    Street Address(es):
        2561 PARK AVE, LAGUNA BEACH, CA 92651-2221

    Name: LEE DOKYONG
    SSN: 135-04-xxxx
    Email Address(es):
        DKNY1017@PRODIGY.NET

    Street Address(es):
        16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124

    Name: LEE DOKYONG
    SSN: 135-04-xxxx
    Email Address(es):
        DKNY@PRODIGY.NET

    Street Address(es):
        16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124

    Name: LEE DOKYONG
    SSN: 135-04-xxxx
    Email Address(es):
        DKNY@PRODIGY.NET

    Street Address(es):
        16 RIVER STREET EXT APT 293EXT, LITTLE FERRY, NJ 07643-1158

    Name: DOKYONG LEE
    SSN: 135-04-xxxx
    Email Address(es):
        DKNY1017@PRODIGY.NET

    Street Address(es):
        16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124

**People at Work:**
*Maximum 50 People at Work records returned*

    Name: DO KYONG LEE
    SSN: 135-04-xxxx

Company: ROYAL GARDEN
Phone:
FEIN:
Dates:


**Driver's License Information:**

[None Found]


**Possible Properties Owned by Subject:**

Property:

Parcel Number - 641-452-02
Owner Name: DOOYONG LEE
Owner Name 2: YANGKYUNG LEE
Property Address - 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
Owner Address: 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
Sale Date - 05/22/2009
Loan Amount - $1,325,000
Loan Type - CONVENTIONAL
Data Source - A


Property:

Parcel Number - 641-452-02
Owner Name: DOOYONG LEE
Property Address: - 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
Owner Address: 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY
Sale Price - $2,400,000
Assessed Value - $2,478,569
Legal Description - N TR 10044 LOT 8
Data Source - B


Property:

Parcel Number - 04404-0000-00009
Book - 7735
Page - 659
Owner Name: LEE DOOYONG
Owner Name 2: KYUNG YANG
Property Address: - 498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
Owner Address: 498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
Sale Date - 09/23/1994
Sale Price - $364,000
Land Usage - SFR
Assessed Value - $380,100
Land Size - 6,943 Square Feet
Year Built - 1969
Seller Name: LAURA MCCARTHY
Loan Amount - $279,000
Loan Type - CONVENTIONAL
Data Source - A


Property:

Parcel Number - 1904404000000009
Book - 7735
Page - 659
Owner Name: LEE DOOYONG
Property Address - 498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY
Owner Address: 21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY
Sale Date - 09/23/1994
Sale Price - $364,000

Seller Name: LAURA MCCARTHY
Loan Amount - $279,000
Loan Type - PRIVATE PARTY LENDER
Data Source - A

**Watercraft:**

[None Found]

**FAA Certifications:**

[None Found]

**FAA Aircrafts:**

[None Found]

**Possible Criminal Records:**

[None Found]

**Sexual Offenses:**

[None Found]

**Professional License(s):**

[None Found]

**Voter Registration:**

[None Found]

**Hunting/Fishing Permit:**

[None Found]

**Concealed Weapons Permit:**

[None Found]

**Possible Associates:**

YANG JA CHO
458-65-xxxx issued in Texas between 1/1/1984 and 12/31/1984
    **Names Associated with Associate:**
    JA YANG
    458-65-xxxx issued in Texas between 1/1/1984 and 12/31/1984
    YONG CHOI
    458-65-xxxx issued in Texas between 1/1/1984 and 12/31/1984
    **Previous And Non-Verified Address(es):**
    **S**2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (May 2013 - Jul 2013)
    26111 ARCADA DR, MISSION VIEJO, CA 92691-4806, ORANGE COUNTY (Sep 2006 - May 2013)
    25501 CROWN VALLEY PKWY APT 215, LADERA RANCH, CA 92694-1170, ORANGE COUNTY
(Dec 2005 - Sep 2006)
    2756 DAY AVE APT, MIAMI, FL 33133-4696, MIAMI-DADE COUNTY (Feb 2000)

YONG CHOI   DOB: 4/xx/1966
229-87-xxxx issued in Virginia between 8/2/2000 and 5/1/2001
    **Previous And Non-Verified Address(es):**
    26111 ARCADA DR, MISSION VIEJO, CA 92691-4806, ORANGE COUNTY (Aug 2006 - 2019)
    **S**2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY ( 2006 - May 2017)
    4710 BETHESDA AVE APT 915, BETHESDA, MD 20814-5218, MONTGOMERY COUNTY (May 2015)

4932 BATTERY LN APT, BETHESDA, MD 20814-4948, MONTGOMERY COUNTY (Jun 2009 - Jun 2011)
2611 ARCADA DR, MISSION VIEJO, CA 92691, ORANGE COUNTY ( 2005 - Aug 2006)
1931 N CLEVELAND ST APT, ARLINGTON, VA 22201-4162, ARLINGTON COUNTY
(Nov 2000 - Aug 2004)

**Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> YANG KYUNG LEE , Age 55
>> KYUNG LEE YANG  - (AKA), Age 55
>> YANG-KYUNG KYUNG LEE  - (AKA), Age 55
>> YANGKYUNG LEE  - (AKA), Age 55
>> LEE YANG-KYUNG  - (AKA), Age 55
>> KYUNG LEE YANG  - (AKA), Age 55
>> YANGKYUNG LEE  - (AKA), Age 55
>> LEE YANGKYUNG  - (AKA), Age 55
>> K LEE YANG  - (AKA), Age 55
>> KYUNG LEEYANG  - (AKA), Age 55
>> LEE YANG KYUNG  - (AKA), Age 55
>> YONG CHOI , Age 54
> DOOYONG YONG LEE , Age 59
>> DOO YONG LEE  - (AKA), Age 59
>> DOOYONG D LEE  - (AKA), Age 59
>> YONG DOOYONG  - (AKA)
>> LEE DOOYONG  - (AKA)
>> D LEE  - (AKA)
>> DOOYONG Y LEE  - (AKA), Age 59
>> LEE YONG DOO  - (AKA)
>> D DOOYONG  - (AKA)
>> LEE DOOYOUNG  - (AKA)
>> LEE DOO YONG  - (AKA)
>> DOOYONG YONG LEE , Age 59
>>> DOO Y LEE  - (AKA), Age 59
>> HWAJUNG LEE KIM , Age 56
>>> HWA JUNGL KIM  - (AKA), Age 56
>>> HWA JUNG LEE  - (AKA), Age 56
>>> HWAJUNG LEE  - (AKA), Age 56
>>> HWA JUNG  - (AKA), Age 56
>>> HWA-JUNG L KIM  - (AKA), Age 56
>>> KIM HWAHUNG  - (AKA), Age 56
>>> KIM HWAJUNG  - (AKA), Age 56
>>> KIM KWANJUNG  - (AKA), Age 56
> DOO SUK LEE , Age 58
>> DOOSUK SUK LEE  - (AKA), Age 58
>> LEE DOO SUK  - (AKA), Age 58
>> DOOSUK SUK  - (AKA), Age 58
>> DOO SUKLEE  - (AKA), Age 58
>> DOESUK S LEE  - (AKA), Age 58
>> DOOYONG S LEE  - (AKA), Age 58
>> LEE DOO  - (AKA), Age 58
>> DOOSUK LEE  - (AKA), Age 58
>> D LEE  - (AKA), Age 58
>> DOOO S LEE  - (AKA), Age 58
>> LEE DOOO  - (AKA), Age 58
>> LEE DOOSUK  - (AKA), Age 58
>> SOOJIN J KIM , Age 53
>>> SOO JIN KIM  - (AKA), Age 53
>>> SOOJIN JIN KIM  - (AKA), Age 53
>>> KIM SOOJIN  - (AKA), Age 53
>>> SOOJIN JIN LEE  - (AKA), Age 53
>>> SOOKIM LEE  - (AKA), Age 53

