# EXHIBIT 8

   🔍 Search             Reactivate Premium for Free

**Online MA in Economics -** Study at a school in the epicenter of econ poli



Message

### Dooyong Lee · 3rd

CEO at Aequitas Technologies

United States · 453 connections · **Contact info**

Aequitas Technologies

 University of California, Berkeley

## About

One of the most accomplished patent licensing experts, Dooyong Lee i) pioneered the patent monetization indu inventors worldwide by building four licensing companies under a "contingency" business model (i.e., fees and payable only upon success) and generating well in excess of $1 billion from 1,000+ licensees on behalf of … s

## Experience

**Founder & CEO**
Aequitas Technologies
2013 – Present · 7 yrs

Contingency patent licensing company. Managing 20+ licensing/litigation campaigns. Consummated numerous 7 and 8-figure settlements.

**CEO**
Acacia Research Group
2005 – 2012 · 7 yrs

Publicly held contingency patent licensing company  Messaging $25

 Search      1  Reactivate Premium for Free

### COO
TechSearch/Global Patent Holdings
2003 – 2005 · 2 yrs

Contingency patent licensing company, consisting of ... nua revenue and a 44x exit multiple. Acquired by Acacia

### Founder & President
Information Ventures d/b/a LPS Group
2000 – 2003 · 3 yrs

Contingency patent licensing company under Inforn ... Reuters (NYSE:TRI). Achieved 7-figure revenue and p ... million lawsuit against Microsoft (Amado v. Microso ...

### Co-Founder & VP
Fairfield Resources International
1997 – 2000 · 3 yrs

IP consulting firm, sponsored by Fish & Richardson. ... being Delphi/GM, Siemens, etc.) in patent monetization.

Show 3 more experiences ⌄

## Education


### University of California, Berkeley
Master of Science, Operations Research
1983 – 1984

Earle C. Anthony Fellowship


### Oberlin College
Bachelor of Arts, Economics
1981 – 1983

Comfort Starr Award in Economics

 Messaging






