# EXHIBIT 9

*GP 3661*

Patent
239/054

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of: )
) Group Art Unit: 3661   *#2 IDS w/ atts /s. Ross 6-14-00*
Qing Kent Pu et al )
) Examiner: Not Yet Assigned
Serial No.: 09/227,331 )
)
Filed: January 6, 1999 )
)
For: MOBILE NAVIGATION SYSTEM )
)

*[stamp: OIPE  JUN 0 5 2000  PATENT & TRADEMARK OFFICE]*

## INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §§ 1.97(B)(3) & 1.9 (E)(1)

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In compliance with the Applicant's duty under 37 CFR § 1.56, the following information is

brought to the attention of the Examiner. The items are listed on the attached form PTO-1449 and

copies are enclosed for the convenience of the Examiner.

The items identified in this Information Disclosure Statement (IDS) may or may not be

"material" pursuant to 37 CFR § 1.56 and the submission thereof by Applicant shall not be construed

as an admission that any such patent, publication or other information referred to therein is material

---

CERTIFICATE OF MAILING
(37 C.F.R. §1.8a)

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as First Class Mail in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

Melanie Carmosino
Name of Person Mailing Paper

May 31 2000
Date of Deposit
SD-119853.1

Signature of Person Mailing Paper



Patent
239/054

or considered to be material (37 CFR § 1.97(h)), or even qualifies as "prior art" under 35 USC § 102

with respect to this invention unless specifically designated by Applicant as such.

The filing of this IDS shall not be construed to mean that a search has been made or that no

other material information, as defined in 37 CFR § 1.56, exists.

The attached IDS is being filed in accordance with 37 CFR §§ 1.97 and 1.98. This IDS is

believed to be timely in that it is being submitted under 37 CFR §§ 1.97(b)(3) and 1.97(e)(1), that is

before the mailing of a first Office Action on the merits and within three months of being cited by a

foreign examiner. Thus, no petition or fee is required. However, if the undersigned representative

of Applicant is in error in this regard, then the Examiner is requested to consider this IDS as filed

under § 1.97(c) and is further authorized to charge any fee required by the filing of these papers to

Lyon & Lyon's Deposit Account No. **12-2475**.

Respectfully submitted,

LYON & LYON LLP

Dated: May 31, 2000                By: _____

Stephen C. Beuerle
Reg. No. 38,380

633 West Fifth Street, Suite 4700
Los Angeles, California  90071-2066
(858) 552-8400

SD-150694.1

*03-07-d*    *Gp 3661 $ ✓*

Patent
239/054

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the Application of: | ) |
| | ) **Group Art Unit:** 3661 |
| Qing Kent Pu, et al. | ) |
| | ) **Examiner:** E. Pipala |
| **Serial No.:** 09/227,331 | ) |
| | ) |
| **Filed:** January 6, 1999 | ) |
| | ) |
| **For:**  MOBILE NAVIGATION SYSTEM | ) |
| | ) |
| | ) |



### AMENDMENT TRANSMITTAL

Box Amend.—Fee
Commissioner for Patents
Washington, D.C.  20231

Sir:

    Transmitted herewith is an Amendment for the above-identified application.

**RECEIVED**

MAR 1 3 2001

TO 3600 MAIL ROOM

SD-160439.1

### CERTIFICATE OF MAILING
(37 C.F.R. §1.10)

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the United States Postal Service on the date shown below with sufficient postage as 'Express Mail Post Office To Addressee' in an envelope addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

| | |
|---|---|
| EL356083432US | Line Gauthier |
| Express Mail Label No. | Name of Person Mailing Paper |
| | |
| March 05, 2001 | *Line Gauthier* |
| Date of Deposit | Signature of Person Mailing Paper |

EL356083432US

*A*

Patent
239/054

☒ Applicant(s) petitions for an extension of time under 37 CFR § 1.136 [fees: 37 CFR § 1.17(a)(1)-(5)] for the total number of months checked below:

| EXTENSION (months) | FEE FOR SMALL ENTITY | FEE FOR OTHER THAN SMALL ENTITY |
|---|---|---|
| 1 month | ☐ $55.00 | ☐ $110.00 |
| 2 months | ☒ $195.00 | ☐ $390.00 |
| 3 months | ☐ $445.00 | ☐ $890.00 |
| 4 months | ☐ $695.00 | ☐ $1,390.00 |
| 5 months | ☐ $945.00 | ☐ $1,890.00 |

☐ An extension for _____ months has already been secured and the fee paid therefor of _____ is deducted from the total fee due for the total months of extension now requested.

