EXHIBIT 10

Jason W. Wolff (SBN 215819) (wolff@fr.com)
Joanna M. Fuller (SBN 266406) (jfuller@fr.com)
Robert M. Yeh (SBN 286018) (ryeh@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Darin W. Snyder (SBN136003) (dsnyder@omm.com)
David S. Almeling (SBN 235449) (dalmeling@omm.com)
Mark Liang (SBN 278487) (mliang@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants*
HUAWEI TECHNOLOGIES CO., LTD. and
HUAWEI DEVICE USA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP.,<br><br>         Plaintiffs,<br><br>     v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.<br>and HUAWEI DEVICE USA, INC.,<br><br>         Defendants. | **Case No. 3:16-cv-01903-(H)JLB**<br><br>**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26(a)**<br><br>**Courtroom:  15A (15th Floor)**<br>**Judge:        Hon. Marilyn L. Huff** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Huawei Technologies Co., Ltd. and Huawei Device USA, Inc. (collectively "Huawei") hereby makes the following initial disclosures to InfoGation.

Huawei has not completed its investigation relating to this action. These initial disclosures are limited to the information now available to Huawei. Discovery as well as Huawei's ongoing investigation and analysis in this case may yield additional information.

Huawei reserves the right to supplement these initial disclosures consistent with the applicable Federal Rules of Civil Procedure, the Local Rules for the Southern District of California, and any applicable Court orders. Huawei does not waive any evidentiary objections to the information disclosed nor any applicable privileges.

I.    INDIVIDUALS

At this time, Huawei believes the following individuals may have discoverable information that Huawei may use to support its claims or defenses. By indicating the general subject matter of information these individuals may have, Huawei is in no way limiting its right to call any individual(s) listed to testify concerning other subject(s). Huawei's identifications also are not an admission that all identified individuals' testimony would constitute admissible evidence or that discovery may properly be sought from them consistent with Fed. R. Civ. P. 26.

| NAME | CONTACT INFORMATION | SUBSTANCE OF KNOWN INFORMATION |
| --- | --- | --- |
| Qing Kent Pu | On information and belief, Mr. Pu is currently located in San Diego, CA. | The alleged inventions disclosed and claimed in the '743 Patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '743 Patent and related patent applications. |
| Hui Henry Li | On information and belief, Mr. Pu is currently located in the San Francisco Bay Area. | The alleged inventions disclosed and claimed in the '743 Patent, including information about the conception, reduction to practice, and other information relating to |

| NAME | CONTACT INFORMATION | SUBSTANCE OF KNOWN INFORMATION |
|---|---|---|
| | | the alleged inventions, as well as the prosecution of the '743 Patent and related patent applications. |
| Liu, Zhijie | Xi'an, China c/o Fish & Richardson P.C. | Information concerning systems engineering and hardware specifications of accused Huawei devices. |
| Cui, Qingyu | Wuhan, China c/o Fish & Richardson P.C. | Information concerning installation, operation, upgrade, and maintenance of third-party software including Google Maps Mobile client application |
| Zhao, Ping | Beijing, China c/o Fish & Richardson P.C. | Non-technical information concerning Huawei's receipt and updates of Google software including Google Maps Mobile client application |
| Wen, Wen | Bellevue, WA c/o Fish & Richardson P.C. | Information concerning marketing, sales and messaging of Huawei's accused devices |
| Zhao, Zhigang | Plano, TX c/o Fish & Richardson P.C. | Information concerning profits, costs, and other financial data associated with Huawei's accused devices |
| Google, Inc. | 1600 Amphitheatre Parkway, Mountain View, CA 94043, c/o counsel for Google | Information concerning architecture and operation of Google Maps Mobile client application, Google Maps servers, and Google Maps client-server system |
| Amanda Leicht Moore | San Francisco, CA c/o counsel for Google | Information concerning the structure, function, and operation of aspects of Google Maps |
| Yatin Chawathe | San Francisco, CA c/o counsel for Google | Information concerning the structure, function, and operation |

