# EXHIBIT 11

CLICK HERE  FOR OUR LATEST NEWS AND RESOURCES ON COVID-19



# STEPHEN C. BEUERLE

PARTNER

Contact

525 B Street, Suite 2200

San Diego, CA 92101

stephen.beuerle@procopio.com

P. 619.515.3267

We use cookies to understand how you use our site and to improve your experience. This includes personalizing content and advertising.

F. 619.744.5467

To learn more, click here. By continuing to use our site, you accept our use of cookies and our privacy policy.

⬇ Download V-Card

📄 Download Bio

in LinkedIn

Practice Areas

- Emerging Growth and Venture Capital
- Intellectual Property
- Medical Technology
- Patent Prosecution and Counseling
- Trademarks and Copyrights
- Asia-Pacific Cross-Border

Admissions: California ; United States Patent and Trademark Office

PROFESSIONAL SUMMARY >

REPRESENTATIVE MATTERS >

RECOGNITIONS >

COMMUNITY >

EDUCATION >

© 2020 Procopio, Cory, Hargreaves & Savitch LLP.

Procopio is a service mark of
Procopio, Cory, Hargreaves & Savitch LLP.

Please read our website privacy notice & cookie policy and our disclaimer

Newsletter Signup  |  Site Map  |  Site by Mindgruve

We use cookies to understand how you use our site and to improve your experience. This includes personalizing content and advertising.

To learn more, click here. By continuing to use our site, you accept our use of cookies and our privacy policy.