# EXHIBIT 21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORP.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.;<br>HUAWEI DEVICE USA, INC.; and<br>HUAWEI DEVICE (DONGGUAN) CO.,<br><br>　　　　　　　　　　Defendants. | Case No.: 16-cv-01903-H-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 113.] |

On October 27, 2017, the parties filed a joint motion to dismiss Plaintiff Infogation Corp.'s claims with prejudice and Defendants Huawei Device USA, Inc., Huawei Device Co., Ltd., and Huawei Device (Dongguan) Co.'s counterclaims without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 113.) The Court, for good cause shown, grants the joint motion to dismiss. All claims that Plaintiff raised or could have raised in the consolidated action are dismissed with prejudice. All claims, defenses, or counterclaims that Defendants raised or could have raised in the consolidated action are dismissed without prejudice. The Clerk is directed to close Case No. 16-cv-1903 and Case No. 17-cv-647.

**IT IS SO ORDERED.**

DATED: October 27, 2017

　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT