# EXHIBIT 22

Google Maps    laguna beach to san diego    Drive 72.6 miles, 1 h 13 min



Map data ©2020 Google, INEGI    10 mi

 Public transport services may be impacted due to COVID-19.

 We don't have the most recent timetables for this area.

 **via I-5 S**     **1 h 13 min**
Fastest route, the usual traffic     72.6 miles

 ⚠ 7:12 AM—11:15 AM     4 h 3 min
 89  🚌 83 > 🚌 "Greyhound"

 8:33 AM—11:15 AM     2 h 42 min
 1   Inland Empire - OC
 Orange County Line > 🚌 "Greyhound"

## Explore San Diego



7/9/2020
Case 6:20-cv-00366-ADA    Document 30-23    Filed 08/17/20    Page 3 of 3
laguna beach to san diego - Google Maps

    

Groceries    Hotels    Gas stations    Parking Lots    More