# EXHIBIT 23

Google

Round trip ▾ 1 passenger ▾ Economy ▾

San Francisco ⇄ San Diego | Thu, Jul 23 < > | Mon, Jul 27 < >

Bags ▾ Stops ▾ Airlines ▾ Price ▾ Times ▾ Connecting airports ▾ More ▾

Track prices ⓘ | Date grid | Price graph | Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights ⓘ

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 8:30 AM – 10:09 AM<br>United | 1h 39m<br>SFO–SAN | Nonstop | $97<br>round trip |
| 9:05 AM – 10:47 AM<br>Ala... · Operated by Skywest Airlines as A... | 1h 42m<br>SFO–SAN | Nonstop | $97<br>round trip |
| 2:30 PM – 4:17 PM<br>Unit... · Operated by Skywest DBA United ... | 1h 47m<br>SFO–SAN | Nonstop | $97<br>round trip |

Prices are currently typical for your trip. Details

## Other departing flights

Prices are not available for: Southwest. Flights with unavailable prices are at the end of the list.

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 12:00 PM – 1:43 PM<br>Ala... · Operated by Skywest Airlines as A... | 1h 43m<br>SFO–SAN | Nonstop | $97<br>round trip |
| 2:45 PM – 4:27 PM<br>Ala... · Operated by Skywest Airlines as A... | 1h 42m<br>SFO–SAN | Nonstop | $97<br>round trip |
| 7:45 PM – 9:27 PM<br>Ala... · Operated by Skywest Airlines as A... | 1h 42m<br>SFO–SAN | Nonstop | $97<br>round trip |
| 12:35 PM – 11:40 PM<br>Frontier | 11h 5m<br>SFO–SAN | 1 stop<br>6h 5m DEN | $118<br>round trip |
| 10:50 AM – 12:21 PM<br>Unit... · Operated by Skywest DBA United ... | 1h 31m<br>SFO–SAN | Nonstop | $187<br>round trip |
| 6:30 PM – 7:58 PM<br>Unit... · Operated by Skywest DBA United ... | 1h 28m<br>SFO–SAN | Nonstop | $187<br>round trip |

Google

| | | | |
|---|---|---|---|
| 1:10 PM – 2:55 PM<br>Southwest | 1h 45m<br>SFO–SAN | Nonstop | Price unavailable |
| 5:20 PM – 7:00 PM<br>Southwest | 1h 40m<br>SFO–SAN | Nonstop | Price unavailable |
| 7:55 PM – 9:30 PM<br>Southwest | 1h 35m<br>SFO–SAN | Nonstop | Price unavailable |

58 more flights

## Hotels in San Diego

Nightly prices for 1 guest Jul 23–Jul 27

Search for hotels

Hotel del Coronado, Curi...
4.5 (13354)

San Diego Marriott Missio...
4.3 (1583)

Hilton La Jolla Torrey Pines
4.3 (1575)

## Explore more destinations from San Francisco

Google Flights | Language · English | Country · United States | Currency · USD

Find the cheapest and best flight for you.

About Google Privacy & Terms Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**





