# EXHIBIT 24



   

Google

Round trip · 1 passenger · Economy

Seattle → San Diego | Sat, Aug 1 | Sun, Aug 2

Bags · Nonstop · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times | Duration | Stops | Price |
|---|---|---|---|
| 7:00 AM – 9:40 AM<br>Alaska | 2h 40m<br>SEA–SAN | Nonstop | $157<br>round trip |
| 7:30 PM – 10:10 PM<br>Delta | 2h 40m<br>SEA–SAN | Nonstop | $157<br>round trip |
| 7:35 PM – 10:33 PM<br>Ala... · Operated by Skywest Airlines as A... | 2h 58m<br>SEA–SAN | Nonstop | $157<br>round trip |
| 9:00 PM – 11:58 PM<br>Ala... · Operated by Horizon Air as Alask... | 2h 58m<br>SEA–SAN | Nonstop | $157<br>round trip |

Prices are currently low — $21 cheaper than usual for your dates. Details

## Other departing flights

| Times | Duration | Stops | Price |
|---|---|---|---|
| 3:29 PM – 6:05 PM<br>Delta | 2h 36m<br>SEA–SAN | Nonstop | $177<br>round trip |
| 8:50 AM – 11:30 AM<br>Alaska | 2h 40m<br>SEA–SAN | Nonstop | $187<br>round trip |
| 5:35 PM – 8:18 PM<br>Alaska | 2h 43m<br>SEA–SAN | Nonstop | $187<br>round trip |
| 10:00 AM – 12:43 PM<br>Delta | 2h 43m<br>SEA–SAN | Nonstop | $197<br>round trip |
| 3:35 PM – 6:18 PM<br>Alaska | 2h 43m<br>SEA–SAN | Nonstop | $217<br>round trip |

## Hotels in San Diego ⓘ

Nightly prices for 1 guest Aug 1–Aug 2

Search for hotels ↗


$151 | Hilton San Diego Bayfront
4.4 (5760)


$178 | Hard Rock Hotel San Diego
4.3 (3728)


$113 | Sheraton San Diego Hotel &...
4.2 (3668)

Google Flights

- Language · English
- Country · United States
- Currency · USD

Find the cheapest and best flight for you.

About Google   Privacy & Terms   Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**

