# EXHIBIT 25









Google

Round trip 1 passenger Economy

San Francisco ⇄ Waco ACT | Thu, Jul 23 | Mon, Jul 27

Bags Stops Airlines Price Times Connecting airports More

Track prices | Date grid | Price graph | Nearby airports

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 6:00 AM – 1:22 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 5h 22m<br>SFO–ACT | 1 stop<br>1h 4m DFW | $266<br>round trip |
| 8:00 AM – 4:20 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 6h 20m<br>SFO–ACT | 1 stop<br>2h 10m DFW | $266<br>round trip |
| 11:50 AM – 8:11 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 6h 21m<br>SFO–ACT | 1 stop<br>2h 11m DFW | $266<br>round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 1:30 PM – 1:22 PM+1<br>A... · Operated by Skywest Airlines as A... | 21h 52m<br>SFO–ACT | 2 stops<br>LAX, DFW | $370<br>round trip |
| 10:28 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 12h 54m<br>SFO–ACT | 2 stops<br>MIA, DFW | $505<br>round trip |
| 3:20 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 20h 2m<br>SFO–ACT | 1 stop<br>15h 40m DFW | $535<br>round trip |

42 more flights

## Hotels in Waco

Nightly prices for 1 guest Jul 23–Jul 27

Search for hotels

Hilton Waco
4.4 (873)

Best Western Plus Woodway...
4.2 (625)

Holiday Inn Express & Suite...
4.4 (512)

