# EXHIBIT 26

Google

Round trip | 1 passenger | Economy

San Diego SAN | Waco ACT | Thu, Jul 23 | Mon, Jul 27

Bags | Stops | Airlines | Price | Times | Connecting airp

Fly to DFW for $143
Change airport

Track prices | Date grid | Price graph

## Travel update

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | |
|---|---|---|---|
| 6:20 AM – 1:22 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 5h 2m<br>SAN–ACT | 1 stop<br>1h 6m DFW | $266<br>round trip |
| 9:25 AM – 4:20 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 4h 55m<br>SAN–ACT | 1 stop<br>1h 12m DFW | $266<br>round trip |
| 1:40 PM – 8:11 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 4h 31m<br>SAN–ACT | 1 stop<br>46m DFW | $266<br>round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| | | | |
|---|---|---|---|
| 2:00 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 21h 22m<br>SAN–ACT | 3 stops<br>PHX, SAT, DFW | $417<br>round trip |
| 2:00 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 21h 22m<br>SAN–ACT | 2 stops<br>PHX, DFW | $440<br>round trip |
| 2:00 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 21h 22m<br>SAN–ACT | 2 stops<br>PHX, DFW | $440<br>round trip |
| 10:41 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 12h 41m<br>SAN–ACT | 2 stops<br>MIA, DFW | $510<br>round trip |
| 10:41 PM – 1:22 PM+1<br>Ameri... · Operated by Envoy Air as Ameri... | 12h 41m<br>SAN–ACT | 2 stops<br>MIA, DFW | $510<br>round trip |

41 more flights

Google

B

Hilton Waco
4.4 (873)

Best Western Plus Woodway...
4.2 (625)

Holiday Inn Express & Suite...
4.4 (512)

## Explore more destinations from San Diego

Google Flights | Language · English | Country · United States | Currency · USD

Find the cheapest and best flight for you.

About Google   Privacy & Terms   Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**



