# EXHIBIT 27






Google

Round trip · 1 passenger · Economy

Seattle → Waco ACT | Sat, Aug 1 | Sun, Aug 2

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices | Date grid | Price graph | Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Time | Airline | Duration | Stops | Price |
|---|---|---|---|---|
| 5:30 AM – 1:22 PM | Ameri... · Operated by Envoy Air as Ameri... | 5h 52m SEA–ACT | 1 stop 1h 17m DFW | $296 round trip |
| 8:00 AM – 4:20 PM | Ameri... · Operated by Envoy Air as Ameri... | 6h 20m SEA–ACT | 1 stop 1h 50m DFW | $296 round trip |
| 12:00 PM – 8:11 PM | Ameri... · Operated by Envoy Air as Ameri... | 6h 11m SEA–ACT | 1 stop 1h 32m DFW | $296 round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| Time | Airline | Duration | Stops | Price |
|---|---|---|---|---|
| 1:25 PM – 1:22 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 21h 57m SEA–ACT | 2 stops ORD, DFW | $488 round trip |
| 1:25 PM – 1:22 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 21h 57m SEA–ACT | 2 stops ORD, DFW | $488 round trip |
| 1:40 PM – 1:22 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 21h 42m SEA–ACT | 2 stops PHX, DFW | $524 round trip |
| 11:55 PM – 1:22 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 11h 27m SEA–ACT | 2 stops MIA, DFW | $601 round trip |
| 3:30 PM – 1:22 PM+1 | Ameri... · Operated by Envoy Air as Ameri... | 19h 52m SEA–ACT | 1 stop 15h 7m DFW | $609 round trip |

29 more flights

Hilton Waco
$95
4.4 (873)



Hotel Indigo Waco - Baylor
$114
4.5 (743)



Best Western Plus Woodway...
$63
4.2 (625)

Flights

Language · English          Country · United States          Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**