# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION, | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 6:20-cv-0366 |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## ORDER GRANTING GOOGLE LLC'S
## MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)

On this date, came on for consideration Defendant Google LLC's Motion to Transfer Under 28 U.S.C. § 1404(a). The Court has considered the Motion to Transfer, all responsive pleadings, and the case record, and is of the opinion that the Motion to Transfer is meritorious, and it is therefore ORDERED that Defendant's Transfer is GRANTED.

**SIGNED** on this the _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE