## Contact

www.linkedin.com/in/mike-mouser-364ab81 (LinkedIn)

### Top Skills

Product Management
Embedded Software
Location Based Services

### Honors-Awards

Eagle Scout

### Patents

Vehicle Navigation System with User Interface
Portable Vehicle Navigation System

# Mike Mouser

VP of World Wide Engineering at Wilson Electronics
Richardson

## Summary

Executive Summary:
• Over 11+ years Executive Engineering and global management experience with a strong mix
of business and technology acumen, technology development, system architectures, product   development and structured execution processes supporting high quality product and business standards.
• Over 23+ years of experience in development of Consumer, Commercial and Automotive products residing in both benign and harsh environments.
• Large and small company experience: Rockwell International, Thales International, MITAC International, Orbital Sciences, Magellan Inc. and Navigation Solutions LLC a Hertz Global company. Responsible for sites in United States, Europe, Asia and Russia inclusive of relationship development of top technical contracting organizations in Asia and India.
• Developed and executed key engineering strategies with highly talented teams for products entering new market segments, technologies,  product line expansion, engineering development processes (Agile and Waterfall), validation processes (meeting Automotive OEM, IPx, ISO, SAE, FCC, EC, UL, VDE, CISPR and IEC standards), Annual Operational Planning (AOP), Strategic Business Planning (SBP) and execution to the plans
• Responsible for initial development and growth of Automotive Original Equipment Manufacturer (OEM) products.
• Pioneer in Vehicle Navigation & Telematic Technologies, lead team innovation responsible for development of over 100+ US Patents in Vehicle Navigation, 50+ patents in GNSS technologies.
• Deep System knowledge and expertise in product development within high frequency and multi radio environments, Global Navigation Satellite System(GNSS)/Global Positioning Systems(GPS) technologies, Vehicle Navigation technologies and Telematics / Location Based Services (LBS) in  Consumer, Automotive and Commercial markets

Ex. 1, p. 1

• Executive Team member leading engineering development for businesses growing from $100M to revenues approaching $1B

---

## Experience

### Wilson Electronics
VP of World Wide Engineering
January 2015 - Present (5 years 8 months)
Richardson, TX

Development of 3G, 4G, LTE, VoLTE Signal Boosters for Consumer and Professional markets

### Navigation Solutions
VP of Product Devlopment &Technology
September 2009 - Present (11 years)
Plano, Tx

• Supported Navigation Solutions CEO in Technical and Business Strategy for the company inclusive of Key Partnership development.
• Connected Car - Chief Architect Strategist developing and expanding the company's Product lines and Ecosystems to increase revenue and net profit
• Responsible for all Product Line Management Teams, Research and Development Teams, Product packaging, HMI / GUI man-machine interfaces, manufacturing partnerships, processes, design and test, System and Product Validation and Test Teams, Technology Road Mapping and IP Development.
• Reconstructed and build high talent teams, Product Management and Engineering Development processes within AGILE environment
• Responsible for the product development of the 6th Generation " Connected Car", NeverLost In –Vehicle Navigation System and Eco Systems supporting dynamic content, NeverLost.com and mobile phone applications. The in-vehicle system utilized "State of the Art" Quad core 1GHz Microprocessors for low power mobile applications and radio communication systems (3G, GPS, BT 4.0 BLE, WiFI MIMO and NFC technologies)

### Magellan Navigation
Senior Director Technical Business Development, IP Technology & Engineering
January 2009 - September 2009 (9 months)
Magellan, San Dimas, CA (Aquired by MITAC International)

• Responsible for Global Product System Engineering Team. Leading a team of engineers worldwide responsible for overall requirements analysis and use

**Ex. 1, p. 2**

case definitions, specification developments for hardware and software teams, product integration and test methodology.  The team supports between 10-20 products annually with development cycles in 5-7 months.
• Responsible for Global Product Qualification Test Team. Leading a team of 60+ engineers and technicians worldwide who are responsible for overall system test qualification.
• Support Corporate Legal group in Patent portfolio management and litigation cases. Key member of the Magellan Patent committee. Review patent applications, recommendations to extend patents, and various litigation matters with council. Assist in promotion and innovation development with engineering and marketing, which has resulted in several hundred applications and patents.  Provide quarterly updates and presentations to the product marketing committee on key technologies and patents for integration into new product plans.
• Support CEO and COO in Technical and Business Strategy for the company and Key Partnership development.

