# Google Maps  Richardson, Texas to Waco, Texas  Drive 109 miles, 1 h 48 min



Map data ©2020 Google   10 mi

| | via I-35E and I-35 S | 1 h 48 min |
|---|---|---|
| | Fastest route, the usual traffic | 109 miles |

| | via US-67 S and I-35 S | 2 h |
|---|---|---|
| | | 115 miles |

| | via I-35E | 2 h 16 min |
|---|---|---|
| | | 124 miles |

## Explore Waco

 Groceries    Hotels    Gas stations    Parking Lots    More

**Ex. 2, p. 1**