Los Altos, California to San Diego, California     Drive 473 miles, 7 h 29 min



Map data ©2020 Google, INEGI    50 mi

🚗 **via I-5 S**     **7 h 29 min**
Fastest route, the usual traffic     473 miles

## Explore San Diego

 Groceries     Hotels     Gas stations     Parking Lots     More

**Ex. 3, p. 1**