Courts & Judges   Counsel   Parties   Federal   State   Administrative   Apps

Matthew Holohan

Search all of Lex Machina

 10422-1 0h 0m

**Federal District Court**

**Cases**   Documents   Damage Awards

Showing 65 Patent cases; before District Judge Marilyn L. Huff ; pending between 2017-01-06 and 2020-08-25 .

Search cases, documents, and docket entry text

Search Syntax Guide

▼ Case Status
- All
- Open 6
- Terminated 59

▼ Case Types
- INCLUDE:
  - Patent 65
- Antitrust 4
- Contracts 6
- Copyright 2
- Trade Secret 1
- Trademark 8

▸ Case Tags
▸ Filed On
▼ Pending

From: 2017-01-06

To:

▸ Terminated
▸ Trial Date
▸ Last Docket Date
▸ Docket Entry Count
▸ Courts
▼ District Judges
  - INCLUDE:

8/25/2020 | 65 federal district court cases | Lex Machina

Marilyn L. Huff  65   ⊗

Showing 21                                                                                                                                          # | A-Z

⊕ ⊖  Larry Alan Burns  12

⊕ ⊖  Anthony Joseph Battaglia  11

⊕ ⊖  Gonzalo Paul Curiel  9

⊕ ⊖  Janis Lynn Sammartino  7

Filter district judges

▸ Magistrate Judges
▸ Case Resolutions
▸ Damage Types
▸ Damages Awarded Date
▸ Remedies
▸ Antitrust Findings
▸ Bankruptcy Findings
▸ Bankruptcy Appeals Issues
▸ Contracts Findings
▸ Copyright Findings
▸ Employment Findings
▸ Patent Findings
▸ Patent Invalidity Reasons
▸ Product Liability Findings
▸ Securities Findings
▸ Trade Secret Findings
▸ Trademark Findings
▸ Consumer Protection Findings
▸ ERISA Findings
▸ Environmental Findings
▸ Insurance Findings
▸ Tax Findings
▸ Torts Findings

Reset | Apply

8/25/2020                                           65 federal district court cases | Lex Machina



## Cases by Type

| Case Types | Cases |
| --- | --- |
| Antitrust | 4 |
| Contracts | 6 |
| Copyright | 2 |
| Patent | 65 |
| Trade Secret | 1 |
| Trademark | 8 |

All other Case Types have 0 results in this case list.

## Case Status

Open: 6 (9%)                                                                                     Terminated: 59 (91%)

## Courts

S.D.Cal.                               59                    91%



C.D.Cal.                                6                     9%

**Ex. 4, p. 3**

**District Judges**

| | | |
|---|---|---|
| Marilyn L. Huff | 65 | 100% |
| Larry Alan Burns | 12 | 18% |
| Anthony Joseph Battaglia | 11 | 17% |
| Gonzalo Paul Curiel | 9 | 14% |
| Janis Lynn Sammartino | 7 | 11% |
| 17 Other Judges | | |

