8/25/2020                                                                1,116 federal district court cases | Lex Machina

Courts & Judges    Counsel    Parties    Federal    State    Administrative    Apps

 Matthew Holohan

Search all of Lex Machina

 10422-1 0h 1m

**Federal District Court**

Cases    Documents    Damage Awards

Showing **1,116**  Patent   cases;   in S.D.Cal. ;   pending between 2009-01-01 and 2020-08-25 .

Search cases, documents, and docket entry text

 Search Syntax Guide

▾ Case Status
  ◉ All
  ○ Open  57
  ○ Terminated  1,059

▾ Case Types
   INCLUDE:
      Patent  **1,116**                                                                                               ✖

      Antitrust  20
      Contracts  108
      Copyright  15
      Trade Secret  19
      Trademark  136

▸ Case Tags
▸ Filed On
▾ Pending
   From
   2009-01-01 📅

   To
   📅

▸ Terminated
▸ Trial Date
▸ Last Docket Date
▸ Docket Entry Count
▾ Courts
    INCLUDE:
       S.D.Cal.  **1,116**                                                                                             ✖

▸ District Judges
▸ Magistrate Judges
▸ Case Resolutions
▸ Damage Types
▸ Damages Awarded Date
▸ Remedies
▸ Antitrust Findings

**Ex. 5, p. 1**

- Bankruptcy Findings
- Bankruptcy Appeals Issues
- Contracts Findings
- Copyright Findings
- Employment Findings
- Patent Findings
- Patent Invalidity Reasons
- Product Liability Findings
- Securities Findings
- Trade Secret Findings
- Trademark Findings
- Consumer Protection Findings
- ERISA Findings
- Environmental Findings
- Insurance Findings
- Tax Findings
- Torts Findings

Reset              Apply

Analytics:   Summary   **Timing**   Law Firms   Parties   Case Resolutions   Damages   Remedies   Motions   Findings ▾

8/25/2020 | 1,116 federal district court cases | Lex Machina



| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|---|---|
| Temporary Restraining Order (Grant) | 3 | n/a |
| Temporary Restraining Order (Deny) | 2 | n/a |
| Preliminary Injunction (Grant) | 5 | n/a |
| Preliminary Injunction (Deny) | 13 | 133 |
| Permanent Injunction (Grant) | 42 | 263 |
| Permanent Injunction (Deny) | 3 | n/a |
| Dismiss (Contested) | 257 | 209 |
| Claim Construction Hearing | 150 | 434 |
| Summary Judgment | 129 | 594 |
| Termination | 1,059 | 298 |

🎓 Understanding Timing Analytics

## Case List

Customize Columns

Order by
most recent docket activity

Prev  1  2  3  4  ...  45  Next

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Impact Engine, Inc. v. Google LLC | 3:19-cv-01301 | Patent | S.D.Cal. | 2019-07-15 | 2020-08-25 | — |
| MHL Custom, Inc. v. Avante Innovations, LLC | 3:20-cv-01648 | Patent | S.D.Cal. | 2020-08-24 | 2020-08-24 | — |
| Masimo Corporation v. Sotera Wireless et al | 3:19-cv-01100 | Patent, Trade Secret | S.D.Cal. | 2019-06-12 | 2020-08-24 | — |
| Orthopaedic Hospital v. DJO Global, Inc. et al | 3:19-cv-00970 | Patent | S.D.Cal. | 2019-05-23 | 2020-08-24 | — |
| Rembrandt Diagnostics, LP v. Alere, Inc. et al | 3:16-cv-00698 | Contracts, Patent | S.D.Cal. | 2016-03-23 | 2020-08-24 | — |
| H.I.S.C, Inc. et al v. Franmar International Importers, Ltd. et al | 3:16-cv-00480 | Contracts, Copyright, Patent, Trademark | S.D.Cal. | 2016-02-23 | 2020-08-24 | 2019-02-22 |
| Apple Inc. v. WI-LAN Inc., et al | 3:14-cv-02235 | Patent | S.D.Cal. | 2014-09-19 | 2020-08-24 | 2020-06-16 |

