IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Civil Action No.: 6:20-cv-0366-ADA<br><br>**Jury Trial Demanded** |

## DECLARATION OF STEPHEN C. BEUERLE

I, Stephen C. Beuerle, hereby declare and state as follows:

1. I am a partner at Procopio, Cory, Hargreaves & Savitch LLP. I am licensed to practice law in the State of California. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify to the facts stated herein.

2. I was the patent prosecuting attorney for U.S. Patent No. 6,292,743 ("the '743 Patent").

3. I have no personal recollections concerning the prosecution of the '743 Patent. Neither I nor my law firm have any documents or other records concerning the prosecution of the '743 Patent.

4. I am willing to travel to Waco, Texas to testify at trial in the above-referenced matter, provided my expenses or covered and trial takes place after the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of August, 2020 at San Diego, California.

_____
Stephen C. Beuerle

1