# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 6:20-cv-0366-ADA<br><br>**Jury Trial Demanded** |

## DECLARATION OF DOOYONG LEE

I, Dooyong Lee, hereby declare and state as follows:

1. I am the CEO of Aequitas Technologies. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify to the facts stated herein.

2. I live and work in the Republic of Korea (South Korea). I previously lived and worked in Southern California. However, I have sold all of my property in California in 2019 and no longer have any direct connection to California.

3. The California address of Aequitas Technologies is a "virtual office" used for business mailing purposes. I do not possess any documents or other records concerning Infogation Corporation or its patents in California.

//
//
//
//
//
//

1

4. I am willing to travel to Waco, Texas to testify at trial in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___27th___ day of August, 2020 at ___Seoul, Republic of Korea___.

Dooyong Lee

*DocuSigned by: Dooyong Lee — 45E99FBFCB94401...*

2