## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Civil Action No. 6:20-cv-0366-ADA<br><br>JURY TRIAL DEMANDED |

**<u>DECLARATION OF MARK LIANG FOR DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS INFOGATION'S FIRST AMENDED COMPLAINT (D.I. 27) PURSUANT TO RULE 12(B)(6)</u>**

I, Mark Liang, declare as follows:

1.      I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC, in the above-entitled action.  I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of InfoGation's Infringement Contentions Exhibit A claim chart served on August 21, 2020, in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 15, 2020, in San Francisco, California.

$\underline{\quad /s/\ Mark\ Liang \quad\quad\quad\quad}$
Mark Liang