IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION, | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 6:20-cv-0366 |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**DEFENDANT GOOGLE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF ITS MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) (D.I. 30)**

Defendant Google LLC ("Google") respectfully files this Notice of Supplemental Authority to bring to the Court's attention the recent order issued by the Federal Circuit in *In re HP Inc.*, No. 2020-140, D.I. 16 (Fed. Cir. Sept. 15, 2020) (copy attached hereto as Exhibit A), in connection with Google's Motion to Transfer Under 28 U.S.C. § 1404(a). *See* D.I. 30. The Federal Circuit's order grants a petition for a writ of mandamus and directs the United States District Court for the Eastern District of Texas to transfer the case to the United States District Court for the Northern District of California. *In re HP Inc.*, No. 2020-140, Dkt. 16 at *1, 8-9.

-2-

| | |
|---|---|
| Dated:  September 17, 2020 | Respectfully submitted,<br><br>By: */s/  J. Mark Mann*<br><br>J. Mark Mann<br>State Bar No. 12926150<br>mark@themannfirm.com<br>G. Blake Thompson<br>State Bar No. 24042033<br>blake@themannfirm.com<br>**MANN | TINDEL | THOMPSON**<br>300 West Main Street<br>Henderson, Texas 75652<br>Telephone:  903/657-8540<br>Facsimile:  903/657-6003<br><br>Darin W. Snyder (*pro hac vice*)<br>dsnyder@omm.com<br>David S. Almeling (*pro hac vice*)<br>dalmeling@omm.com<br>Mark Liang (*pro hac vice*)<br>mliang@omm.com<br>Bess Ibtisam Hanish (*pro hac vice*)<br>bhanish@omm.com<br>Daniel Silverman (*pro hac vice*)<br>dsilverman@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>**ATTORNEYS FOR DEFENDANT GOOGLE LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this September 17, 2020 with a copy of this document via electronic mail.

Dated:  September 17, 2020                               */s/J. Mark Mann*
                                                                                  **J. Mark Mann**