UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Civil Action No. 6:20-cv-0366-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO ENTER
AMENDED [PROPOSED] SCHEDULING ORDER
BASED ON OGP VERSION 3.2**

Pursuant to Rule 16, Federal Rules of Civil Procedure, and the Court's Standing Order Regarding Updated Order Governing Patent Proceedings – Patent Cases [D.I. 43], the Parties respectfully move for entry of the attached Amended [Proposed] Scheduling Order based on OGP Version 3.2 in the above captioned case.

Dated:  November 18, 2020

By: */s/ Patricia Y. Ho*

Michael C. Smith (SBN 18650410)
Siebman, Forrest, Burg & Smith LLP
113 East Austin Street
Marshall, TX  75670
michaelsmith@siebman.com
Telephone: 903-938-8900
Facsimile: 972-767-4620

Robert R. Brunelli (Admitted *pro hac vice*)
　　　rbrunelli@sheridanross.com
Patricia Y. Ho (Admitted *pro hac vice*)
　　　pho@sheridanross.com

Respectfully submitted,

By: */s/ J. Mark Mann*

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone:  903/657-8540
Facsimile:  903/657-6003

1

| | |
|---|---|
| Matthew C. Holohan (Admitted *pro hac vice*)<br>      mholohan@sheridanross.com<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202<br>Telephone:     303-863-9700<br>Facsimile       303-863-0223<br>litigation@sheridanross.com<br><br>*Attorneys for Plaintiff InfoGation Corporation* | Darin W. Snyder (*pro hac vice*)<br>dsnyder@omm.com<br>David S. Almeling (*pro hac vice*)<br>dalmeling@omm.com<br>Mark Liang (*pro hac vice*)<br>mliang@omm.com<br>Bess Ibtisam Hanish (*pro hac vice*)<br>bhanish@omm.com<br>Daniel Silverman (*pro hac vice*)<br>dsilverman@omm.com<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>**ATTORNEYS FOR DEFENDANT GOOGLE LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this November 18, 2020, with a copy of this document via electronic mail.

Dated:  November 18, 2020                                         */s/ J. Mark Mann*
                                                                                          J. Mark Mann