IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 6:20-cv-0366-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT GOOGLE LLC'S STATUS REPORT REGARDING MOTION TO TRANSFER

Pursuant to the Court's March 23, 2021 Standing Order Regarding Motions for Inter-District Transfer, Defendant Google LLC ("Google") files this status report to advise the Court that its Motion to Transfer (Dkt. 30) is fully briefed and ready for resolution.

InfoGation Corporation ("InfoGation") filed its original Complaint on May 5, 2020 (Dkt. 1), and a First Amended Complaint (Dkt. 27) on August 13, 2020.

On August 17, 2020, Google filed a Motion to Transfer Under 28 U.S.C. § 1404(a), seeking to transfer this case to the Southern District of California. (Dkt. 30.)  Briefing on Google's Motion to Transfer completed on September 11, 2020.  (Dkts. 30, 34, 38, 39.)  On December 4, 2020, Google filed a Motion to Stay proceedings pending its Motion to Transfer. (Dkt. 48.)

The *Markman* hearing was originally set for March 12, 2021.  (*See* Dkt. 46.)  On February 22, Google moved to continue the *Markman* hearing, so that the court would have enough time to rule on Google's pending Motion to Transfer before the hearing.  (Dkt. 55.)  On March 3, the Court granted Google's motion to continue, resetting the *Markman* hearing to

March 24, 2021. (Dkt. 58.) On March 23, Google moved to continue the *Markman* hearing. (Dkt. 61.) The Court granted Google's motion, vacating the March 24 *Markman* hearing and stating that the hearing would later be reset to a date no later than April 14, 2021.

Thus, at this time, Google's transfer motion (Dkt. 30) is fully briefed and remains pending, while the *Markman* hearing is expected to be within three weeks, before April 14, 2021.

Dated: March 25, 2021

Respectfully submitted,

By: */s/ G. Blake Thompson*
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard Street
Henderson, Texas 75654
Telephone: 903/657-8540
Facsimile: 903/657-6003

Darin W. Snyder (*pro hac vice*)
dsnyder@omm.com
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Mark Liang (*pro hac vice*)
mliang@omm.com
Daniel Silverman (*pro hac vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this March 25, 2021 with a copy of this document via electronic mail.

Dated: March 25, 2021

> */s/ G. Blake Thompson*
> **G. Blake Thompson**