>>> KIM S LEE  - (AKA), Age 53
>>> JIN KIMSOO  - (AKA), Age 53
>>> JIN KIM SOO  - (AKA), Age 53
>>> KIM SOO JIN  - (AKA), Age 53
>>> KIM SOONJIN  - (AKA), Age 53
>>> SOOJIN KIM  - (AKA), Age 120
>>> SOOJIN J KIM  - (AKA), Age 53
> PETER DAEWON LEE , Age 63
>> DAE WON LEE  - (AKA), Age 63
>> PETER DAE WON  - (AKA), Age 63
>> DAE WON LEE  - (AKA), Age 63
>> PETER W LEE  - (AKA), Age 63
>> DAE W LEE  - (AKA), Age 63
> JEAN LEE
> SOYOUNG LEE
>> LEE SOYOUNG  - (AKA)
>> SOYOUNG Y LEE , Age 46
>>> LEE SOYOUNG  - (AKA), Age 46
>>> SO Y LEE  - (AKA), Age 46
>> GUNYOUNG Y CHUNG , Age 46
>>> CHUNG GUNYOUNG  - (AKA), Age 46
>>> GUN Y CHUNG  - (AKA), Age 46
>>> YOUNG CHUNG  - (AKA), Age 46
>>> GUN-YOUNG CHUNG  - (AKA), Age 46
>> JUNG J LEE , Age 41
>>> JUNG HO LEE  - (AKA), Age 41
>>> JUNGHO LEE  - (AKA), Age 41
>>> JUNG-HO LEE  - (AKA), Age 41
>> JAMES JINSANG LEE , Age 68
>>> JINSANG S LEE  - (AKA), Age 68
>>> JIN S LEE  - (AKA), Age 68
>>> JIN U LEE  - (AKA), Age 68
>>> LEE JAMES JINSANG  - (AKA), Age 68
>> MICHAEL J LEE , Age 42
>>> M LEE  - (AKA), Age 42
>>> MICHAEL L LEE  - (AKA), Age 42
>> SANDRA S LEE , Age 42
>>> SANDRA SOOKYONG LEE  - (AKA), Age 42
>>> SANDRA LEE CARPENTER  - (AKA), Age 42
>>> SANDY S LEE  - (AKA), Age 42
>>> SANDRA SOOKYONG CARPENTER  - (AKA), Age 42
>>> SANDRA S LEE  - (AKA), Age 42
>>> SANDRA CARPENTR  - (AKA), Age 42
> SOYOUNG YOUNG LEE , Age 49
>> LEE SOYOUNG  - (AKA), Age 49
> KYUNG H LEE , Age 65
>> ANNA KYUNGHEE LEE  - (AKA)
>> ANNA K LEE  - (AKA)
>> ANNA K LEE  - (AKA)
>> ANNA KYUNG HEE LEE  - (AKA)
>> ANNAKYUNG H LEE  - (AKA)
> PO OK LEE , Age 85
>> POOK LEE  - (AKA), Age 85
>> LEE P OK  - (AKA), Age 85
>> LEE POOK  - (AKA), Age 85
>> P LEE  - (AKA), Age 85

**Possible Relatives:**

YANG KYUNG LEE  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

**Names Associated with Relative:**

KYUNG LEE YANG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

YANG-KYUNG KYUNG LEE  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

YANGKYUNG LEE  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

LEE YANG-KYUNG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

KYUNG LEE YANG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

YANGKYUNG LEE  DOB: 12/xx/1964
- 098-80-xxxx issued in New York  between  1/1/1992  and  4/1/1994

LEE YANGKYUNG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

K LEE YANG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

KYUNG LEEYANG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

LEE YANG KYUNG  DOB: 12/xx/1964
- 094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994

**Previous And Non-Verified Address(es):**

**S** 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Aug 2005 - Sep 2019)
- **Current Residents at Address:**
  - DOOYONG YONG LEE
  - YANG KYUNG LEE
  - JEAN LEE

5760 DANIEL RD APT 7302, PLANO, TX 75024-4226, COLLIN COUNTY ( 2009 - Nov 2012)

259 CENTER ST, ENGLEWOOD CLIFFS, NJ 07632-1612, BERGEN COUNTY ( 2000 - Aug 2005)
- **Current Residents at Address:**
  - JONG PIL CHOI
  - SANG D CHOI
  - WONKYUNG W CHOI
  - HYUN KYU KWAK
  - SANG EUN LEE
  - 201-567-4327

44 WHITBY CIR, SOMERSET, NJ 08873-4727, SOMERSET COUNTY (Nov 1996 - Jan 2003)
- **Current Residents at Address:**
  - SHIRLEY GEORGE
  - JANINE T PANCIARELLO
  - JULIE A DASSARO
  - 732-563-2625 - EDT PANCIARELLO JANINE P

1 ARDMORE RD, WEST ORANGE, NJ 07052-4718, ESSEX COUNTY (Oct 1996 - Jan 2003)
- **Current Residents at Address:**
  - PETER MASTROSTEFANO JR
  - SHAINAZ A REHMAN
  - IFTHIKAR A REHMAN
  - SHIHAN A REHMAN
  - AZRI A REHMAN

698 SUMMIT AVE # 1F, FORT LEE, NJ 07024, BERGEN COUNTY (Apr 1994 - Jan 2003)

21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Apr 1994 - Jan 2003)
- **Current Residents at Address:**
  - MARION A BOLDEN
  - DOO SUK LEE

973-736-3270 - EDT BOLDEN MARION A

**S** 498 SUMMIT AVE FL 1, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Sep 1994 - Jan 2002)
　　Current Residents at Address:
　　　KEE CHAN KIM
　　　YIA A NOH
　　　IRENE S NOH
　　　201-947-2005


2351 DOUGLAS RD APT 1211, MIAMI, FL 33145-3061, MIAMI-DADE COUNTY (May 1996 - Nov 2000)
1 F, FORT LEE, NJ 07024, BERGEN COUNTY (Nov 1997)