☐ Extension fee due with this Request _____ .

☒ If an additional extension of time is required, please consider this a petition therefor.

## FEES FOR CLAIMS:

☒    Applicant claims small entity status pursuant to 37 CFR 1.27.

The fees for claims (37 CFR § 1.16(b)-(d)) have been calculated as shown below:

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Claims | 0 | - | 0 | = 0 | x $18.00 | $00.00 |
| Independent Claims | 2 | - | 0 | = 2 | x $80.00 | $160.00 |
| Multiple Dependent Claims | $270 | (if applicable) | | | ☐ | $0.00 |
| **TOTAL OF ABOVE CALCULATIONS** | | | | | | $160.00 |
| Reduction by ½ for Filing by Small Entity. Note 37 CFR §§ 1.9, 1.27, 1.28. | | | | | ☒ | $80.00 |
| **TOTAL FEES FOR CLAIMS SUBMITTED HEREWITH** | | | | | | $275.00 |

☐ A check in the amount of _____ is enclosed to cover the above fee(s).

☒ Charge Lyon & Lyon's Deposit Account No. **12-2475** in the amount of **$275.00**.

RECEIVED

MAR 1 3 2001

A

Patent
239/054

☒  The Commissioner is authorized to charge Lyon & Lyon's Deposit Account No.
**12-2475** for any fees required under 37 CFR §§ 1.16 and 1.17 that are not covered, in
whole or in part, by a check enclosed herewith and to credit any overpayments to said
Deposit Account **12-2475**.

Respectfully submitted,

LYON & LYON LLP

Dated:   March 5, 2001                    By: _____

Stephen C. Beuerle
Reg. No. 38,380

633 West Fifth Street, Suite 4700
Los Angeles, California 90071-2066
(858) 552-8400

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of:                    )    Group Art Unit: 3661
                                             )
Qing Kent Pu, et al.                         )    Examiner: E. Pipala
                                             )
Serial No.: 09/227,331                       )
                                             )
Filed:  January 6, 1999                      )
                                             )
For:    MOBILE NAVIGATION SYSTEM             )
                                             )

### AMENDMENT

Assistant Commissioner for Patents
Washington, D.C.   20231

Sir:

        In response to the Office Action dated October 3, 2000, Applicants respectfully request
allowance of the present application in view of the following amendments and remarks:

IN THE SPECIFICATION:

        Please enter the following amendments to the specification by respective replacement
paragraphs (marked-up paragraphs in APPENDIX A):

        Please substitute the paragraph beginning on page 15, line 12 (where "in" on line 12 after
"found" is deleted), with the following paragraph:

        Accordingly, in step 602, the start location is found within the local mapping database
208.  Specific methods for searching the local mapping database 208 depend on the actual

SD-160041.1

CERTIFICATE OF MAILING
(37 C.F.R. §1.10)

I hereby certify that this paper (along with any referred to as being attached or enclosed) is being deposited with the
United States Postal Service on the date shown below with sufficient postage as 'Express Mail Post Office To
Addressee' in an envelope addressed to the Commissioner for Patents, Washington, D.C. 20231.

EL356083432US
Express Mail Label No.                              Line Gauthier
                                                   Name of Person Mailing Paper

March 05, 2001
Date of Deposit                                    Signature of Person Mailing Paper

239/054
Patent

mapping database being used in each specific implementation of the present invention. Typically, standard map data accessing function calls are used in accordance with requirements of a predefined application-programming interface (API). Specific method steps for searching various types of mapping databases 208 would be apparent to persons skilled in the relevant art(s).

Please substitute the paragraph beginning on page 16, line 26 (where "614" on page 17, line 1 is replaced with "601") with the following paragraph:

If in step 614, a match between the cross street and the turn street is found, control passes to step 616. In step 616, the process makes the turn as indicated in the link information. Control next passes back to step 604, where the next link is read. The process represented by steps 604-616 continues until step 608 determines that the last link has been processed, as described above.