Case No. 3:16-cv-01903-(H)JLB

| NAME | CONTACT INFORMATION | SUBSTANCE OF KNOWN INFORMATION |
|---|---|---|
| | | of aspects of Google Maps, as well as product development and financial/marketing aspects of Google Maps. |
| Tom Green | San Francisco, CA c/o counsel for Google | Information concerning the structure, function, and operation of aspects of Google Maps. |
| Jeffrey Hightower | Seattle, WA c/o counsel for Google | Information concerning the structure, function, and operation of aspects of Google Maps. |
| Ronald William Morrison | 1517 N. Beach St., Ormond Beach, FL 32174 | Information concerning authenticity, architecture, and operation of TravTek Navigation System |
| American Automobile Association / Kent Taylor, Research and Development Director | 1000 AAA Drive, Heathrow, FL 32746 | Information concerning authenticity, architecture, and operation of TravTek Navigation System |
| Federal Highway Administration / Robert Rupert | HT02 400 7th St. N.W. Washington, D.C. 20590 / Turner-Fairbank Highway Research Center, 6300 Georgetown Pike, McLean, VA 22101 | Information concerning authenticity, architecture, and operation of TravTek Navigation System |
| General Motors Research Laboratories / James R. Rillings | General Motors Technical Center – Room 300 RMB, 30500 Mound Rd., Warren MI 48090 | Information concerning authenticity, architecture, and operation of TravTek Navigation System |
| Florida Department of Transportation / George Gilhooley | 719 South Woodland Blvd., Deland, FL | Information concerning authenticity, architecture, and operation of TravTek Navigation System |

4                        Case No. 3:16-cv-01903-(H)JLB

| NAME | CONTACT INFORMATION | SUBSTANCE OF KNOWN INFORMATION |
|---|---|---|
| Andrew Fowler | 3401 North California Av., Chicago, IL 60618 | Information concerning authenticity, architecture, and operation of Navigation Technologies Corp.'s Navigation System |
| Matthew Friederich | 222 W Merchandise Mart Plaza #900, Chicago, IL 60654 | Information concerning authenticity, architecture, and operation of Navigation Technologies Corp. Navigation System |
| InfoGation Corp. | On information and belief, InfoGation Corp. is currently located at: 12250 El Camino Real, Suite 116 San Diego, California, 92130 | Information concerning the alleged inventions disclosed and claimed in the '743 Patent; the conception, reduction to practice, and other information relating to the alleged inventions; the prosecution of the '743 Patent and related patent applications; InfoGation's business, finances, licensing efforts and agreements, valuations of the '743 Patent; and the bases for InfoGation's allegations of infringement of the '743 Patent. |
| BSQUARE Corp. | On information and belief, BSQUARE Corp. is currently located at: 110 110th Avenue, N.E. Suite 300 Bellevue, WA 98004 | Information concerning InfoGation's business, finances, licensing efforts and agreements, valuations of the '743 Patent, and the bases for InfoGation's allegations of infringement of the '743 Patent. |
| Keith Kind | On information and belief, Mr. Kind is currently located at: 4000 Macarthur Blvd | Information concerning the alleged inventions disclosed and claimed in the '743 Patent, including information about the |

| NAME | CONTACT INFORMATION | SUBSTANCE OF KNOWN INFORMATION |
|---|---|---|
| | East Tower Newport Beach, CA 92660 | conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '743 Patent and related patent applications. |
| Stephen C. Beuerle | On information and belief, Mr. Beuerle is currently located at:<br><br>525 B Street Suite 2200 San Diego, CA 92101 | Information concerning the alleged inventions disclosed and claimed in the '743 Patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '743 Patent and related patent applications. |
| Robert Laurenson | On information and belief, Mr. Laurenson is currently located at:<br><br>3460 161st Av SE Bellevue, WA 98008 | Information concerning the alleged inventions disclosed and claimed in the '743 Patent, including information about the conception, reduction to practice, and other information relating to the alleged inventions, as well as the prosecution of the '743 Patent and related patent applications. |
| Authors, publishers, and custodians of prior art materials identified in Defendants'[1] invalidity contentions | various | Authenticity, date, and other facts related to the subject prior art systems and references |

In addition to the foregoing, Huawei identifies and incorporates by reference the following additional persons who may have knowledge of facts relevant to this suit:

---

[1] Defendants refer to Huawei in addition to ZTE, and HTC entities in related cases 3:16-cv-01901 and 3:16-cv-01902.

(1) Any and all persons identified by the InfoGation in its Initial Disclosures in this litigation.

(2) Any custodian of records or other person who may be required to establish authenticity and/or admissibility of documents.

(3) Individuals having knowledge of the prosecution of the '743 Patent and related patent applications, including, without limitation, any prosecuting agents or attorneys.

(4) Individuals having knowledge of any license to the '743 Patent, any offer to license the '743 patent, or any sale or offer to sell of the '743 Patent.