Magellan GPS
Sr. Dir Technical  Business Development and IP Technology
August 2006 - January 2009 (2 years 6 months)
Magellan  SanDimas, CA  (Aquired By Silver Lake Sumeru PE)
• Granted Career change opportunity upon request, Silverlake required a specialist in IP  and Business Development to lead the company forward for future valuation
• Developed business strategy and plan for Product introduction into Connected Personal Navigation Devices, CPND. Guided the Marketing and Product Management teams through the initial stages of product definitions, features, use cases and content partner development. Worked closely with CEO, CFO, financial teams and marketing teams to refine business models and profitability.
• Developed business strategy and plan for Geo-expansion into China for Magellan. Led the charge with a cross functional team to use "white label" products with 3rd party software and services to enter China within a 6 month period. Also guided the Marketing and Product Management teams through the initial stages of new product definitions, features, use cases and content partner development for use of our internal Intellectual Property and product portfolio. Worked closely with CEO, CFO, financial and marketing teams to refine business models and profitability.
• Developed long term business strategy and plan for entrance into OEM segments. Presented market and competitive analysis, proposed product

plans, P&L and phase engagement schedule to Executive committee. Proposal is under consideration for development of a new business unit.
• Responsible for licensing and divestiture of GPS technology to an industry leader in mobile communications. Supported the Venture Capital staff and Legal staff in identification of candidate companies, prepared and presented future technology presentations, assisted in the narrowing of candidate companies. Additionally assisted in technical negotiations, contract development and supported the close of the acquisition.
• Supported Corporate Legal group in Patent portfolio management and litigation cases.

Magellan Systems
VP of Engineering
June 2001 - August 2006 (5 years 3 months)
Magellan San Dimas, CA (Aquired by Thales International, Thales Navigation )

• Promoted to Vice President of worldwide Engineering for Magellan Consumer Products and Professional Products, with responsibility for locations in California, Michigan, France and Moscow. Responsible for 225+ Engineers worldwide with a $35M + budget driving revenue between $350M to $480M.
• Re–organized Engineering group into a technology and products matrix organization to gain efficiencies and blending of technologies. Relocated and reconstructed Michigan engineering team to California to blend vehicle navigation technologies with outdoor and marine technologies.
• Implemented Product Life Cycle Process (PLC) for engineering practices improving product execution times from 12 months to 6-7 months. Improved product release quality by 100% to return rates less than 2% for product related defects in consumer markets.
• Lead teams and established extensive Magellan patent portfolio of 150+ patents in GNSS technologies, vehicle navigation and outdoor technologies.
• Develop processes and plan to establish original design manufacturers (ODMs) as core hardware suppliers to gain product velocity and cost efficiencies.

Ashtech Inc./Magellan
VP & General Manger Driver Information Systems
July 1997 - June 2001 (4 years)
Magellan  Detroit, MI  (Aquired by Orbital Sciences, Magellan

• Promoted to Vice President and General Manager of Magellan's Driver Information Systems Group in 1999 upon establishment of the Hertz joint venture for NeverLost with $50M capitalization and delivery of Magellan's

**Ex. 1, p. 4**

1st consumer products. Promoted and encouraged the engineering team to innovate and establish a strong patent portfolio.

• Developed Hertz NeverLost system and 1st Portable Vehicle Navigation system, "750 Nav", utilizing internal developed software technology from a clean environment as well as development of the industry's first ARM 7 System on Chip (SOC) for navigation systems.

• Successfully launched follow-on vehicle navigation products, developing a new $100M business segment.

• Led the transfer of technology and team reconstruction to Magellan Systems within the Orbital Sciences Group. Reconstructed the engineering team of System, Hardware, Software, Application Specific Integrated Circuit (ASIC) and Validation test engineers.

Rockwell Intl
Dir. Vehicle Navigation Engineering
December 1990 - July 1997 (6 years 8 months)
Rockwell DIS  Detroit, MI (Transfer)

Engineering Manager Driver Information Systems
1997, Rockwell International, Detroit, Michigan

Sr. Principle/Principle System Engineer Driver Information Systems
1995 through 1996, Rockwell International, Detroit, Michigan

System Engineer/Design Engineer Commercial GPS
1990 through 1994 Rockwell International, Richardson Texas & Newport Beach, California

• Chief Architect of Vehicle Navigation System encompassing development of new algorithms, software modules and ARM 7 advanced SOC.
• Member of Rockwell International Entrepreneurial Business Unit (EBU), tasked to transition GPS technology from a Military focus to a commercially viable product. Developed GPS Chip sets, Antennas and low cost systems.
• Transferred to Rockwell Automotive EBU, Driver Information Systems to begin and lead vehicle navigation research and development (R&D) following the successful transfer, reconstruction and technical road mapping of Consumer GPS team. (Systems Design, Semiconductor Design, Software Design, Product Design and Packaging)

Andrew Corporation - Earth Station Group
System Engineer Level 2

October 1984 - December 1990 (6 years 3 months)
Richardson, TX

System Engineer Earth Stations, Level 1 & 2
1987 through 1989
Andrew Corp., Richardson, Texas

Field Test Engineer Earth Stations
1985 to1987
Andrew Corp., Richardson, Texas

• Responsible for  System Design and  Program  of NBC Burbank  West coast Feed
• Responsible for  System Design and  Program  of ABC  San Francisco  West coast Feed
• Responsible for Field Implementation of  ABC New York,  Network Feeds
• Part of Engineering Team for systems communications in Channel Tunnel from UK to France
• Field Install and Test of 200 + ABC affiliates, Earth Stations

---

## Education

Texas A&M University
BSEET, Electronics Engineering · (1978 - 1984)

**Ex. 1, p. 6**