🎓 Understanding Summary Analytics

## Case List

Customize Columns

**Order by**

most recent docket activity

Prev   1   2   3   Next

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Orthopaedic Hospital v. DJO Global, Inc. et al | 3:19-cv-00970 | Patent | S.D.Cal. | 2019-05-23 | 2020-08-24 | — |
| Social Positioning Input Systems, LLC v. Coretex, LLC | 3:20-cv-01083 | Patent | S.D.Cal. | 2020-06-15 | 2020-08-15 | — |
| Jezign Licensing, LLC v. Maxima Apparel Corp. et al | 3:20-cv-01438 | Patent | S.D.Cal. | 2020-07-26 | 2020-08-06 | — |
| Jezign Licensing, LLC v. Evolved Footwear | 3:20-cv-01437 | Patent | S.D.Cal. | 2020-07-26 | 2020-08-06 | — |
| Bell Northern Research, LLC v. LG Electronics, Inc. et al | 3:18-cv-02864 | Patent | S.D.Cal. | 2018-12-20 | 2020-07-14 | 2020-07-14 |
| Aqua Lighting Technologies, LLC v. Zodiac Pool Systems, LLC et al | 3:19-cv-01719 | Patent | S.D.Cal. | 2019-09-09 | 2020-07-01 | 2020-07-01 |
| Polymer Technology Systems, Inc. v. ACON Laboratories, Inc. et al | 3:18-cv-00805 | Patent | S.D.Cal. | 2018-04-26 | 2020-06-24 | — |
| Genentech, Inc. v. Eli Lilly and Company | 3:18-cv-01518 | Patent | S.D.Cal. | 2018-07-02 | 2020-06-16 | 2020-03-16 |
| KFx Medical, LLC v. Stryker Corporation et al | 3:18-cv-01799 | Patent | S.D.Cal. | 2018-08-02 | 2020-06-15 | 2020-06-15 |
| POWERbahn, LLC v. Zwift, Inc. | 2:17-cv-01393 | Patent | C.D.Cal. | 2017-02-21 | 2020-06-12 | 2018-10-17 |
| Vaporstream Inc v. Snap Inc | 2:17-cv-00220 | Patent | C.D.Cal. | 2017-01-10 | 2020-06-12 | 2020-04-24 |
| Game and Technology Co. Ltd v. Blizzard Entertainment, Inc. et al | 2:16-cv-06499 | Patent | C.D.Cal. | 2016-08-29 | 2020-06-12 | 2019-12-09 |
| The Decor Corporation Pty Ltd v. Aldi Inc. et al | 3:18-cv-02196 | Copyright Patent Trademark | S.D.Cal. | 2018-09-21 | 2020-06-08 | 2019-05-20 |
| Presidio Components, Inc. v. American Technical Ceramics Corp. | 3:14-cv-02061 | Patent | S.D.Cal. | 2014-09-02 | 2020-05-28 | 2018-08-15 |
| Rondevoo Technologies, LLC v. 12 Sigma Technologies | 3:20-cv-00820 | Patent | S.D.Cal. | 2020-04-30 | 2020-05-06 | — |
| LILLEbaby, LLC v. Baby Tula LLC | 3:19-cv-00445 | Patent | S.D.Cal. | 2019-03-06 | 2020-05-01 | 2020-05-01 |
| FastVDO LLC v. Apple Inc. et al | 3:16-cv-00385 | Patent | S.D.Cal. | 2016-02-11 | 2020-03-06 | 2018-01-16 |
| FastVDO LLC v. Dell Inc. et al | 3:16-cv-00395 | Patent | S.D.Cal. | 2016-02-11 | 2020-01-28 | 2018-01-16 |

Case 6:20-cv-00366-ADA   Document 34-5   Filed 08/31/20   Page 5 of 5

8/25/2020   65 federal district court cases | Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| FastVDO LLC v. ZTE Corporation et al | 3:16-cv-00394 | Patent | S.D.Cal. | 2016-02-11 | 2020-01-16 | 2018-01-16 |
| WI-LAN Inc. et al v. LG Electronics, Inc. et al | 3:18-cv-01577 | Antitrust<br>Contracts<br>Patent | S.D.Cal. | 2018-07-11 | 2020-01-09 | 2020-01-09 |
| FastVDO LLC v. LG Electronics, Inc. et al | 3:16-cv-00386 | Patent | S.D.Cal. | 2016-02-11 | 2020-01-08 | 2018-01-16 |
| Taoglas Group Holdings Limited et al v. 2J Antennas USA, Corporation et al | 3:18-cv-01277 | Contracts<br>Patent<br>Trade Secret | S.D.Cal. | 2018-06-14 | 2019-12-31 | 2019-12-31 |
| Amgen Inc. et al v. Tanvex BioPharma USA, Inc. et al | 3:19-cv-01374 | Patent | S.D.Cal. | 2019-07-23 | 2019-12-20 | 2019-12-20 |
| FastVDO LLC v. LG Electronics Mobilecomm U.S.A., Inc. | 3:16-cv-02499 | Patent | S.D.Cal. | 2016-10-05 | 2019-12-16 | 2018-01-16 |
| FastVDO LLC v. Huawei Technologies Co., Ltd. et al | 3:16-cv-00396 | Patent | S.D.Cal. | 2016-02-11 | 2019-12-16 | 2018-01-16 |

Prev   1   2   3   Next



https://law.lexmachina.com/cases/?case_types-include=27&pending-from=2017-01-06&pending-to=&judge-include=1110&filters=true&tab=summary&…   5/5

**Ex. 4, p. 5**