8/25/2020                                                                1,116 federal district court cases | Lex Machina

| Title | Civil Action # | Case Type | Court | Filed On | Last Docket | Terminated |
|---|---|---|---|---|---|---|
| Stephens et al v. Dr. Greens, Inc. | 3:11-cv-00638 | Contracts<br>Patent<br>Trademark | S.D.Cal. | 2011-03-29 | 2020-08-24 | 2019-03-29 |
| Nuvasive, Inc. v. Alphatec Holdings, Inc. et al | 3:18-cv-00347 | Contracts<br>Patent | S.D.Cal. | 2018-02-13 | 2020-08-21 | — |
| Finjan, Inc. v. ESET, LLC et al | 3:17-cv-00183 | Patent | S.D.Cal. | 2017-01-30 | 2020-08-21 | — |
| Omnitracs, LLC et al v. Platform Science, Inc. | 3:20-cv-00958 | Patent | S.D.Cal. | 2020-05-26 | 2020-08-20 | — |
| Evolusion Concepts, Inc. v. Cross Engineering, LLC et al | 3:18-cv-00871 | Contracts<br>Patent | S.D.Cal. | 2018-05-04 | 2020-08-20 | — |
| Pulse Electronics, Inc. v. U.D. Electronic Corp. | 3:18-cv-00373 | Patent | S.D.Cal. | 2018-02-16 | 2020-08-20 | — |
| Pacific Surf Designs, Inc. v. Whitewater West Industries, Ltd..r West et al | 3:20-cv-01464 | Antitrust<br>Patent | S.D.Cal. | 2020-07-29 | 2020-08-17 | — |
| Indect USA Corp. v. Park Assist, LLC | 3:18-cv-02409 | Patent<br>Trademark | S.D.Cal. | 2018-10-19 | 2020-08-17 | — |
| Social Positioning Input Systems, LLC v. Coretex, LLC | 3:20-cv-01083 | Patent | S.D.Cal. | 2020-06-15 | 2020-08-15 | — |
| Omega Liner Company, Inc. v. The Monte Vista Group, LLC et al | 3:19-cv-01771 | Contracts<br>Patent | S.D.Cal. | 2019-09-16 | 2020-08-14 | — |
| P.I.C. International, Inc. v. Gooper Hermetic, LTD. et al | 3:19-cv-00734 | Patent<br>Trademark | S.D.Cal. | 2019-04-22 | 2020-08-14 | 2020-08-14 |
| Hydro Net LLC v. Inseego Corp. | 3:20-cv-00613 | Patent | S.D.Cal. | 2020-03-31 | 2020-08-13 | — |
| Javo Beverage Co., Inc. v. California Extraction Ventures, Inc. et al | 3:19-cv-01859 | Contracts<br>Patent<br>Trade Secret | S.D.Cal. | 2019-09-26 | 2020-08-13 | — |
| Golden Eye Media USA, Inc. v. Trolley Bags UK Ltd et al | 3:18-cv-02109 | Contracts<br>Patent<br>Trademark | S.D.Cal. | 2018-09-11 | 2020-08-13 | — |
| Weems & Plath, LLC v. Sirius Signal, LLC et al | 3:20-cv-00745 | Antitrust<br>Contracts<br>Patent<br>Trademark | S.D.Cal. | 2020-04-17 | 2020-08-12 | 2020-08-12 |
| MRSI Systems, LLC v. Palomar Technologies, Inc. | 3:19-cv-02344 | Patent<br>Trade Secret | S.D.Cal. | 2019-12-09 | 2020-08-12 | — |
| Sundesa, LLC v. Imsinc, LLC | 3:20-cv-01526 | Patent<br>Trademark | S.D.Cal. | 2020-08-06 | 2020-08-10 | — |
| Park Assist, LLC v. San Diego County Regional Airport Authority et al | 3:18-cv-02068 | Patent | S.D.Cal. | 2018-09-05 | 2020-08-10 | — |

Prev   1   2   3   4   …   45   Next




https://law.lexmachina.com/cases/?case_types-include=27&pending-from=2009-01-01&court-include=casd&filters=true&tab=timing&view=analytics&c…    4/4

**Ex. 5, p. 4**