**Possible Relative:**
YONG CHOI  DOB: 4/xx/1966
　　229-87-xxxx issued in Virginia  between  8/2/2000  and  5/1/2001
　　**Previous And Non-Verified Address(es):**
　　26111 ARCADA DR, MISSION VIEJO, CA 92691-4806, ORANGE COUNTY (Aug 2006 -  2019)
　　　Current Residents at Address:
　　　　YONG CHOI
　　　　SHARIN ELIZABETH PURDY
　　　　CHRISTINA Y CHOI
　　**S** 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY ( 2006 - May 2017)
　　　Current Residents at Address:
　　　　DOOYONG YONG LEE
　　　　YANG KYUNG LEE
　　　　JEAN LEE
　　4710 BETHESDA AVE APT 915, BETHESDA, MD 20814-5218, MONTGOMERY COUNTY
(May 2015)
　　4932 BATTERY LN APT, BETHESDA, MD 20814-4948, MONTGOMERY COUNTY
(Jun 2009 - Jun 2011)
　　　Current Residents at Address:
　　　　ANTHONY DEONTE THOMPSON
　　2611 ARCADA DR, MISSION VIEJO, CA 92691, ORANGE COUNTY ( 2005 - Aug 2006)
　　1931 N CLEVELAND ST APT, ARLINGTON, VA 22201-4162, ARLINGTON COUNTY
(Nov 2000 - Aug 2004)


DOOYONG YONG LEE  DOB: 2/xx/1961
　　011-60-xxxx issued in Massachusetts between  1/1/1979  and  12/31/1981
　　**Names Associated with Relative:**
DOO YONG LEE  DOB: 1/xx/1961
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOYONG D LEE  DOB: 1/xx/1961
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
YONG DOOYONG
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOOYONG  DOB: 1/xx/1961
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
D LEE
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOYONG Y LEE  DOB: 1/xx/1961
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE YONG DOO
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
D DOOYONG
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOOYOUNG
　　011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOO YONG

Comprehensive Report

011-60-xxxx issued in Massachusetts between 1/1/1979 and 12/31/1981
**Previous And Non-Verified Address(es):**
**S** 2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Aug 2005 - Jan 2013)
    **Current Residents at Address:**
        DOOYONG YONG LEE
        YANG KYUNG LEE
        JEAN LEE
5760 DANIEL RD APT 7302, PLANO, TX 75024-4226, COLLIN COUNTY (Nov 2010 - Nov 2012)
259 CENTER ST, ENGLEWOOD CLIFFS, NJ 07632-1612, BERGEN COUNTY ( 2000 - Aug 2005)
    **Current Residents at Address:**
        JONG PIL CHOI
        SANG D CHOI
        WONKYUNG W CHOI
        HYUN KYU KWAK
        SANG EUN LEE
        949-464-0656


**S** 498 SUMMIT AVE UNIT 1ST, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Feb 1985 - Jan 2003)
    **Current Residents at Address:**
        KEE CHAN KIM
        HARRY SUN NOH
44 WHITBY CIR, SOMERSET, NJ 08873-4727, SOMERSET COUNTY (Nov 1996 - Jan 2003)
    **Current Residents at Address:**
        SHIRLEY GEORGE
        JANINE T PANCIARELLO
        JULIE A DASSARO
        732-563-2625 - EDT PANCIARELLO JANINE P


2351 DOUGLAS RD APT 1211, MIAMI, FL 33145-3061, MIAMI-DADE COUNTY (Jan 1996 - Sep 2002)
21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Jul 1991 - Mar 1998)
    **Current Residents at Address:**
        MARION A BOLDEN
        DOO SUK LEE
        973-736-3270 - EDT BOLDEN MARION A


2756 DAY AVE APT, MIAMI, FL 33133-4696, MIAMI-DADE COUNTY (Apr 1996)
11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Feb 1985 - Jul 1991)
    **Current Residents at Address:**
        JOHN E DAY
        KELLY LYNNE DAY
        JOHN E DAY
        732-275-6234 - EDT DAY JOHN E


710 GILES ST APT, ITHACA, NY 14850-6161, TOMPKINS COUNTY (Dec 1988)

**Possible Relative:**
DOOYONG YONG LEE  DOB: 2/xx/1961
    011-60-xxxx issued in Massachusetts between 1/1/1979 and 12/31/1981
    **Names Associated with Relative:**
    DOO Y LEE  DOB: 2/xx/1961
        011-60-xxxx issued in Massachusetts between 1/1/1979 and 12/31/1981
    **Previous And Non-Verified Address(es):**
    2351 DOUGLAS RD APT 1211, MIAMI, FL 33145-3061, MIAMI-DADE COUNTY
(Mar 1996 - Jun 2001)
    **S** 498 SUMMIT AVE APT 1F, FORT LEE, NJ 07024-2916, BERGEN COUNTY
(Nov 1997 - May 2001)

21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Mar 1998)
> **Current Residents at Address:**
> MARION A BOLDEN
> DOO SUK LEE
> 973-736-3270 - EDT BOLDEN MARION A


11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Jun 1985 - Dec 1992)
> **Current Residents at Address:**
> JOHN E DAY
> KELLY LYNNE DAY
> JOHN E DAY
> 732-275-6234 - EDT DAY JOHN E


710 GILES ST APT, ITHACA, NY 14850-6161, TOMPKINS COUNTY (Jan 1989 - Dec 1991)

HWAJUNG LEE KIM  DOB: 5/xx/1964
010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
**Names Associated with Relative:**
HWA JUNGL KIM  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
HWA JUNG LEE  DOB: 5/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
HWAJUNG LEE  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
HWA JUNG  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
HWA-JUNG L KIM  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
KIM HWAHUNG  DOB: 5/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
KIM HWAJUNG  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
KIM KWANJUNG  DOB: 5/xx/1964
> 010-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
**Active Address(es):**
✓ 1350 15TH ST APT 3J, FORT LEE, NJ 07024-2009, BERGEN COUNTY
**Previous And Non-Verified Address(es):**
103 LEGION PL, PARAMUS, NJ 07652-2232, BERGEN COUNTY (May 2002 - Nov 2016)
> **Current Residents at Address:**
> HWAJUNG LEE KIM
> DOKYUN KYUN KIM
> EUGENE D KIM
> 201-969-8157


240 MAIN ST, FORT LEE, NJ 07024-5708, BERGEN COUNTY (Jun 2011)
> 201-592-9700 - EDT BOOM BOOM


348 TEANECK RD, RIDGEFIELD PARK, NJ 07660-1818, BERGEN COUNTY (Jan 2003)
> **Current Residents at Address:**
> GLENN P CRISOSTOMO
> SARA SUNHWA PARK
> CHRISTINA D CRISOSTOMO
> GRACE KIM
> MI S KIM

1 ARDMORE RD, WEST ORANGE, NJ 07052-4718, ESSEX COUNTY (Mar 1994 - Jan 2003)
> **Current Residents at Address:**
> PETER MASTROSTEFANO JR