Please substitute the paragraph beginning on page 20, line 20, (where "and" on line 21 is inserted after "wider") with the following paragraph:

Accordingly, three sets of time zone division lines are stored, ranging in accuracy from course to medium to fine. The course time zone division lines are wider and not as accurate as the medium division lines, which in turn are wider and not as accurate as the fine division lines. As the level of accuracy increases, so does the number and complexity of the polygons that comprise the different sets of time zone lines. In other words, the course and medium time division lines are approximations that are used to quickly determine whether a current position is close to an actual time zone. If so, a more precise set of lines is used. The fine time zone division lines very accurately depict the shape and position of the actual time zone division lines. The fine set of lines is much more complex and requires more polygons than the less accurate course and medium sets of lines. This concept is illustrated in FIG. 8B.

IN THE CLAIMS:

Please enter the following amendments to the claims by respective replacement claims (marked-up claims in APPENDIX B):

SD-160041.1

2

239/054
Patent

1.    A method for providing an optimal route using real-time information for a navigation system comprising a client and a server, said server coupled to a computer network, said method comprising the steps of:

establishing a wireless connection between the client and the server;

transmitting start and end route designations from the client to the server;

accessing real-time information by the server;

calculating the optimal route by the server, based on the real-time information and said start and end route designations;

formatting the optimal route into a non-proprietary, natural language description;

downloading said non-proprietary, natural language description to the client;

reconstructing the optimal route by the client using a local mapping database; and

displaying said optimal route on a display system coupled to the client.

2.    The method of claim 1, wherein said step of formatting includes the step of dividing the optimal route into one or more links, wherein each link includes at least a street name and a turning orientation.

3.    The method of claim 2, wherein said step of reconstructing includes the steps of:

searching said local mapping database for a closest match of said street name and said turning orientation for each of said links; and

building the optimal route by combining each of said closest matches from said searching step.

4.    The method of claim 1, wherein said accessing step comprises the step of accessing a traffic database comprising current traffic conditions; and

239/054
Patent

querying said traffic database for determining current traffic conditions between locations defined by said start and end route designations.

5.    The method of claim 1, wherein said real-time information includes one or more from the set of:

current traffic conditions;

highway ramp configurations;

current weather conditions;

construction information;

road restrictions;

detour information; and

event traffic information.

6.    The method of claim 1, wherein said wireless connection is accomplished using a cellular network.

7.    The method of claim 1, wherein said transmitting step includes the step of entering into a keypad data entry field, said start and stop route designations including a name for one or more of:

a city;

a state;

a country; and

a street.

8.    The method of claim 7, wherein said step of entering comprises the steps of:

239/054
Patent

comparing data entered into the keypad data entry field with a database of allowable
  entries;

determining a set of conforming data items associated with said entered data;

applying a criterion to said set of conforming data items to determine an anticipated data
  item; and

displaying said anticipated data item in the data entry field.

9.    The method of claim 8, wherein said criterion defines a data item in said set of
conforming data items that appears first alphabetically.

10.    The method of claim 8, wherein said criterion defines a data item in said set of
conforming data items that is used most frequently.

11.    The method of claim 8, wherein said criterion defines a data item in said set of
conforming data items that is used most recently.

12.    The method of claim 1, wherein said downloading step comprises the step of
compressing said natural language description.

13.    The method of claim 1, wherein said calculating step further comprises the step of
reading user-specific data in calculating the optimal route.

14.    The method of claim 1, wherein said computer network is the Internet.

15.    A mobile navigation system comprising:

a navigation computer;

a wireless transceiver coupled to said navigation computer for connecting with a
  navigation server, said navigation server for calculating optimal routes based on

239/054
Patent

real-time information, said optimal routes being formatted using a non-proprietary, natural language description;

a mapping database coupled to said navigation computer for reconstructing said optimal route from said non-proprietary, natural language description; and

a display screen coupled to said navigation computer for displaying said optimal route using said mapping database.

16.    The mobile navigation system of claim 15, further comprising:

a GPS receiver coupled to said navigation computer for monitoring position;

a telephonic device coupled to said wireless transceiver and said navigation computer for making and receiving telephone calls; and

a keypad coupled to said navigation computer for entering start and end route designations.

17.    The mobile navigation system of claim 15, wherein said display screen is used to display the mapping database in a head right configuration.