## II.    DOCUMENTS

Categories of documents, electronically stored information, and tangible things that are within the possession, custody, or control of Huawei and/or its counsel, and which Huawei may use to support its claims or defenses include:

| DESCRIPTION | LOCATION |
|---|---|
| Google Maps Android Application Package (APK) | Huawei c/o Fish & Richardson P.C. |
| Technical documents regarding installation of Google Maps APK on Huawei's accused smart phones | Huawei c/o Fish & Richardson P.C. |
| Technical documents regarding hardware specification of accused Huawei smartphones, including their design, structure, function, and operation | Huawei c/o Fish & Richardson P.C. |
| Sales and marketing documents regarding the accused Huawei smartphones | Huawei c/o Fish & Richardson P.C. |
| Financial information and summaries regarding sales of Huawei's accused smartphones | Huawei c/o Fish & Richardson P.C. |
| The patent-in-suit and file history of the patent-in-suit | Fish & Richardson P.C. |
| Documents and other tangible items that constitute, describe, or implement prior | Fish & Richardson P.C. and various |

| DESCRIPTION | LOCATION |
|---|---|
| art, general technical background information, and documents describing the state of the art and general knowledge in the field related to the patent-in-suit | |
| Press releases, web pages, articles, prior pleadings, testimony, and other relevant information about InfoGation, the patent-in-suit, the named inventors of the patent-in-suit, alleged embodiments of the patent-in-suit, InfoGation products that allegedly compete with the accused products, and the relevant industry. | Fish & Richardson P.C. and various |

     Huawei also may rely on documents in the custody, possession, or control of the InfoGation or one or more third parties. Huawei also reserves the right to rely on any documents or information relating to defenses or claims that Huawei has pled or will plead.

## III.   COMPUTATION OF DAMAGES

     Huawei seeks, through its affirmative defenses that the patent-in-suit are not infringed and are invalid. In addition, Huawei may seek attorneys' fees and costs. Huawei reserves the right to supplement these disclosures as its investigation of this case progresses.

## IV.   INSURANCE AGREEMENTS

     Huawei is not presently aware of any insurance agreements which may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment, but if any such agreements are located they will be made available for inspection and copying at the offices of Fish & Richardson P.C. in San Diego, California.

Dated:  February 17, 2017

By:  *s/Robert M. Yeh*

Jason W. Wolff (SBN 215819)
(wolff@fr.com)
Joanna M. Fuller (SBN 266406)
(jfuller@fr.com)
Robert M. Yeh (SBN 286018)
(ryeh@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Darin W. Snyder (SBN136003)
(dsnyder@omm.com)
David S. Almeling (SBN 235449)
(dalmeling@omm.com)
Mark Liang (SBN 278487)
(mliang@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorney for Defendant
HUAWEI TECHNOLOGIES CO., LTD.
HUAWEI DEVICE USA, INC.

## PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

On February 17, 2017, I caused a copy of the following document(s): **HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI DEVICE USA, INC. RULE 26(a) INITIAL DISCLOSURES** to be served on the interested parties in this action as follows:

| | |
|---|---|
| **Via Email**<br>Edward A. Pennington (D.C. Bar No. 422006)<br>epennington@sgrlaw.com<br>John P. Moy (D.C. Bar No. 466908)<br>jmoy@sgrlaw.com<br>Sean T.C. Phelan (D.C. Bar No. 997681)<br>sphelan@sgrlaw.com<br>Jennifer L. Feldman (D.C. Bar No. 1013263)<br>jfeldman@sgrlaw.com<br>John P. Pennington (D.C. Bar No. 1018204)<br>jpennington@sgrlaw.com<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1055 Thomas Jefferson Street, N.W., Suite 400<br>Washington, D.C. 20007<br>Telephone: 202.263.4300<br>Facsimile: 202.263.4329 | Attorneys for Plaintiff<br>InfoGation Corp |
| **Via Email**<br>Michael L. Kirby (SBN 50895)<br>mike@kirbyandkirbylaw.com<br>Heather W. Schallhorn (SBN 299670)<br>heather@kirbyandkirbylaw.com<br>KIRBY & KIRBY LLP<br>501 West Broadway, Suite 1720<br>San Diego, CA  92101<br>Telephone: 619.487.1500<br>Facsimile: 619.501.5733 | Attorneys for Plaintiff<br>InfoGation Corp |

I declare under penalty of perjury that the above is true and correct.  Executed on February 17, 2017, at San Diego, California.

s/Robert M. Yeh
Robert M. Yeh (SBN 286018)

Case No. 3:16-cv-01903-(H)JLB