SHAINAZ A REHMAN
IFTHIKAR A REHMAN
SHIHAN A REHMAN
AZRI A REHMAN
88 LONGVIEW ST APT 10, WEST ORANGE, NJ 07052-4824, ESSEX COUNTY
(Aug 1993 - Jan 2003)
S 498 SUMMIT AVE APT 1, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Mar 1999 - Jan 2002)
Current Residents at Address:
KEE CHAN KIM
YIA A NOH
IRENE S NOH
201-947-6147

400 1ST ST APT 1ST, PALISADES PARK, NJ 07650-1602, BERGEN COUNTY (Nov 1999)
21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Oct 1992)
Current Residents at Address:
MARION A BOLDEN
DOO SUK LEE
973-736-3270 - EDT BOLDEN MARION A

11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Oct 1990 - Dec 1991)
Current Residents at Address:
JOHN E DAY
KELLY LYNNE DAY
JOHN E DAY
732-275-6234 - EDT DAY JOHN E

DOO SUK LEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
Names Associated with Relative:
DOOSUK SUK LEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOO SUK  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOSUK SUK  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOO SUKLEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOESUK S LEE  DOB: 1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOYONG S LEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOO  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOSUK LEE  DOB: 5/1962
001-60-xxxx issued in New Hampshire  between  1/1/1977  and  12/31/1979
D LEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
DOOO S LEE  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOOO  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
LEE DOOSUK  DOB: 5/xx/1962
011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
Previous And Non-Verified Address(es):
313 MAXIM RD, HOWELL, NJ 07731-8802, MONMOUTH COUNTY (Mar 2019 - May 2019)
Current Residents at Address:

DOO SUK LEE
YANG KYUNG LEE
ELIZABETH E VANSCHOICK
23 COUNTRY CLUB WAY, DEMAREST, NJ 07627-1802, BERGEN COUNTY ( 2005 - Apr 2015)
    **Current Residents at Address:**
        MICHAEL G ZIMBARD
        RACHEL K FEINBERG
        JOSEPH LEE
        EVAN M SHERMAN
    **Current phones listed at this address:**
        201-768-2341 - EDT ZIMBART MICHAEL

        201-660-7268


33 EVERGREEN PL, TENAFLY, NJ 07670-2805, BERGEN COUNTY (Nov 1998 - Apr 2015)
    **Current Residents at Address:**
        CHI HAE KIM
        SHIN CHUL KIM
        SOOJIN J KIM
        DOO SUK LEE
        201-871-8558 - EDT KIM CHI H


21 LINDEN AVE, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Jul 1991 - Aug 2009)
    **Current Residents at Address:**
        MARION A BOLDEN
        DOO SUK LEE
    **Current phones listed at this address:**
        973-736-3270 - EDT BOLDEN MARION A

        973-669-2664


388 WESTGATE DR 388, EDISON, NJ 08820-1171, MIDDLESEX COUNTY (Oct 1987 - Dec 2004)
107 ECHO GLEN DR APT B4, WINSTON SALEM, NC 27106-5932, FORSYTH COUNTY
(Apr 1990 - Jan 2003)
4260 BROWNSBORO RD APT D31, WINSTON SALEM, NC 27106-6143, FORSYTH COUNTY
(Oct 1987 - Jan 2003)
3020 NORTHWOOD DR APT 810, WINSTON SALEM, NC 27106-3353, FORSYTH COUNTY
(Sep 1988 - Dec 1991)
11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Sep 1987 - May 1991)
    **Current Residents at Address:**
        JOHN E DAY
        KELLY LYNNE DAY
        JOHN E DAY
        732-275-6234 - EDT DAY JOHN E


13 DELANO DR, SPRINGFIELD, MA 01129-2047, HAMPDEN COUNTY
    **Current Residents at Address:**
        ROSEMARY B ROSADO
        JOSHUA E NEGRON
        PATRICK J SULLIVAN


**Possible Relative:**
SOOJIN J KIM  DOB: 11/xx/1966
    547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
    **Names Associated with Relative:**
    SOO JIN KIM  DOB: 11/xx/1966
        547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983

SOOJIN JIN KIM   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
KIM SOOJIN   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
SOOJIN JIN LEE   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
SOOKIM LEE   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
KIM S LEE   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
JIN KIMSOO   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
JIN KIM SOO   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
KIM SOO JIN   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
KIM SOONJIN   DOB: 11/xx/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
SOOJIN KIM   DOB: 1/xx/1900
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983
SOOJIN J KIM   DOB: 7/1966
   547-75-xxxx issued in California  between  1/1/1983  and  12/31/1983

**Previous And Non-Verified Address(es):**
23 COUNTRY CLUB WAY, DEMAREST, NJ 07627-1802, BERGEN COUNTY (Sep 2005 -  2019)
   **Current Residents at Address:**
      MICHAEL G ZIMBARD
      RACHEL K FEINBERG
      JOSEPH LEE
      EVAN M SHERMAN
**Current phones listed at this address:**
      201-768-2341 - EDT ZIMBART MICHAEL

      201-660-7268


33 EVERGREEN PL, TENAFLY, NJ 07670-2805, BERGEN COUNTY (Nov 1998 - Apr 2015)
   **Current Residents at Address:**
      CHI HAE KIM
      SHIN CHUL KIM
      SOOJIN J KIM
      DOO SUK LEE
      201-871-8558 - EDT KIM CHI H


21 LINDEN AVE APT 202, WEST ORANGE, NJ 07052-4725, ESSEX COUNTY (Aug 1991 - Oct 2006)
      973-325-0496


388 WESTGATE DR 388, EDISON, NJ 08820-1171, MIDDLESEX COUNTY (Nov 1990 - Jan 2003)
      973-325-0496


442 S CATALINA AVE APT, PASADENA, CA 91106-4823, LOS ANGELES COUNTY
(Oct 1989 - Jul 1994)
      973-325-0496


1040 E DEL MAR BLVD APT, PASADENA, CA 91106-3294, LOS ANGELES COUNTY
(Oct 1988 - Jul 1993)
      11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Oct 1990)
      **Current Residents at Address:**

Comprehensive Report

JOHN E DAY
KELLY LYNNE DAY
JOHN E DAY
732-275-6234 - EDT DAY JOHN E

625 FONT BLVD, SAN FRANCISCO, CA 94132-1711, SAN FRANCISCO COUNTY (Jul 1988)
**Current Residents at Address:**
XUANHOA NGUYEN
XUAN DAO NGUYEN
117 WESTDALE AVE, DALY CITY, CA 94015-1025, SAN MATEO COUNTY (Jan 1988)
**Current Residents at Address:**
JOAN S KIM
EUY CHUL KIM
YANG SOON KIM
5225 BALCH HALL, ITHACA, NY 14853-1401, TOMPKINS COUNTY (Nov 1987)