18.    The mobile navigation system of claim 15, wherein said display screen is used to display the mapping database in a head left configuration.

19.    The mobile navigation system of claim 16, further including a clock coupled to said navigation computer, wherein said navigation computer is programmed to set said clock to an accurate local time in accordance with a time from said GPS receiver and a current time zone.

20.    The mobile navigation system of claim 15, further including a clock coupled to said navigation computer, and said telephonic device, wherein said navigation computer is programmed to indicate from said clock a local time of a called party based on a dialed number.

239/054
Patent

21.     A method for indicating a local time with respect to a called party, comprising the steps of:

parsing a dialed-out telephone number to extract location data comprising at least one of:

a country code;

a city code;

an area code; and

an exchange code;

querrying a database to determine a time zone corresponding with said location data;

obtaining the current GMT time;

converting said current GMT time to a local time in accordance with said associated time zone; and

indicating said local time.

22.     A method for determining a current time zone for a mobile navigation system having a GPS receiver comprising the steps of:

storing a digital representation of time zone division lines;

obtaining a position from the GPS; and

comparing said position with said digital representation to determine the current time zone.

23.     The method of claim 22, further comprising the steps of:

obtaining current GMT from the GPS;

converting said GMT to local time in accordance with said current time zone; and

239/054
Patent

setting a clock on said mobile navigation system in accordance with said local time.

24.    The method of claim 22, wherein:

said storing step further includes the step of storing three sets of time zone division lines, having different resolutions ranging from course to medium to fine; and

said comparing step further includes the step of comparing said position with said course set of time zone division lines, and if a match is found, comparing said position with said medium set of time zone division lines, and if a match is found comparing said position with said fine set of time zone division lines.

25.    A method for displaying a representation of an automobile's bearing and position superimposed on a map for a mobile navigation system, said method comprising the steps of:

displaying the representation of the automobile to always point to the right; and

continuously scrolling the map relative to said representation.

26.    A method for displaying a representation of an automobile's bearing and position superimposed on a map for a mobile navigation system, said method comprising the steps of:

displaying the representation of the automobile to always point to the left; and

continuously scrolling the map relative to said representation.

27.    A method for entering data into a mobile navigation system using a keypad data entry field comprising the steps of:

comparing data entered into the keypad data entry field with a database of allowable entries;

determining a set of conforming data items associated with said entered data;

applying a criterion to said set of conforming data items to determine an anticipated data item; and

239/054
Patent

displaying said anticipated data item in the keypad data entry field.

28.    The method of claim 27, further comprising the step of:

limiting the set of characters that can be scrolled in each character position to a set of characters conforming to said set of conforming data items.

Please add the following new claims:

29.    (New)  A method for providing an optimal route using real-time information from a server of a navigation system, the navigation system also comprising a client and said server coupled to a computer network, said method comprising the steps of:

establishing a wireless connection with the client;

receiving at the server start and end route designations from the client;

calculating at the server the optimal route based on real-time information at the server and said start and end route designations;

formatting at the server the optimal route into a non-proprietary, natural language description;

downloading from the server said non-proprietary, natural language description to the client so that the client can reconstruct the optimal route using a local mapping database and display said optimal route on a display system coupled to the client.

30.    (New)  A method for providing an optimal route using real-time information at client of a navigation system, the navigation system also comprising a client and said server coupled to a computer network, said method comprising the steps of:

establishing a wireless connection with the server;

transmitting start and end route designations from the client to the server;

239/054
Patent

receiving from the server an optimal route formatted in a non-proprietary, natural
language description and calculated based on real-time information and said start
and end route designations;

reconstructing the optimal route using a local mapping database; and

displaying said optimal route on a display system coupled to the client.

239/054
Patent

## REMARKS

Claims 1-30 are pending in the present application and stand rejected under 35 U.S.C. 102(b). Claims 1, 3, 15, 20, 21, 22, 23, 25, and 26 have been amended. Claims 29 and 30 have been added. Replacement paragraphs/claims have been submitted above and marked-up paragraphs/claims are attached in APPENDICES A, B, respectively

Reconsideration and allowance of the application is respectfully requested in view of the above amendments and following remarks.

Claim objection:

In regard to the rejection of claim 3, this claim has been amended accordingly.