PETER DAEWON LEE  DOB: 6/xx/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
**Names Associated with Relative:**
DAE WON LEE  DOB: 6/xx/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
PETER DAE WON  DOB: 6/xx/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
DAE WON LEE  DOB: 2/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
PETER W LEE  DOB: 6/xx/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
DAE W LEE  DOB: 6/xx/1957
117-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987
**Previous And Non-Verified Address(es):**
**S**9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON COUNTY (Jan 1993 - Nov 2016)
201-432-8253

9 GARRISON AVE APT 46, JERSEY CITY, NJ 07306-5749, HUDSON COUNTY (Nov 2010)
160 VROOM ST APT 33, JERSEY CITY, NJ 07306-4540, HUDSON COUNTY (Aug 1992 - Jan 2003)
1012 W ANDERSON LN, AUSTIN, TX 78757-1548, TRAVIS COUNTY (Oct 1996 - Jul 2002)
1012 E ANDERSON LN, AUSTIN, TX 78752-1702, TRAVIS COUNTY

JEAN LEE
**Previous And Non-Verified Address(es):**
**S**2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Apr 2018)
**Current Residents at Address:**
DOOYONG YONG LEE
YANG KYUNG LEE
JEAN LEE

SOYOUNG LEE
482-23-xxxx issued in Iowa  between  8/2/1994  and  6/3/1996
**Names Associated with Relative:**
LEE SOYOUNG
482-23-xxxx issued in Iowa  between  8/2/1994  and  6/3/1996
**Previous And Non-Verified Address(es):**
635 W 42ND ST APT 2H, NEW YORK, NY 10036-1917, NEW YORK COUNTY (Oct 2007 -  2010)
646-454-0316

523 E 14TH ST APT 3G, NEW YORK, NY 10009-2931, NEW YORK COUNTY (Oct 2007)
360 W 34TH ST APT 8X, NEW YORK, NY 10001-2410, NEW YORK COUNTY (Apr 1997 - Nov 2005)

212-402-2610

400 W 37TH ST APT 11T, NEW YORK, NY 10018-5632, NEW YORK COUNTY (Jul 2003 - Mar 2004)
360 W 34TH ST APT 9X, NEW YORK, NY 10001-2411, NEW YORK COUNTY (Dec 1998 - Jul 2003)

**Possible Relative:**
SOYOUNG Y LEE  DOB: 12/xx/1973
　　482-23-xxxx issued in Iowa  between  8/2/1994  and  6/3/1996
　　**Names Associated with Relative:**
　　LEE SOYOUNG  DOB: 12/xx/1973
　　　　482-23-xxxx issued in Iowa  between  8/2/1994  and  6/3/1996
　　SO Y LEE  DOB: 12/1973
　　　　482-23-xxxx issued in Iowa  between  8/2/1994  and  6/3/1996
　　**Previous And Non-Verified Address(es):**
　　360 W 34TH ST APT 12K, NEW YORK, NY 10001-2414, NEW YORK COUNTY (Apr 2018)
　　635 W 42ND ST APT 2H, NEW YORK, NY 10036-1917, NEW YORK COUNTY ( 2007 - Apr 2018)
　　360 W 34TH ST APT 10E, NEW YORK, NY 10001-2412, NEW YORK COUNTY
(Aug 1998 - Jan 2005)
　　　　212-402-2610

360 W 34TH ST APT 8X, NEW YORK, NY 10001-2410, NEW YORK COUNTY (Nov 2003)
8 X, NEW YORK, NY 10001, NEW YORK COUNTY (Jun 2000)
　　　　212-402-2610

3242 MEADOWLANDS LN, SAN JOSE, CA 95135-1621, SANTA CLARA COUNTY
(Oct 1996 - Jan 1999)
　　**Current Residents at Address:**
　　　PRASHANT R BHUGRA
　　　AVINAASH BHUGRA
　　　RASHMI R PARAKKAL
　　　AVINAASH R BHUGRA
　　　212-402-2610

150 BARTLETT HALL A, CEDAR FALLS, IA 50613, BLACK HAWK COUNTY (Nov 1994 - Jan 1999)
990 OF AVE APT 20C, NEW YORK, NY 10018, NEW YORK COUNTY (Oct 1996)

GUNYOUNG Y CHUNG  DOB: 1/xx/1974
　　480-23-xxxx issued in Iowa  between  3/2/1994  and  12/29/1995
　　**Names Associated with Relative:**
　　CHUNG GUNYOUNG  DOB: 1/xx/1974
　　　　480-23-xxxx issued in Iowa  between  3/2/1994  and  12/29/1995
　　GUN Y CHUNG  DOB: 1/xx/1974
　　　　480-23-xxxx issued in Iowa  between  3/2/1994  and  12/29/1995
　　YOUNG CHUNG  DOB: 1/xx/1974
　　　　480-23-xxxx issued in Iowa  between  3/2/1994  and  12/29/1995
　　GUN-YOUNG CHUNG  DOB: 1/xx/1974
　　　　480-23-xxxx issued in Iowa  between  3/2/1994  and  12/29/1995
　　**Previous And Non-Verified Address(es):**
　　635 W 42ND ST APT 2H, NEW YORK, NY 10036-1917, NEW YORK COUNTY ( 2007 - Feb 2020)
　　　　646-454-0316

635 W 42ND ST APT 37K, NEW YORK, NY 10036-1936, NEW YORK COUNTY
(Jan 2012 - Mar 2013)
635 W 42ND ST APT 33K, NEW YORK, NY 10036-1934, NEW YORK COUNTY
(Jan 2010 - Apr 2012)
635 W 42ND ST APT 3A, NEW YORK, NY 10036-1917, NEW YORK COUNTY (Jan 2010 - Mar 2011)

Comprehensive Report

523 E 14TH ST APT 3G, NEW YORK, NY 10009-2931, NEW YORK COUNTY (Oct 2007)
528 S VAN BUREN ST APT 11, IOWA CITY, IA 52240-1954, JOHNSON COUNTY
(Dec 1995 - Jan 1999)
    **Current Residents at Address:**
      JAMES DRISKILL
      KERI C EASTRIDGE
400 W 37TH ST, NEW YORK, NY 10018-5628, NEW YORK COUNTY
627 W 42ND ST APT 5B, NEW YORK, NY 10036-1919, NEW YORK COUNTY
627 W 42ND ST APT 2H, NEW YORK, NY 10036-1917, NEW YORK COUNTY