35 U.S.C. 102(b):

In regard to the rejection of claims 1-28 under 35 U.S.C. 102(b) in view of U.S. Patent No. 5,948,040 to DeLorme, et al. ("DeLorme"), Applicants respectfully traverse this rejection because DeLorme does not teach each and every element of the claims.

In regard to claims 1-20, DeLorme does not disclose, teach, or suggest, among other things, formatting the optimal route into a non-proprietary, natural language description and downloading the non-proprietary, natural language description to the client. The TRIPS system described in DeLorme is no different than the navigation systems distinguished in the Background of the Invention of the present application in that in these systems, all geographical data transmitted by the server is in a propriety format so that the downloaded information used to describe geographical data, such as point-of-interest addresses and detailed map data, includes data points, indices and the like that are specific to the particular mapping database used on the client. Accordingly, the client navigation system must have a particular pre-defined mapping database installed in order to work with the server and, in some cases, the mapping database used by the client and server must be identical. If there is a mismatch between the expected mapping database and the actual mapping database used on the client, the client cannot properly interpret the geographical data downloaded from the server and the system will fail to operate.

SD-160041.1                                        11

239/054
Patent

Accordingly, customers using these current systems must obtain the latest version of the mapping database software available. This presents a major burden for customers and manufacturers alike due to the high frequency in which these databases must be updated.

In addition, the data downloaded by the client generally requires high bandwidth communication channels due the shear volume of data transmitted by these current systems. Such high bandwidth communication channels are expensive and may not be readily available in all areas.

Another problem with systems such as the DeLorme's TRIPS navigation system is that the client must include sophisticated algorithms for calculating optimal routes. In addition, these route-calculating algorithms in the client must be updated in accordance with current services and options available on the server. For example, if the server were updated to provide a new or modified feature to the client, the client must be specifically customized to support the new or modified feature. Thus, a very close coordination between the software installed on the server and the software installed on the clients must be maintained. This creates an additional economic burden for customers.

A further problem with DeLorme's TRIPS navigation system is that the proprietary server cannot be used with navigation systems and mapping databases provided by other manufacturers. The client software must be frequently customized and very specific mapping software must be used.

In the claimed method and navigation system, formatting the optimal route into a non-proprietary, natural language description and downloading the non-proprietary, natural language description to the client allows the navigation system to be used with any mapping database installed on the client navigation system. The level of detail necessary for the client-installed mapping database is minimal. The claimed invention also alleviates the need to have specific pre-defined turn-by-turn mapping databases installed on the client. Another advantage of the claimed invention is that the client navigation system can be made much less complex than those used in current systems. The server performs routing generation on behalf of the client, alleviating the need to install sophisticated and expensive routing algorithms and/or complex hardware components on the client that are used to perform local routing calculations. The role

239/054
Patent

of the client system may be limited to displaying routes generated by the server. The claimed invention also does not require software changes on the client navigation systems whenever the server provides new and/or modified features. All enhancements to the services provided by the server are independent from the software installed on the client. The claimed invention also alleviates the need for users to update their mapping database whenever a new version is available. Navigation client systems from any vendor can be easily adapted to work with the server of the present invention because natural language is used to describe optimal routing information. A further advantage of the claimed invention is that low bandwidth communication channels can be used to download the information from the server to the clients. A further advantage of the present invention is that the natural language routing descriptions can be highly compressed to thereby reduce the already low bandwidth requirements of the wireless communication channels. The natural language description is completely independent from the local mapping database software used on the clients, and can therefore be used in conjunction with any type of mapping database software. DeLorme does not disclose teach or suggest the claimed method nor any of the advantages enumerated above.

In regard to claim 21, DeLorme does not disclose, teach, or suggest a method of indicating local time with respect to a called party, especially the recited steps of parsing a dialed-out telephone number to extract location data, querrying a database to determine a time zone corresponding with the location data, obtaining the current GMT time, converting the current GMT time to a local time in accordance with the associated time zone, and indicating the local time. This is advantageous in navigation systems as well as other applications because a caller can determine upon initiating a call what time it is at the called party's location so, for example, the caller does not accidentally wake a called party in the middle of the night. DeLorme does not disclose teach or suggest the claimed method nor any of the attendant advantages.