**JUNG J LEE** DOB: 5/xx/1979
034-78-xxxx issued in Massachusetts between 11/1/1995 and 1/2/1998
**Names Associated with Relative:**
JUNG HO LEE DOB: 5/xx/1979
   034-78-xxxx issued in Massachusetts between 11/1/1995 and 1/2/1998
JUNGHO LEE DOB: 5/xx/1979
   034-78-xxxx issued in Massachusetts between 11/1/1995 and 1/2/1998
JUNG-HO LEE DOB: 5/xx/1979
   034-78-xxxx issued in Massachusetts between 11/1/1995 and 1/2/1998
**Previous And Non-Verified Address(es):**
635 W 42ND ST APT 2H, NEW YORK, NY 10036-1917, NEW YORK COUNTY (Jan 2008 - Jul 2009)
180 CAMELOT DR APT R11, SAGINAW, MI 48638-6431, SAGINAW COUNTY (Sep 2007 - Oct 2007)
523 E 14TH ST APT 3G, NEW YORK, NY 10009-2931, NEW YORK COUNTY (Dec 2005 - Nov 2006)
400 W 37TH ST APT 11T, NEW YORK, NY 10018-5632, NEW YORK COUNTY (Dec 2003)
1309 E CONGRESS ST APT 305, ALLENTOWN, PA 18109-3403, LEHIGH COUNTY
(Jul 2000 - Aug 2002)
    **Current Residents at Address:**
      DIANE H SHEATS
71 PALISADES BLVD APT, PALISADES PARK, NJ 07650, BERGEN COUNTY (Nov 1996)
    **Current Residents at Address:**
      GLADYS D PARK
411 WEBSTER ST APT 301, BETHLEHEM, PA 18015-8702, NORTHAMPTON COUNTY (Sep 1994)
   610-758-1324

71 PALISADES BLVD APT, PALISADES PARK, NJ 07650, BERGEN COUNTY
110 E 4TH ST, BETHLEHEM, PA 18015-1702, NORTHAMPTON COUNTY
39 UNIVERSITY DR, BETHLEHEM, PA 18015-3000, NORTHAMPTON COUNTY
**Current phones listed at this address:**
484-821-5981 - EDT DAY & NIGHT LOCKSMITH

610-758-1324

**JAMES JINSANG LEE** DOB: 2/xx/1952
573-21-xxxx issued in California between 1/1/1973 and 12/31/1973
**Names Associated with Relative:**
JINSANG S LEE DOB: 1/1952
   573-21-xxxx issued in California between 1/1/1973 and 12/31/1973
JIN S LEE DOB: 1/1952
   573-21-xxxx issued in California between 1/1/1973 and 12/31/1973
JIN U LEE DOB: 1/1952
   573-21-xxxx issued in California between 1/1/1973 and 12/31/1973
LEE JAMES JINSANG DOB: 1/1952
   573-21-xxxx issued in California between 1/1/1973 and 12/31/1973
**Previous And Non-Verified Address(es):**
3200 WILSHIRE BLVD STE 1515, LOS ANGELES, CA 90010-1318, LOS ANGELES COUNTY
(Dec 1999 - Dec 2011)
3200 WILSHIRE BLVD STE 1300, LOS ANGELES, CA 90010-1320, LOS ANGELES COUNTY
(Jan 2001 - May 2011)

2242 TERRAZA PL, FULLERTON, CA 92835-3312, ORANGE COUNTY (Sep 1995 - Jul 2004)
> Current Residents at Address:
>> JAMAL J ABBOUD
>> HELEN ABBOUD KHARRAT
>> HABIB ANTOINE KHARRAT
>> NOHAD A KHARRAT
>> FADIA KHALIL FADIA KHALIL

1082 KIRKWOOD AVE, PASADENA, CA 91103-3025, LOS ANGELES COUNTY
(Jan 1987 - Dec 1992)
> Current Residents at Address:
>> DARREN JONES
>> ALMA PEARL ROBERTSON
>> DAVID ALLEN ROSEMAN
>> ROBERT FRANCIS EGAN
>> MADELINE Y MELENDEZ

809 N JUAREZ ST, MONTEBELLO, CA 90640-2524, LOS ANGELES COUNTY (Apr 1984 - Dec 1991)
> Current Residents at Address:
>> YUTHCHEA OEUN
>> PUOYEANG SUON

768 BARNUM WAY, MONTEREY PARK, CA 91754-2425, LOS ANGELES COUNTY
( 1983 - Dec 1991)
> Current Residents at Address:
>> BILL CHI TING
>> JONHA S LEE

18620 HATTERAS ST APT, TARZANA, CA 91356-1832, LOS ANGELES COUNTY (Jan 1989)

22831 MARGARITA DR, WOODLAND HILLS, CA 91364-3841, LOS ANGELES COUNTY
(Dec 1979 - May 1987)
> Current Residents at Address:
>> MICHAEL JOHN BROWERS
>> KATHI J GATI

MICHAEL J LEE  DOB: 12/xx/1977
> 555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
> **Names Associated with Relative:**
> M LEE  DOB: 12/xx/1977
>> 555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
> MICHAEL L LEE  DOB: 12/xx/1977
>> 555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
> **Previous And Non-Verified Address(es):**
> 360 W 34TH ST APT 12P, NEW YORK, NY 10001-2414, NEW YORK COUNTY
(May 2001 - May 2014)
> 3311 150TH PL, FLUSHING, NY 11354-3207, QUEENS COUNTY ( 2012 -  2014)
>> Current Residents at Address:
>>> INSOON SOON LEE
>>> MICHAEL M LEE
>>> PALMA D POLIZZI
>>> CHRISTINA S LEE
> 360 W 34TH ST APT 13L, NEW YORK, NY 10001-2415, NEW YORK COUNTY (Apr 2012)
> 555 PROMONTORY DR # W, NEWPORT BEACH, CA 92660, ORANGE COUNTY
(Jan 2010 - Jun 2010)
> 587 WARREN ST APT 2, BROOKLYN, NY 11217-2707, KINGS COUNTY (Nov 2004 - Apr 2010)
>> 347-463-9267

> 360 W 34TH ST APT 9H, NEW YORK, NY 10001-2411, NEW YORK COUNTY (May 2001 - Mar 2009)
> 360 W 34TH ST APT 8H, NEW YORK, NY 10001-2409, NEW YORK COUNTY (Apr 2008)
> 360 W 34TH ST APT 7S, NEW YORK, NY 10001-2409, NEW YORK COUNTY
(May 2001 - May 2007)
> 215 B 97751 MITCHELL TOWER, DURHAM, NC 27708-0001, DURHAM COUNTY
(May 2001 - Apr 2002)
> 2242 TERRAZA PL, FULLERTON, CA 92835-3312, ORANGE COUNTY (Jul 1997 - May 2001)

**Current Residents at Address:**
JAMAL J ABBOUD
HELEN ABBOUD KHARRAT
HABIB ANTOINE KHARRAT
NOHAD A KHARRAT
FADIA KHALIL FADIA KHALIL