In regard to claims 22-24, DeLorme does not disclose, teach, or suggest a method for determining a current time zone for a mobile navigation system having a GPS receiver, especially, among other things, the recited steps of storing a digital representation of the time zone division lines, obtaining a position from the GPS, and comparing the position with the digital representation to determine the current time zone. This method allows the clock of the

239/054
Patent

mobile navigation system to be set to a highly accurate local time, taking changes in time zone into consideration.

In regard to claims 25 and 26, DeLorme does not disclose, teach, or suggest displaying a representation of an automobile superimposed on a map for a mobile navigation system where that the automobile always points to the right and left, respectively. This method maximizes the amount of information that can be displayed in front of the superimposed automobile, making many mobile navigation system displays (e.g., wide, narrow automobile navigation system displays) more efficient and allowing for more look-ahead space.

In regard to claims 27 and 28, DeLorme does not disclose, teach, or suggest a method for entering data into a mobile navigation system using a keypad data entry field, especially, among other things, the recited steps of comparing data entered into the keypad data entry field with a database of allowable entries, determining a set of conforming data items associated with the entered data, applying a criterion to the set of conforming data items to determine an anticipated data item, and displaying the anticipated data item in the keypad data entry field. This "auto complete" feature anticipates data being entered by users to minimize the data-entry process, making it especially useful in a mobile navigation system such as an automobile navigation system due to the inherent difficulty in entering data while driving.

Therefore, Applicants respectfully submit that claims 1-28 are not anticipated by DeLorme and respectfully request this rejection be withdrawn.

New Claims 29, 30:

These method claims generally resemble method claim 1, but from a server and a client perspective, respectively.

## CONCLUSION

On the basis of the above, reconsideration and allowance of the application is believed to be warranted and such action is respectfully requested. If the Examiner has any questions or

$A$

239/054
Patent

comments regarding this amendment, the Examiner is respectfully urged to contact the undersigned at the number listed below.

Respectfully submitted,

LYON & LYON LLP

Dated:  March 5, 2001                           By:

Stephen C. Beuerle
Reg. No.  38,380

633 West Fifth Street, Suite 4700
Los Angeles, California  90071-2066
(858) 552-8400

SD-160041.1                            15

A



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/227,331 | 01/06/99  PU | | Q    239/054 |

022249                     PM82/0702
LYON & LYON LLP
SUITE 4700
633 WEST FIFTH STREET
LOS ANGELES CA 90071-2066

| EXAMINER |
|---|
| PIPALA, F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3661 | #7 |

DATE MAILED:

07/02/01

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED In this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _Phone interview of 6/8/01_

☒ The allowed claim(s) is/are _1-20, 29 & 30_

☒ The drawings filed on _6/15/01_ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C.  § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C.  § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. ~~Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).~~

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.

    ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☒ Examiner's  Amendment/Comment   _cancelling claims 21-28_

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

**WILLIAM A. CUCHLINSKI, JR.**
**SUPERVISORY PATENT EXAMINER**
**TECHNOLOGY CENTER 3600**

PTOL-37 (Rev. 10/95)                                                                                                                                 *U.S. GPO: 1997-417-381/82707

Application/Control Number: 09/227,331                                                    Page 2

Art Unit: 3661

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Mr.

Stephen C. Beuerle on about June 8, 2001.


The application has been amended as follows:

previously rejected claims 20-28 have been canceled.


Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Edward Pipala whose telephone number is (703) 305-9785.  The examiner

can normally be reached on Monday through Thursday from 7:30 to 6:00.


If attempts to reach the Examiner by telephone are unsuccessful, the Examiner's

Supervisor, Bill Cuchlinski, can be reached on (703) 308-3873.  The fax phone number for this

Group is (703) 305-7687.

Application/Control Number: 09/227,331                                      Page 3

Art Unit: 3661


     Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the Group receptionist whose telephone number is (703) 308-1113.


    **Any response to this action should be mailed to:**

        Commissioner of Patents and Trademarks

        Washington, D.C. 20231


    **or faxed to:**   (703) 305-7687, (for formal communications intended for entry)


       Hand-delivered responses should be brought to 5 Crystal Park, 2451 Crystal Drive, Arlington. VA.,

       Seventh Floor (Receptionist).


                WILLIAM A. CUCHLINSKI, JR.
            SUPERVISORY PATENT EXAMINER
              TECHNOLOGY CENTER 3600

Edward Pipala

(703) 305-9785