SANDRA S LEE  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
**Names Associated with Relative:**
SANDRA SOOKYONG LEE  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
SANDRA LEE CARPENTER  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
SANDY S LEE  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
SANDRA SOOKYONG CARPENTER  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
SANDRA S LEE  DOB: 1978
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
SANDRA CARPENTR  DOB: 12/xx/1977
555-51-xxxx issued in California  between  1/1/1978  and  12/31/1978
**Previous And Non-Verified Address(es):**
2 CLAWSON ST, LADERA RANCH, CA 92694-0228, ORANGE COUNTY (Sep 2017 -  2019)
    **Current Residents at Address:**
CASEY MITCHELL CARPENTER
MONIQUE CHETQUANE ZAICH
GHISLAINE GERMAINE CHETOUANE
SANDRA S LEE
27645 HOMESTEAD RD, LAGUNA NIGUEL, CA 92677-6603, ORANGE COUNTY ( 2011 - Aug 2017)
    **Current Residents at Address:**
CASEY MITCHELL CARPENTER
JOHN DUNLU HUANG
YVONNE Y Y HUANG
SANDRA S LEE
DAVID F HUANG
360 W 34TH ST APT 9H, NEW YORK, NY 10001-2411, NEW YORK COUNTY (Sep 1996 - Jun 2008)
39 CLAREMONT AVE APT 44, NEW YORK, NY 10027-6816, NEW YORK COUNTY
(Jun 1999 - Jan 2003)
PO BOX 97751, DURHAM, NC 27708-7751, DURHAM COUNTY (Nov 1999 - Dec 2001)
2242 TERRAZA PL, FULLERTON, CA 92835-3312, ORANGE COUNTY (May 2000 - May 2001)
    **Current Residents at Address:**
JAMAL J ABBOUD
HELEN ABBOUD KHARRAT
HABIB ANTOINE KHARRAT
NOHAD A KHARRAT
FADIA KHALIL FADIA KHALIL
911 S FOREST AVE APT 1, ANN ARBOR, MI 48104-3550, WASHTENAW COUNTY
(Aug 1998 - Nov 2000)
712 OAKLAND AVE APT 6, ANN ARBOR, MI 48104-3021, WASHTENAW COUNTY
(Sep 1999 - Feb 2000)
1001S FOREST RD, ANN ARBOR, MI 48105-1046, WASHTENAW COUNTY (Sep 1997 - Jan 1999)
5529 ANGELL, ANN ARBOR, MI 48109, WASHTENAW COUNTY (Sep 1996)

SOYOUNG YOUNG LEE  DOB: 1971
082-84-xxxx issued in New York  between  5/2/1995  and  3/3/1997
**Names Associated with Relative:**
LEE SOYOUNG  DOB: 1971
082-84-xxxx issued in New York  between  5/2/1995  and  3/3/1997
**Previous And Non-Verified Address(es):**
990 AVENUE OF THE AMERICAS APT 20S, NEW YORK, NY 10018-5429, NEW YORK COUNTY

(Aug 1999 - Dec 2011)

990 AVENUE OF THE AMERICAS APT 205, NEW YORK, NY 10018-5419, NEW YORK COUNTY
(Aug 1999 - Sep 2004)

990 AVENUE OF THE AMERICAS APT 19K, NEW YORK, NY 10018-5428, NEW YORK COUNTY
(Jun 2000)

1518 10TH ST APT, FORT LEE, NJ 07024-2122, BERGEN COUNTY (Aug 1999)
**Current Residents at Address:**
GEE CHAN LEE
HYEON HEE LEE
EUN GIN LEE
EUN LEE
SHAIP BLAKU
GENT BLAKU

S 2375 HUDSON TER APT 2G, FORT LEE, NJ 07024-7927, BERGEN COUNTY (Jan 1996 - Jan 1999)
120 WASHINGTON AVE BSMT, BROOKLYN, NY 11205-2513, KINGS COUNTY (May 1998)
**Current Residents at Address:**
MARSHA F LEWIS
MARK A SISTI
ALICIA JESSIE VELEZ
IAN COPELAND
SCOTT C KRAUS

149 FORT LEE RD APT A, LEONIA, NJ 07605-1979, BERGEN COUNTY (Oct 1996)
**Current Residents at Address:**
HYE WON HYEONG

541 ORCHARD AVE APT, PALISADES PARK, NJ 07650-1325, BERGEN COUNTY (Jan 1996)
**Current Residents at Address:**
MICHELLE S KIM
MYUNG SOO PARK
HELLEN S RHIM
YOUNG HEE SHIN
HYO JOON KIM
GRACE KIM
WONJOO SHIN


KYUNG H LEE   DOB: 10/xx/1954
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
**Names Associated with Relative:**
ANNA KYUNGHEE LEE
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
ANNA K LEE
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
ANNA K LEE
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
ANNA KYUNG HEE LEE
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
ANNAKYUNG H LEE
136-94-xxxx issued in New Jersey  between  12/2/1992  and  3/1/1994
**Previous And Non-Verified Address(es):**
S 9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON COUNTY (Mar 1995 - Oct 2015)
201-432-8253


25 KIVA ST, ISELIN, NJ 08830-2042, MIDDLESEX COUNTY (Aug 1996)
**Current Residents at Address:**
EUNOCK OCK KWON
OHMOON MOON KWON
KUMSIL S SUH
DONG CHURL SUH
SOUYUN JEON
JAEHONG YOON

WONHA SHIN

PO OK LEE  DOB: 5/xx/1935
   011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
   **Names Associated with Relative:**
   POOK LEE  DOB: 5/xx/1935
     011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
   LEE P OK  DOB: 5/xx/1935
     011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
   LEE POOK  DOB: 5/xx/1935
     011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
   P LEE  DOB: 5/xx/1935
     011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
   **Active Address(es):**
   ✔ 1403 TERESA DR APT 2D, FORT LEE, NJ 07024-2107, BERGEN COUNTY (May 2008 - Mar 2020)
     201-947-5189

   **Previous And Non-Verified Address(es):**
   1403 TERESA DR APT 3A, FORT LEE, NJ 07024-2183, BERGEN COUNTY (Jan 2012)
     **Current Residents at Address:**
     DOROTHY JANE DAREN
     CHUNG U LEE
     KYUCHUL MYONG LEE
   11 PINERIDGE AVE, MIDDLETOWN, NJ 07748-1611, MONMOUTH COUNTY (Jul 1987 - Dec 1991)
     **Current Residents at Address:**
     JOHN E DAY
     KELLY LYNNE DAY
     JOHN E DAY
     732-275-6234 - EDT DAY JOHN E

   13 DELANO DR, SPRINGFIELD, MA 01129-2047, HAMPDEN COUNTY (Jul 1987)
     **Current Residents at Address:**
     ROSEMARY B ROSADO
     JOSHUA E NEGRON
     PATRICK J SULLIVAN

**Neighbors:**

   **Neighborhood:**
   2561 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY (Aug 2005 - May 2020)
     **Residents:**
     DOOYONG YONG LEE  DOB: 2/xx/1961
       011-60-xxxx issued in Massachusetts  between  1/1/1979  and  12/31/1981
     YANG KYUNG LEE  DOB: 12/xx/1964
       094-80-xxxx issued in New York  between  1/1/1992  and  3/1/1994
     JEAN LEE
     949-464-0656

   **Address(es):**
   2550 PARK AVE, LAGUNA BEACH, CA 92651-2222, ORANGE COUNTY (Nov 1990 - Feb 2020)
     FARAMARZ A EBRAHIMI  DOB: 1959
       573-41-xxxx issued in California  between  1/1/1976  and  12/31/1976
   2581 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY ( 1998 - Apr 2020)
     **Residents:**
     BARBARA A BROWN  DOB: 10/xx/1951

Comprehensive Report

561-84-xxxx issued in California between 1/1/1967 and 12/31/1967
CARL STANLEY BROWN DOB: 8/xx/1948
169-40-xxxx issued in Pennsylvania between 1/1/1965 and 12/31/1966
CARL BROWN

**Current phones listed at this address:**
949-376-7408 - PDT BROWN BARBARA T

949-494-8370

2530 PARK AVE, LAGUNA BEACH, CA 92651-2222, ORANGE COUNTY (Nov 2000 - Apr 2020)
**Residents:**
POONAM T KULKARNI DOB: 9/xx/1958
090-64-xxxx issued in New York between 1/1/1980 and 12/31/1982

KARUNA TEJPAUL DOB: 2/xx/1980
058-74-xxxx issued in New York between 1/1/1988 and 12/31/1989

2521 PARK AVE, LAGUNA BEACH, CA 92651-2221, ORANGE COUNTY ( 2002 - Mar 2020)
RICHARD B ARUM DOB: 8/xx/1963
087-40-xxxx issued in New York between 1/1/1964 and 12/31/1966
2490 PARK AVE, LAGUNA BEACH, CA 92651-2224, ORANGE COUNTY (Jun 1996 - Apr 2020)
SUSAN C ALLEN DOB: 11/1953
567-04-xxxx issued in California between 1/1/1971 and 12/31/1971
2665 PARK AVE, LAGUNA BEACH, CA 92651-2030, ORANGE COUNTY (Jan 2017 - Jan 2020)
OMAR STAUBLI-GRANT

**Neighborhood:**
16 RIVER STREET EXT APT 293, LITTLE FERRY, NJ 07643-1124, BERGEN COUNTY
(Apr 1999 - Oct 2015)

**Address(es):**
16 RIVER STREET EXT APT 292, LITTLE FERRY, NJ 07643-1124, BERGEN COUNTY
(Aug 2017 - Feb 2020)
TAE WOON HA
16 RIVER STREET EXT APT 286, LITTLE FERRY, NJ 07643-1124, BERGEN COUNTY
(Jun 1987 - Apr 2020)

KATHRYN S ROWELL                          DOB: 11/xx/1955
201-807-0576

**Neighborhood:**
498 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Sep 1994 - Nov 2005)
**Residents:**
KEE CHAN KIM DOB: 3/xx/1969
252-97-xxxx issued in Georgia between 7/2/1996 and 4/1/1997
YIA A NOH DOB: 10/xx/1955
090-60-xxxx issued in New York between 1/1/1977 and 12/31/1979
HARRY SUN NOH DOB: 6/xx/1949
576-08-xxxx issued in Hawaii between 1/1/1979 and 12/31/1980
KWANG MI JIN
593-25-xxxx issued in Florida between 1/1/1992 and 12/31/1992
IRENE S NOH                          DOB: 9/xx/1985
SOPHIA KIM
KRISTIN H KIM                          DOB: 1/xx/2000
201-947-2005

**Address(es):**
✔ 496 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Mar 2015 - Mar 2020)

RICHARD J GIACOBONE  DOB: 7/xx/1978
    151-76-xxxx issued in New Jersey  between  1/1/1984  and  12/31/1985
201-461-2704 - EDT GIACOBONE RICHARD


500 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Jan 2005 - Mar 2020)
  Residents:
    YOUNG SIL KIM  DOB: 10/xx/1961
      123-76-xxxx issued in New York  between  1/1/1990  and  12/31/1991
    ALBERT E LURIE JR  DOB: 11/1960
      132-56-xxxx issued in New York  between  1/1/1976  and  12/31/1976

    JODI E MIZRAHI  DOB: 8/xx/1972
      065-70-xxxx issued in New York  between  1/1/1985  and  12/31/1987

490 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY ( 1999 - Apr 2020)
  Residents:
    RAYMOND CORONA  DOB: 10/xx/1967
      126-60-xxxx issued in New York  between  1/1/1978  and  12/31/1979
    ELIGIA GOMEZ  DOB: 3/xx/1967
      086-70-xxxx issued in New York  between  1/1/1986  and  12/31/1987


✔ 488 SUMMIT AVE, FORT LEE, NJ 07024-2916, BERGEN COUNTY (Mar 1978 - Apr 2020)
  Residents:
    BIANKA CURKO  DOB: 8/xx/1941
      140-38-xxxx issued in New Jersey  between  1/1/1963  and  12/31/1964
    EMIL T CURKO  DOB: 3/xx/1969
      142-72-xxxx issued in New Jersey  between  1/1/1981  and  12/31/1982
    JOSO CURKO  DOB: 5/xx/1942
      106-42-xxxx issued in New York  between  1/1/1967  and  12/31/1968
    JULISSA I DEJESUS  DOB: 12/xx/1991
      207-72-xxxx issued in Pennsylvania  between  1/1/1992  and  10/31/1994
    201-944-6895 - EDT CURKO JOSO


  Neighborhood:
    9 GARRISON AVE APT 4, JERSEY CITY, NJ 07306-5795, HUDSON COUNTY (Apr 2005)


    Address(es):
    9 GARRISON AVE APT 32, JERSEY CITY, NJ 07306-5748, HUDSON COUNTY
(Nov 1997 - Apr 2020)
    Residents:
      W Y GUIRGUIS  DOB: 3/1966
        182-76-xxxx issued in Pennsylvania  between  2/2/1996  and  2/1/1999
      HANY E YAKOUB  DOB: 11/xx/1968
        407-51-xxxx issued in Kentucky  between  10/2/1997  and  4/1/1999


    9 GARRISON AVE APT 34, JERSEY CITY, NJ 07306-5799, HUDSON COUNTY
(May 2019 - Feb 2020)
      JAVED HABIB        856-33-xxxx - SSN potentially randomly issued by
the SSA.


**Source Information:**
  All Sources          79  Source Document(s)
  Liens and Judgments    1  Source Document(s)
  Person Locator 1        3  Source Document(s)
  Email addresses       5  Source Document(s)
  PhonesPlus Records     1  Source Document(s)
  Historical Person Locator  12  Source Document(s)

Comprehensive Report

| | |
|---|---|
| Deed Transfers | 9 Source Document(s) |
| Tax Assessor Records | 4 Source Document(s) |
| Person Locator 4 | 1 Source Document(s) |
| Person Locator 5 | 36 Source Document(s) |
| Person Locator 6 | 7 Source Document(s) |